# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE;<br><br>Defendants. | Case No. 2:21-cv-202-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY CASE SCHEDULE** |

Having received and reviewed Defendants Uber Technologies, Inc. and Rasier, LLC's Stipulated Motion to Modify Case Schedule, and for good cause shown therein, the Court hereby GRANTS the Motion. Trial is set for April 25, 2022. All other deadlines remain the same.

**IT IS SO ORDERED.**

DATED this 6th day of May, 2021.

_____
Honorable Barbara J. Rothstein
United States District Judge