HONORABLE BARBARA ROTHSTEIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE,<br><br>    Defendants.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and RASIER LLC,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>OLIVIA BREANNA-LENNON BEBIC and DEVIN KEKOA WADE,<br><br>    Third-Party Defendants. | Case No. 2:21-cv-202-BJR<br><br>**ORDER GRANTING MOTION TO ADJUST EXPERT DISCLOSURE DATE**<br><br>**(Clerk's Action Required)** |

THIS MATTER came before the Court on the Stipulated Motion to Adjust Expert Disclosure

Date.  The Court, having considered the records and files herein, and the Stipulated Motion to Adjust Expert Disclosure Date.

**IT IS HEREBY ORDERED:**

The Stipulated Motion to Adjust Expert Disclosure Date is GRANTED.  The new Expert Disclosure Date is December 22, 2021.

IT IS SO ORDERED.

DATED this 29th day of November, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE