HONORABLE BARBARA ROTHSTEIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-202-BJR<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF INCARCERATED ASSAILANTS**<br><br>*Clerk's Action Required* |

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF INCARCERATED ASSAILANTS – 1
Case No. 2:21-cv-202-BJR

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

Having received and reviewed Defendants Uber Technologies, Inc. and Rasier, LLC's ("Defendants") Unopposed Motion for Leave to Take Depositions of Incarcerated Assailants, and for good cause shown therein, the Court hereby GRANTS the Motion. Defendants shall be entitled to take the depositions of Olivia Breanna-Lennon Bebic and Devin Kekoa Wade at the King County Correctional Facility located at 500 5th Ave., Seattle, WA 98104.

**IT IS SO ORDERED.**

DATED this 29th day of November, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

BN 47353670v1

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF INCARCERATED ASSAILANTS – 2
Case No. 2:21-cv-202-BJR

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052