The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY;<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br>RASIER LLC, and<br>THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE;<br><br>Defendants. | No. 2:21-cv-202<br><br>PARTIES' JOINT STIPULATION AND ORDER TO ADJUST TRIAL AND PRETRIAL DATES |

## **STIPULATED MOTION**

Pursuant to Fed.R.Civ.P. 6(b) and Standing Order for All Civil Cases II D, the parties hereby move the Court for an Order continuing the trial date and adjusting the pretrial deadlines in this case as set forth below.

| Deadline Type | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| JURY TRIAL DATE | April 25, 2022 | August 1, 2022 |
| Expert Disclosure Deadline | December 22, 2021 | March 22, 2022 |
| Discovery Cutoff | February 11, 2021 | May 13, 2022 |

PARTIES JOINT STIPULATION AND ORDER TO ADJUST CERTAIN PRETRIAL DATES  PAGE- 1

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

| Dispositive Motions Filing Deadline | January 13, 2022 | April 14, 2022 |
| --- | --- | --- |
| Motions *in limine* must be filed by | March 14, 2022 | June 20, 2022 |
| Joint Pretrial Statement | March 21, 2022 | June 27, 2022 |
| Pretrial Conference | April 4, 2022 | July 11, 2022 |

All other dates are those specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. *See* Order Setting Trial Date and Related Dates (Apr. 26, 2021) [Dkt. #27].

**REASON FOR EXTENSION**

As discussed at the Discovery Conference with the Court on Tuesday, November 30, 2021, the parties have met and conferred regarding the proposed adjustments to the trial date and other deadlines in the case. All parties agree that the proposed modified schedule is necessary and appropriate under the circumstances.

This stipulated motion is not made for the purposes of delay.

DATED this 9th day of December, 2021.

WEINSTEIN CAGGIANO PLLC

*/s/ Alexandra Caggiano*
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
Dylan Johnson, WSBA No. 54147
601 Union Street, Suite 2420
Seattle, Washington 98101
Telephone: (206) 508-7070
Email: service@weinsteincaggiano.com
*Counsel for Plaintiffs*

And

CORRIE YACKULIC LAW PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic, WSBA No. 16063
Larken J. Yackulic, *pro hac vice*
110 Prefontaine Place S, Suite 304

PARTIES JOINT STIPULATION AND
ORDER TO ADJUST CERTAIN
PRETRIAL DATES  PAGE- 2

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

Seattle, WA 98104
Telephone: (206) 787-1915
Email: corrie@cjylaw.com
*Counsel for Plaintiffs*

BUCHALTER

*/s/ Brandon Tran*
Gary A. Wolensky, WSBA No. 54454
Brandon Tran, *pro hac vice*
Bradley P. Thoreson, WSBA No. 18190
Neusha Eternad, *pro hac vice*
1420 Fifth Ave. Ste. 3100
Seattle, WA 98101
Tel. 206-319-7052
gwolensky@buchalter.com
bthoreson@buchalter.com
btran@buchalter.com
neternad@buchalter.com
*Attorney for Defendants Uber Technologies, Inc. and Rasier, LLC*

## ORDER OF THE COURT

The Court hereby orders that the scheduling order (Dkt. #27) is amended as stated above.

DATED THIS 9th day of December, 2021.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

PARTIES JOINT STIPULATION AND
ORDER TO ADJUST CERTAIN
PRETRIAL DATES  PAGE- 3

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650