The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY;<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE;<br><br>Defendants. | No. 2:21-cv-202<br><br>PARTIES' STIPULATION TO ADJUST TRIAL AND PRETRIAL DATES |

## **STIPULATED MOTION**

Pursuant to Fed.R.Civ.P. 6(b) and Standing Order for All Civil Cases II D, the parties hereby move the Court for an Order continuing the trial date and adjusting the pretrial deadlines in this case as set forth below.

| **Deadline Type** | **Current Deadline** | **Proposed Amended Deadline** |
|---|---|---|
| JURY TRIAL DATE | August 1, 2022 | November 14, 2022 |
| Expert Disclosure Deadline | March 22, 2022 | May 24, 2022 |
| Discovery Cutoff | May 13, 2022 | June 24, 2022 |

PARTIES' STIPULATION TO ADJUST
TRIAL AND PRETRIAL DATES
PAGE- 1

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

| Dispositive Motions Filing Deadline | April 14, 2022 | July 1, 2022 |
| --- | --- | --- |
| Motions *in limine* must be filed by | June 20, 2022 | October 10, 2022 |
| Joint Pretrial Statement | June 27, 2022 | October 17, 2022 |
| Pretrial Conference | July 11, 2022 | October 26, 2022 |

All other dates are those specified in the Local Civil Rules and/or the Court's Standing Order in All Civil Cases.  *See* Order Setting Trial Date and Related Dates (Apr. 26, 2021) [Dkt. #27].

## **REASON FOR EXTENSION**

The parties have meet and conferred regarding the proposed trial continuance and adjustments to other case deadlines.  All parties agree that the proposed modified schedule is necessary and appropriate under the circumstances.

DATED this 23rd day of March, 2022.


WEINSTEIN CAGGIANO PLLC

*/s/ Alexandra Caggiano*
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
Dylan Johnson, WSBA No. 54147
601 Union Street, Suite 2420
Seattle, Washington 98101
Telephone: (206) 508-7070
Email: service@weinsteincaggiano.com
*Counsel for Plaintiffs*

CORRIE YACKULIC LAW PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place S, Suite 304
Seattle, WA 98104
Telephone: (206) 787-1915
Email: corrie@cjylaw.com
*Counsel for Plaintiffs*

PARTIES' STIPULATION TO ADJUST TRIAL AND PRETRIAL DATES
PAGE- 2

**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

| | |
|---|---|
| 1 | |
| 2 | BUCHALTER |
| 3 | *s/Gary A. Wolensky*_____ |
|   | Gary A. Wolensky, WSBA No. 54454 |
| 4 | Brandon Tran, *pro hac vice* |
|   | Bradley P. Thoreson, WSBA No. 18190 |
| 5 | Neusha Etemad, *pro hac vice* |
|   | 1420 Fifth Ave. Ste. 3100 |
| 6 | Seattle, WA 98101 |
|   | Tel. 206-319-7052 |
| 7 | gwolensky@buchalter.com |
|   | bthoreson@buchalter.com |
| 8 | btran@buchalter.com |
|   | netemad@buchalter.com |
| 9 | *Attorney for Defendants Uber Technologies, Inc.* |
| 10 | *and Rasier, LLC* |

PARTIES' STIPULATION TO ADJUST
TRIAL AND PRETRIAL DATES
PAGE- 3

**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on March 23, 2022, I electronically served the foregoing document via ECF/PACER, which automatically serves an electronic notification to all counsel of record.

Dated March 23, 2022, in Seattle, Washington.

                                            WEINSTEIN CAGGIANO PLLC

                                            */s/ Alexandra Caggiano*
                                            Alexandra Caggiano
                                            Attorney

PARTIES' STIPULATION TO ADJUST
TRIAL AND PRETRIAL DATES
PAGE- 4

**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650