The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY;<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE;<br><br>Defendants. | No. 2:21-cv-202<br><br>PARTIES' STIPULATION TO ADJUST TRIAL AND PRETRIAL DATES |

## STIPULATED MOTION

Pursuant to Fed.R.Civ.P. 6(b) and Standing Order for All Civil Cases II D, the parties hereby move the Court for an Order continuing the trial date and adjusting the pretrial deadlines in this case as set forth below.

| Deadline Type | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| JURY TRIAL DATE | August 1, 2022 | November 14, 2022 |
| Expert Disclosure Deadline | March 22, 2022 | May 24, 2022 |
| Discovery Cutoff | May 13, 2022 | June 24, 2022 |

PARTIES' STIPULATION TO ADJUST
TRIAL AND PRETRIAL DATES
PAGE- 1

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

| Dispositive Motions Filing Deadline | April 14, 2022 | July 1, 2022 |
| Motions *in limine* must be filed by | June 20, 2022 | October 10, 2022 |
| Joint Pretrial Statement | June 27, 2022 | October 17, 2022 |
| Pretrial Conference | July 11, 2022 | October 26, 2022 |

All other dates are those specified in the Local Civil Rules and/or the Court's Standing Order in All Civil Cases. *See* Order Setting Trial Date and Related Dates (Apr. 26, 2021) [Dkt. #27].

## REASON FOR EXTENSION

The parties have meet and conferred regarding the proposed trial continuance and adjustments to other case deadlines. All parties agree that the proposed modified schedule is necessary and appropriate under the circumstances.

It is so ordered.

DATED this 4th day of April, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

PARTIES' STIPULATION TO ADJUST
TRIAL AND PRETRIAL DATES
PAGE- 2

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650