HONORABLE BARBARA ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE;<br><br>Defendants. | Case No. 2:21-cv-00202-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO SET DEPOSITIONS AFTER DISCOVERY CUT-OFF** |

THE COURT, having reviewed the Parties' Stipulated Motion to Set Depositions After Discovery Cut-Off (Dkt. 89), and having considered the papers submitted, GRANTS the stipulated motion.

DATED this 24th day of June, 2022.

*Barbara J. Rothstein*
_____
Honorable Barbara J. Rothstein
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
DEPOSITIONS AFTER DISCOVERY CUT-OFF   – 1
Case No. 2:21-cv-00202-BJR

BN 71259655v1

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052