22:                                                          HONORABLE BARBARA ROTHSTEIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE;<br><br>　　　　Defendants. | Case No. 2:21-cv-00202-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO SET DEPOSITION AFTER DISCOVERY CUT-OFF** |

THE COURT, having reviewed the Parties' Stipulated Motion to Set Deposition After Discovery Cut-Off, and having considered the papers submitted, GRANTS the stipulated motion. Joellen Gill's Deposition may be taken no later than July 7, 2022.

DATED this 7th day of July, 2022.

*Barbara J. Rothstein*
_____
Honorable Barbara J. Rothstein
United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO
DEPOSITIONS AFTER DISCOVERY CUT-OFF – 1
Case No. 2:21-cv-00202-BJR

BN 71418468v2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052