The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AMIE DRAMMEH and YUSUPHA CEESAY, Individually, as Surviving Parents of CHERNO CEESAY; and MARAM CEESAY, Personal Representative of the Estate of CHERNO CEESAY,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER LLC, and the first doe through one hundredth doe, inclusive,

Defendants.

No. 2:21-202 BJR

DECLARATION OF CORRIE YACKULIC IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Corrie J. Yackulic declares as follows:

1. I am an attorney for Plaintiffs in this action. I make the following statements in that capacity and on the basis of personal knowledge.

2. All documents with a Bates-stamp starting with "UTI" were produced to Plaintiffs by defendants Uber Technologies, Inc. and Rasier LLC in this matter.

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

3. Attached as Exhibit 1 is a true and correct copy of the December 21, 2020 Certified Information filed in *State of Washington v. Olivia Breanna-Lennon Bebic, Devon Kekoa Wade*, King County Superior Court Case No. 20-C-05699-1 and 20-C-05698-3. The Information was certified by the King County Superior Court Clerk, Barbara Miner on June 27, 2022. My office Bates-stamped the document INFORMATION 000001-000010 for ease of reference in the summary judgment briefing.

4. Attached as Exhibit 2 is a true and correct copy of the Issaquah Police Report for Incident 20-13002 involving the IPD's investigation into the December 13, 2020 attempted carjacking and murder of Cherno Ceesay. This document is Bates-stamped UTI000001-239 (indicating the Uber defendants produced it in discovery, *see* ¶2, above).

5. Attached as Exhibit 3 is a true and correct copy of Uber's 2021 Annual Report, Form 10-K, filed with the U.S. Securities and Exchange Commission, and dated February 24, 2022.

6. Attached as Exhibit 4 is true and correct copy of excerpts of the June 17, 2022 Deposition of Uber's Fed.R.Civ.P. 30(b)(6) designee Shyrose Razwani.

7. Attached as Exhibit 5 is a true and correct copy of Uber's "Code of Conduct" (various versions), which Uber produced to us in this format, UTI 501-637.

8. Attached as Exhibit 6 is a true and correct copy of Uber's 2017-2018 Safety Report, published in 2019, UTI 650-733. The Executive Summary includes the familiar tag line, "even one critical safety incident is unacceptable." UTI 659.

9. Attached as Exhibit 7 is a true and correct copy of Uber's "Launching New Rider Verification Feature" blog post (Apr. 9, 2021). https://www.uber.com/en-US/blog/rider-

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

verification-feature. Among other things, it has the line, "At Uber, even a single safety incident is one too many."

10. Attached as Exhibit 8 is a true and correct copy of a short interview of Uber's head of PR, Jill Hazelbaker, published in the *New York Times* on Mar. 7, 2022. https://www.nytimes.com/2022/03/07/business/jill-hazelbaker-uber-safety.html Uber's PR discipline is in on display as she states, "even one incident is too many."

11. Attached as Exhibit 9 is a true and correct copy of excerpts from the deposition of Uber's Fed.R.Civ.P. 30(b)(6) designee Cory Freivogel, I (June 22, 2022) and II (July 14, 2022).

12. Attached as Exhibit 10 is a true and correct copy of a three-page screenshot from the Uber Driver app dated July 1, 2017, "How Uber Helps Keep Drivers Safe," with a URL of: https://web.archive.org/web/20170701105808/https://www.uber.com/drive/safety/.

13. Attached as Exhibit 11 is a true and correct copy of a four-page screenshot from Uber's Driver app dated Sept. 6, 2018, "Drive with Uber—Make Money on Your Schedule," https://web.archive.org/web/20170715120606/https://www.uber.com/drive/

14. Attached as Exhibit 12 is a true and correct copy of UTI 1311, a page from the Uber Driver app titled "We Are Committed to Your Safety." UTI 1311.

15. Attached as Exhibit 13 is a true and correct copy of a ***CERTIFIED COPY*** of the Issaquah Police Report for Incident 20-13002 involving the IPD's investigation into the December 13, 2020 attempted carjacking and murder of Cherno Ceesay. My office obtained this Certified Copy from the IPD. The Department produced a stapled copy of the report exactly as it is reproduced here, minus the Bates-numbers and affixed the stamp certifying it on the back of the final page (before the Redaction Log), at IPD-000131. My office photocopied it

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

without removing the stable, and then, to the photocopy, applied the Bates-numbers (IPD-#####), using Adobe Acrobat Pro's Bates-stamp option. The original document as produced by the Issaquah Police Department has not been altered in any way.

