# EXHIBIT 4



**Moburg Reporting**
33400 9th Ave. South, Suite 207
Federal Way, WA 98003
(206) 622-3110
www.MoburgReporting.com

```
 1                UNITED STATES DISTRICT COURT,
                  WESTERN DISTRICT OF WASHINGTON
 2                         AT SEATTLE
   _____
 3 AMIE DRAMMEH, and YUSUPHA CEESAY,)
   Individually, as Surviving      )            CONFIDENTIAL
 4 Parents of CHERNO CEESAY; and   )
   MARAM CEESAY, Personal          )
 5 Representative of the Estate of )
   CHERNO CEESAY;                  )
 6                                 )
                  Plaintiffs,      )
 7                                 )
      vs.                          )   No. 2:21-cv-202
 8                                 )
   UBER TECHNOLOGIES, INC., a      )
 9 Delaware Corporation, RASIER    )
   LLC, and THE FIRST DOE THROUGH  )
10 ONE HUNDREDTH DOE, INCLUSIVE,   )
                                   )
11                Defendants.      )
   _____

12

13

       Remote Videotaped Deposition Upon Oral Examination
14
            of Defendant's FRCP 30(b)(6) Designee
15
                      SHYROSE RAZWANI
16
          "CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"
17 _____

18

19

20                      9:30 A.M.

21                   June 17, 2022

22                Sunnyvale, California

23

24
   Valerie L. Seaton, RPR, CCR
25 License #2557
```



June 17, 2022

DRAMMEH vs UBER

30(b)(6), Confidential

Page 2

```
 1                REMOTE APPEARANCES VIA ZOOM

 2    FOR THE PLAINTIFFS:
              BRIAN D. WEINSTEIN
 3            ALEXANDRA B. CAGGIANO
              Attorneys at Law
 4            WEINSTEIN CAGGIANO PLLC
              601 Union Street
 5            Suite 2420
              Seattle, Washington 98101
 6            Brian@weinsteincaggiano.com
              Alex@weinsteincaggiano.com
 7
      FOR THE DEFENDANTS:
 8            ELENI A. SWANK
              Attorney at Law
 9            BUCHALTER
              1420 Fifth Avenue
10            Suite 3100
              Seattle, Washington 98101
11            eswank@buchalter.com

12    ALSO PRESENT:
              LEAH ALTMAN
13            YASI SEDGHARI

14    THE COURT REPORTER AND VIDEOGRAPHER:
              VALERIE L. SEATON, RPR, CCR
15            KARINA TAYLOR
              MOBURG REPORTING
16            33400 9th Avenue South
              Suite 207
17            Federal Way, Washington 98003
              Valerie@MoburgReporting.com
18            Video@MoburgReporting.com

19

20

21

22

23

24

25
```



Page 30





██████████████████████████████████████████████

██████████

████████████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████

██████████████████████

10      Q.    Thank you.

11            Is this the first time you've ever given a

12  deposition?

13      A.    Yes.

14      Q.    You understand that you have been designated by

15  Uber to speak on its behalf today on certain topics?

16      A.    Yes.

17      Q.    Without going into what a lawyer may have told

18  you at Uber or what you may have told a lawyer at Uber,

19  when were you first contacted regarding being a 30(b)(6)

20  designee; that is, somebody testifying?

21      A.    I don't remember the exact date.

22      Q.    Okay.  And I'm not interested in the exact date

23  if you don't remember.  Tell me approximately when.

24      A.    April or early May.

25      Q.    What did you understand -- and I'm not asking





Page 82



██████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

11     Q.   All right.  Now I want to ask you about question

12  -- topic number 64.  Before I do, I want to ask you a few

13  other questions.  So do you recall what topic 64 was?

14     A.   Yes, I do.

15     Q.   Okay.  When did you start preparing to answer

16  topic 64?

17     A.   When we, with my counsel, prepared for all of the

18  questions together.

19     Q.   Did you start preparing to answer question 64

20  more than a few days ago?

21     A.   Yes.

22     Q.   Now, Uber has known for a number of years that

23  people wanted to use anonymous forms of -- strike that.

24             MR. WEINSTEIN:  Let's take a break for three

25  minutes, okay?  Five minutes.  Sorry.





Page 118



Page 119