16. Attached as Exhibit 14 is a true and correct copy of excerpts from the deposition of Uber's Fed.R.Civ.P. 30(b)(6) designee, Matthew Baker (June 24, 2022).

17. Attached as Exhibit 15 is a true and correct copy of Uber's timestamp log (in Coordinated Universal Time (UTC)) for [redacted]. UTI 1008.

18. Attached as Exhibit 16 is a true and correct copy [redacted]. The document uses Coordinated Universal Time (UTC). To avoid confusion, Plaintiffs convert the UTC to Pacific Time throughout.

19. Attached as Exhibit 17 is a true and correct of excerpts of the deposition of Uber's Fed.R.Civ.P. 30(b)(6) designee, Annie Yeung (June 16, 2022).

20. Attached as Exhibit 18 is a true and correct copy of [redacted] p [redacted] UTI 1009.

21. Attached as Exhibit 19 is a true and correct copy of [redacted] UTI 1244–66.

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

22. Attached as Exhibit 20 is a true and correct copy of [REDACTED] UTI 71075–80.

23. Attached as Exhibit 21 is a true and correct copy of excerpts of the deposition of Uber's Fed.R.Civ.P. 30(b)(6) designee, Peter Sauerwein (July 1, 2022).

24. Attached as Exhibit 22 is a true and correct copy of [REDACTED]

25. Attached as Exhibit 23 is a true and correct copy of Uber's Responses & Objections to Plaintiffs' First Requests for Admission (June 16, 2022).

26. Attached as Exhibit 24 is a true and correct copy of Uber's Second Supplemental Responses & Objections to Plaintiffs' 5th Set of Interrogatories (Mar. 18, 2022

27. Attached as Exhibit 25 is a true and correct copy of [REDACTED]. UTI 499-500.

28. Attached as Exhibit 26 is a true and correct copy of Uber's Platform Access Agreement, dated Jan. 6, 2020, which it required Cherno Ceesay to "agree" to as a condition of driving for Uber. UTI000469-488.

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

29. Attached as Exhibit 27 is a true and correct copy of [redacted] [redacted] [redacted] UTI 72102-72114.

30. Attached as Exhibit 28 is a true and correct copy of the first page of the 9:04 minute video, "Being an Uber Driver," which Uber states its Drivers, including Cherno Ceesay, were required to watch. It is being filed on CD and being sent under separate cover in accordance with "Filing a Non-PDF Item," ECF Procedures.

31. Attached as Exhibit 29 is a true and correct copy of various Addenda Uber required Seattle-area Drivers to agree to. UTI 489-498. UTI 497 (updated Jan. 1, 2016) discusses the $1,000,000 liability insurance policy provided by Uber to Drivers while on the platform.

32. Attached as Exhibit 30 is a true and correct copy of the Technology Services Agreement Uber says Cherno Ceesay agreed to, updated Nov. 26, 2019. UTI 442-468.

33. Attached as Exhibit 31 is a true and correct copy of Uber's "General Guidelines, Why Riders Lose Access, Why Drivers Lose Access," produced by Uber on September 7, 2021. UTI000512-514.

34. Attached as Exhibit 32 is a true and correct copy of a screen shot from a Rider's app, displaying this notification: "Driver Has a Dashcam to Record Trips for Added Safety." This was Exhibit 37 to the Freivogel Fed.R.Civ.P. 30(b)(6) deposition, Vol. II (Ex. 9 hereto). Mr. Freivogel confirmed this was the notification Uber displays on Riders' apps when Drivers have Uber-linked dashcams.

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

35. Attached as Exhibit 33 is a true and correct copy [REDACTED] UTI071886-071926

36. Attached as Exhibit 34 is a true and correct copy of [REDACTED] UTI071927-071943.

37. Attached as Exhibit 35 is a true and correct copy [REDACTED] UTI071944-071977.

38. Attached as Exhibit 36 is true and correct copy of an [REDACTED] UTI 68121–45.

39. Attached as Exhibit 37 is a true and correct copy of [REDACTED] UTI 68229–55.

40. Attached as Exhibit 38 is a true and correct copy [REDACTED] UTI 72305–402.

41. Attached as Exhibit 39 is a true and correct copy of a report, "[REDACTED] UTI 68016-68051.

42. Attached as Exhibit 40 is a true and correct copy of a report, [REDACTED] UTI 68105.

43. Attached as Exhibit 41 is a true and correct copy of "[REDACTED] UTI 71787-71797.

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

44. Attached as Exhibit 42 is a true and correct copy of [redacted] UTI 71829–62.

45. Attached as Exhibit 43 is a true and correct copy of [redacted] UTI 71798–71812.

46. Attached as Exhibit 44 is a true and correct copy of [redacted]. UTI 72226-72270.

47. Attached as Exhibit 45 is a true and correct copy [redacted] UTI 71999-72013.

48. Attached as Exhibit 46 is a true and correct copy [redacted] UTI 78327-78513.

49. Attached as Exhibit 47 is a true and correct copy of excerpts of the deposition of Uber's Zahra Asgari (May 5, 2022).

50. Attached as Exhibit 48 is a true and correct copy of excerpts of the deposition of Uber's Morgan Fields (Apr. 20, 2022).

51. Attached as Exhibit 49 is a true and correct copy of [redacted] UTI 18981-18986.

52. Attached as Exhibit 50 is a true and correct copy of a [redacted] UTI 63873-63880.

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

53. Attached as Exhibit 51 is a true and correct copy of excerpts from the deposition of Uber's expert witness Kristin Lennox (June 30, 2022).

54. Attached as Exhibit 52 is a true and correct of excerpts from the deposition of Fed.R.Civ.P. 30(b)(6) designee Katherine McDonald (June 27, 2022).

55. Attached as Exhibit 53 is a true and correct copy of [REDACTED] UTI 72124-72126.

56. Attached as Exhibit 54 is a true and correct copy [REDACTED] UTI065270-65273.

57. Attached as Exhibit 55 is a true and correct copy of [REDACTED] UTI007344-7346.

58. Attached as Exhibit 56 is a true and correct copy of [REDACTED] UTI 65238-62541.

59. Attached as Exhibit 57 is a true and correct copy of [REDACTED] UTI013688-13691.

60. Attached as Exhibit 58 is a true and correct copy of a [REDACTED] UTI 007033-7034.

61. Attached as Exhibit 59 is [REDACTED]

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

[redacted] UTI 015314-14316.

62. Attached as Exhibit 60 is a true and correct copy of [redacted]

UTI 60321-60325.

63. Attached as Exhibit 61 is a true and correct copy of [redacted] UTI 67551-67555.

64. Attached as Exhibit 62 is a summary chart prepared by my office, [redacted]

DECLARATION OF CORRIE J. YACKULIC IN OPP. TO MOTION FOR SUMMARY JUDGMENT
PAGE- 10

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

[redacted]

[redacted]

[redacted]

DECLARATION OF CORRIE J. YACKULIC IN OPP. TO
MOTION FOR SUMMARY JUDGMENT
PAGE- 11

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

[REDACTED] .

67. Attached as Exhibit 64 is a true and correct copy of Uber's Second Supplemental Responses to Plaintiffs' First Interrogatories (Apr. 21, 2022).

68. Attached as Exhibit 65 is a true and correct copy of [REDACTED] UTI071978-071991.

69. Attached as Exhibit 66 is a true and correct copy of [REDACTED] UTI 071813-071825.

70. Attached as Exhibit 67 is a true and correct copy of [REDACTED] UTI067851.

71. Attached as Exhibit 68 is a true and correct copy of excerpts to the deposition of Uber's expert witness Mark Lipian, MD (June 24, 2022).

72. Attached as Exhibit 69 is a true and correct copy of excerpts to the deposition of Plaintiffs' for-hire industry safety expert Joe Rubino (June 22, 2022).

73. Attached as Exhibit 70 is a true and correct copy of Uber's 2020 Annual Report, Form 10-K, filed with the US Securities & Exchange Commission.

74. Attached as Exhibit 71 is a true and correct copy of screenshots from Uber's Driver's app, from February 2, 2018.

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

75. Attached as Exhibit 72 is a true and correct copy of the [redacted]

I declare under penalty of perjury under the laws of the State of Washington and the United States, that the foregoing is true and correct. Executed this 29th day of July, 2022 in Seattle, Washington.

Corrie J. Yackulic

DECLARATION OF CORRIE J. YACKULIC IN OPP. TO MOTION FOR SUMMARY JUDGMENT
PAGE- 13

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725