# EXHIBIT 5

<% include ../header.html %>

# Code of Conduct

lang="<%= sectionLang %>" <% } %>>

## INTRODUCTION

While technology helps ensure the speed, dependability, and safety of our rides, people matter most to the Uber experience. And it's a two-way street between our Driver Partners and Riders. We created these Uber Partner and Rider Standards so that everyone in the vehicle has a shared standard for respect, accountability, and common courtesy.

## PROFESSIONALISM & RESPECT

Uber maintains a zero-tolerance policy regarding all forms of discrimination, harassment or abuse.

### Non-discrimination

It is unacceptable to refuse to provide or accept services based on a person's race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable federal or state law. This type of behavior can result in permanent loss of access to the Uber platform.

### No aggressive behavior

It is disrespectful to make derogatory remarks about a person or group. Furthermore, commenting on appearance, asking overly personal questions and making unwanted physical contact are all inappropriate. We encourage you be mindful of other users' privacy and personal space. Violence of any kind will not be tolerated.

### Human Kindness

Calm and clear communication is the most effective way to defuse any disagreement that may arise between you and another Uber user. Uber expects that all riders and drivers will treat one another with respect and courtesy.

## SAFETY

The safety of riders and drivers on the Uber platform is of utmost concern. In order to best protect everyone in the vehicle, we require the following:

### Compliance with the law

Illegal substances and - unless explicitly allowed by law - open containers of alcohol are not permitted in drivers' vehicles. This is against the law and a serious violation of Uber's policy. Furthermore, Uber does not tolerate drug or alcohol by drivers while using the Uber app. If a rider believes a driver may be under the influence of drugs or alcohol, please request that the driver end the trip immediately and alert Uber Support at help.uber.com.

As a driver, it is your responsibility to transport riders safely in accordance with the rules of the road in your city. As a rider, it is your responsibility to abide by the seat belt laws in your state. However, we recommend that you

UTI 000501

always wear a seatbelt while riding in any vehicle.

**Disabilities**

Uber expects compliance with all state, federal and local laws governing the transportation of riders with disabilities. Violation of these laws, including with respect to the use of service animals, constitutes a breach of the parties' licensing agreement. Service animals must be accommodated in compliance with accessibility laws. Reports of refusing to transport a rider with a service animal will lead to deactivation of the Uber account.

**Following the rules**

We require partners to keep documents up to date to remain active. Riders, likewise, must maintain active payment information.

Riders are responsible for guests traveling with them or anyone they request a ride for. It is your responsibility to ensure everyone adheres to Uber's Code of Conduct.

Violations of this Code of Conduct could result in loss of your Uber Account. Please report any violations to Uber, we want to hear your feedback! Alert us and we'll take action!

## EMERGENCIES

If at any time you feel that you are faced with a situation that requires immediate emergency attention, please call the emergency service number in your area. Once all parties are safe and the situation has been handled by the authorities, please then notify Uber. We will assist and take appropriate action as needed, including cooperating with law enforcement.

<% include ../footer.html %>

UTI 000502

## INTRODUCTION

While technology helps ensure the speed, dependability, and safety of our rides, people matter most to the Uber experience. And it's a two-way street between our Driver Partners and Riders. We created these Uber Partner and Rider Standards so that everyone in the vehicle has a shared standard for respect, accountability, and common courtesy.

## PROFESSIONALISM & RESPECT

Uber maintains a zero-tolerance policy regarding all forms of discrimination, harassment or abuse.

### Non-discrimination

It is unacceptable to refuse to provide or accept services based on a person's race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable federal or state law. This type of behavior can result in permanent loss of access to the Uber platform.

### No inappropriate behavior

Riders and drivers expect each other to act appropriately and respect boundaries. It is disrespectful to make derogatory remarks about a person or group. Furthermore, commenting on appearance, asking overly personal questions and making unwanted physical contact are all considered inappropriate behaviors. Anyone who solicits or engages in sexual conduct while using the Uber platform may lose future access to Uber. We encourage you to be mindful of other users' privacy and personal space. Violence of any kind will not be tolerated.

### Human Kindness

Calm and clear communication is the most effective way to defuse any disagreement that may arise between you and another Uber user. All riders and drivers expect to be treated with respect and courtesy by one another. This expectation extends to personal property as well. As a rider, it is your responsibility to treat your driver's vehicle with respect and not intentionally damage or remove their personal items from it. As a driver-partner, it is your responsibility to make every reasonable effort to return any lost items in your vehicle. It is best to treat a lost item respectfully. It is unacceptable to

UTI 000503

require additional payment to return an item; doing so could cause you to lose access to the Uber platform.

**SAFETY**

The safety of riders and drivers on the Uber platform is of utmost concern. In order to best protect everyone in the vehicle, we require the following:

**Compliance with the law**

Illegal substances and - unless explicitly allowed by law - open containers of alcohol are not permitted in drivers' vehicles. This is against the law and a serious violation of Uber's policy. Furthermore, Uber does not tolerate drug or alcohol use by drivers while using the Uber app. If a rider believes a driver may be under the influence of drugs or alcohol, please request that the driver end the trip immediately and alert Uber Support at help.uber.com.

Uber prohibits human trafficking of any kind, including the commercial sexual exploitation of children, while using our app. Anyone who engages in such activity may lose access to Uber.

As a driver, it is your responsibility to transport riders safely in accordance with the rules of the road in your city. Driving when you're drowsy can cause accidents. So if you ever feel tired, take a break. And remember that according to the experts "sleep is the only true preventative measure against the risks of drowsy driving". As a rider, it is your responsibility to abide by the seat belt laws in your state. However, we recommend that you always wear a seatbelt while riding in any vehicle.

**Disabilities**

Uber expects compliance with all state, federal and local laws governing the transportation of riders with disabilities. Violation of these laws, including with respect to the use of service animals, constitutes a breach of the parties' licensing agreement. Service animals must be accommodated in compliance with accessibility laws. Reports of refusing to transport a rider with a service animal will lead to deactivation of the Uber account.

**Following the rules**

We require partners to keep documents up to date to remain active. Riders, likewise, must maintain active payment information.

Riders are responsible for guests traveling with them or anyone they request a ride for. It is your responsibility to ensure everyone adheres to Uber's Community Guidelines.

Violations of this Community Guidelines could result in loss of your Uber Account. Please report any violations to Uber, we want to hear your feedback! Alert us and we'll take action!

**EMERGENCIES**

If at any time you feel that you are faced with a situation that requires immediate emergency attention, please call the emergency service number in your area. Once all parties are safe and the situation has been handled by the authorities, please then notify Uber. We will assist and take appropriate action as needed, including cooperating with law enforcement.

## INTRODUCTION

While technology helps ensure the speed, dependability, and safety of our rides, people matter most to the Uber experience. And it's a two-way street between our Driver Partners and Riders. We created these Uber Partner and Rider Standards so that everyone in the vehicle has a shared standard for respect, accountability, and common courtesy.

## PROFESSIONALISM & RESPECT

Uber maintains a zero-tolerance policy regarding all forms of discrimination, harassment or abuse.

### Non-discrimination

It is unacceptable to refuse to provide or accept services based on a person's race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable federal or state law. This type of behavior can result in permanent loss of access to the Uber platform.

### No inappropriate behavior

Riders and drivers expect each other to act appropriately and respect boundaries. It is disrespectful to make derogatory remarks about a person or group. Furthermore, commenting on appearance, asking overly personal questions and making unwanted physical contact are all considered inappropriate behaviors. Anyone who solicits or engages in sexual conduct while using the Uber platform may lose future access to Uber. We encourage you to be mindful of other users' privacy and personal space. Violence of any kind will not be tolerated.

### Human Kindness

Calm and clear communication is the most effective way to defuse any disagreement that may arise between you and another Uber user. All riders and drivers expect to be treated with respect and courtesy by one another. This expectation extends to personal property as well. As a rider, it is your responsibility to treat your driver's vehicle with respect and not intentionally damage or remove their personal items from it. As a driver-partner, it is your responsibility to make every reasonable effort to return any lost items in your vehicle. It is best to treat a lost item respectfully. It is unacceptable to

UTI 000506

require additional payment to return an item; doing so could cause you to lose access to the Uber platform.

**SAFETY**

The safety of riders and drivers on the Uber platform is of utmost concern. In order to best protect everyone in the vehicle, we require the following:

**Compliance with the law**

Illegal substances and - unless explicitly allowed by law - open containers of alcohol are not permitted in drivers' vehicles. This is against the law and a serious violation of Uber's policy. Furthermore, Uber does not tolerate drug or alcohol use by drivers while using the Uber app. If a rider believes a driver may be under the influence of drugs or alcohol, please request that the driver end the trip immediately and alert Uber Support at help.uber.com.

Uber prohibits human trafficking of any kind, including the commercial sexual exploitation of children, while using our app. Anyone who engages in such activity may lose access to Uber.

As a driver, it is your responsibility to transport riders safely in accordance with the rules of the road in your city. Driving when you're drowsy can cause accidents. So if you ever feel tired, take a break. And remember that according to the experts "sleep is the only true preventative measure against the risks of drowsy driving". As a rider, it is your responsibility to abide by the seat belt laws in your state. However, we recommend that you always wear a seatbelt while riding in any vehicle.

**Disabilities**

Uber expects compliance with all state, federal and local laws governing the transportation of riders with disabilities. Violation of these laws, including with respect to the use of service animals, constitutes a breach of the parties' licensing agreement. Service animals must be accommodated in compliance with accessibility laws. Reports of refusing to transport a rider with a service animal will lead to deactivation of the Uber account.

**Following the rules**

We require partners to keep documents up to date to remain active. Riders, likewise, must maintain active payment information.

UTI 000507

Riders are responsible for guests traveling with them or anyone they request a ride for. It is your responsibility to ensure everyone adheres to Uber's Community Guidelines.

Violations of this Community Guidelines could result in loss of your Uber Account. Please report any violations to Uber, we want to hear your feedback! Alert us and we'll take action!

**EMERGENCIES**

If at any time you feel that you are faced with a situation that requires immediate emergency attention, please call the emergency service number in your area. Once all parties are safe and the situation has been handled by the authorities, please then notify Uber. We will assist and take appropriate action as needed, including cooperating with law enforcement.

UTI 000508

*Quick links*:
*General Guidelines*
*Why Riders Lose Access*
*Why Drivers Lose Access*

*1*

### UBER COMMUNITY GUIDELINES

We want Uber to be enjoyable and safe for everyone. These ground rules are designed to ensure that riders and drivers have a five star ride when using Uber. Please take a moment to read them. Because whether you're a rider trying to get from A to B—or a partner wanting to earn money as a driver—your behavior matters.

***Respect each other.***
Treat your fellow riders and drivers as you would like to be treated yourself: with respect. It's common courtesy not to shout, swear or slam the car door. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll keep the car in good condition and ensure the next person has a pleasant ride too. Most important of all, remember that when you use Uber you will meet people who may look different or think differently from you. Please respect those differences. We want everyone to feel welcome when they use Uber.

***Give riders and drivers some personal space.***
We all value our personal space and privacy. It's OK to chat with other people in the car. But please don't comment on someone's appearance or ask whether they are single. As a passenger, if you need to make a phone call keep your voice down to avoid disturbing your driver or other riders. And don't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct between drivers and riders, no matter what.

***Safety first.***
Everyone wants to get from A to B safely. So please ensure that you follow the local law. Check out our rider safety tips. Whether you're in the front or the back seat, buckle up when you get into the car—and please leave your guns at home. Of course, drivers have a particular responsibility when it comes to safety at Uber. That means keeping to the speed limit; not texting while driving; always using a phone mount; and never driving under the influence of alcohol or drugs. And if you're driving and feel tired, take a break. As the experts say, "*sleep is the only true preventative measure against the risks of drowsy driving.*"

***Children must be supervised.***
Only adults can have an Uber rider account. If your child is using your account, a parent or guardian must be with them at all times.

***Feedback makes us all better.***
Whether you are a rider or driver, please rate your journey at the end of the trip. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability creates a respectful, safe environment for both riders and drivers. And if something happens during a ride—whether it's a traffic accident or an argument—make sure to report it by tapping "Help" in the app so that our customer support team can follow up.

The guidelines below help explain some of the specific kinds of behavior that may cause you to lose access to Uber as a rider or driver.

UTI 000509

*Quick links*:
*General Guidelines*
*Why Riders Lose Access*
*Why Drivers Lose Access*

*2*

---

## WHY RIDERS CAN LOSE ACCESS TO UBER (U.S. ONLY)

This policy helps explain the kinds of behavior that may lead riders to lose access to Uber. Please remember that if you're traveling in a group, or you allow other people to take trips with your account, you are responsible for their behavior in the car.

#####

**Ensuring a respectful, safe environment for all drivers and riders.**
The way you behave while using Uber can have a big impact on the safety and comfort of drivers, as well as your fellow passengers. Courtesy matters. That's why you are expected to exercise good judgment and behave decently towards other people in the car when riding with Uber—just as you would in any public place.

Here are some reasons you could lose access to Uber as a rider:

- **Damaging drivers' or other passengers' property**
  For example, damaging the car, breaking or vandalizing a phone, intentionally spilling food or drink, smoking, or vomiting due to excessive alcohol consumption.
- **Physical contact with the driver or fellow riders**
  As our community guidelines make clear, you shouldn't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct with drivers or fellow riders, no matter what. And you should never hit or otherwise hurt a driver or fellow passenger.
- **Use of inappropriate and abusive language or gestures**
  For example, asking overly personal questions, using verbal threats, and making comments or gestures that are aggressive, sexual, discriminatory, or disrespectful.
- **Unwanted contact with the driver or fellow passenger after the trip is over**
  For example, texting, calling, or visiting someone in person after a ride has been completed. Remember, in most countries you can call and text your driver directly from the Uber app without ever having to share your personal phone number. This means that your phone number stays anonymous and is never given to the driver.
- **Breaking the local law while using Uber**
  For example, bringing open containers of alcohol or drugs into the car; traveling in large groups that exceed the number of seat belts in the car; asking drivers to break local traffic laws such as speed limits; or using Uber to commit a crime, including drug and human trafficking or the sexual exploitation of children.

If we are made aware of these kinds of problematic behavior, we will contact you so we can investigate them. Depending on the nature of the concern, we may put a hold on your account during our investigation. If the issues raised are serious or a repeat offense, or you refuse to cooperate, you may lose access to Uber. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using Uber can result in the immediate loss of your account.

**Terms of Use**
As a rider, you agree to our Terms of Use when you sign up for your account. We may take action against you for violating these terms, including permanently closing your account. For example the failure to maintain accurate, complete, and up-to-date account information, including having an invalid or expired payment method on file; allowing a person who does

*Quick links*:
*General Guidelines*
*Why Riders Lose Access*
*Why Drivers Lose Access*

*3*

not meet the minimum age requirement to use your account while unaccompanied, or if you don't meet that age requirement yourself.

**Firearms Ban**
Uber prohibits riders and drivers from carrying firearms in a vehicle while using our app. You can learn more about our firearms prohibition policy here. [1] If you violate Uber's firearms prohibition policy, you may lose access to Uber.

**Discrimination**
Uber has a zero tolerance policy towards discrimination of any kind. This means you will lose access to your account if you are found to have discriminated against drivers or other riders based on their race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable law.

**Fraud or Illegitimate Behavior**
Fraudulent or illegitimate behavior undermines the trust on which Uber is built. We may deactivate any account(s) associated with this type of activity, including: abusing promotions; collusion between rider and driver; disputing fares for fraudulent or illegitimate reasons; or duplicate accounts.

## WHY DRIVERS CAN LOSE ACCESS TO UBER (U.S. ONLY)

If you are a driver, and your account is temporarily blocked or deactivated, it limits your ability to earn income. That's why we believe it is important to have clear policies that explain the circumstances in which you may be denied access to Uber; how (if at all) you can use the app again; and if you can appeal these decisions. [2]

There will always be unforeseen events that may ultimately lead to you losing access to your driver account—and we'll update this policy regularly—but the following are sufficient cause for Uber to take action: quality; safety; fraud; and discrimination.

### Quality
Riders who use Uber expect their drivers to drive safely, and also to be courteous and professional. The higher the quality of the service, the more riders want to take trips, which in turn means more opportunities for drivers to earn money. Poor service has the opposite effect over time. There are several ways we measure driver quality, with the most important being Star Ratings and Cancellation Rate.

### *Star Ratings*
After every trip, drivers and riders are able to rate each other on a scale of one to five stars, as well as give feedback on how the trip went. This two-way system holds everyone accountable for their behavior. Accountability helps create a respectful, safe environment for both drivers and riders. Drivers can see their current rating in the Ratings tab of the Uber Partner app.

*How is my rating as a driver calculated?* Your rating is based on an average of the number of post-trip stars riders gave you (from 1 to 5 stars), up to your last 500 rated trips or the total number of rated trips you've taken, if less than 500.

*Quick links*:
*General Guidelines*
*Why Riders Lose Access*
*Why Drivers Lose Access*

*4*

The easiest way to keep your average rating high is to provide good service on every trip. Drivers using Uber typically provide excellent service, so most trips run smoothly. But we know that sometimes a trip doesn't go well—that's why we only look at your average rating over your most recent 500 trips (or your total rated trip count, if under 500). This gives you the chance to improve over time.

*What leads to you losing access to your account?* There is a minimum average rating in each city. This is because there are cultural differences in the way people in different cities rate each other. We will alert you over time if your rating is approaching this limit, and you'll also get information about quality improvement courses that may help you improve. However, if your average rating still falls below the minimum after multiple notifications, you will lose access to your account. We may allow you to regain access to your account if you can provide proof that you completed one of these quality improvement courses.

**Cancellation Rate**
A driver cancellation is when you accept a trip request and then cancel the trip. Cancellations create a poor rider experience and negatively affect other drivers. We understand that there may be times when something comes up and you have to cancel an accepted trip. But minimizing cancellations is critical for the reliability of the system.

*How is my cancellation rate calculated?* Your cancellation rate is based on the number of trips canceled out of the total number of trips you accept. (For example, if you've accepted 100 trips and 4 of them are canceled, your cancellation rate would be 4%.) High-quality drivers typically have a cancellation rate lower than 5%.

*What leads to you losing access to your account?* Each city has a maximum cancellation rate, based on the average cancellation rate of drivers in that area. We will alert you multiple times if your cancellation rate is much higher or if you are consistently canceling more often than other drivers in your city, after which you may be logged out of the app. If your cancellation rate continues to exceed the maximum limit, you may lose access to your account.

**Acceptance Rates**
High acceptance rates are a critical part of reliable, high-quality service, but not accepting trip requests does not lead to permanent loss of your account.

Consistently accepting trip requests helps maximize earnings for drivers and keeps the system running smoothly. We know that sometimes things come up that prevent you from accepting every trip request, or you may want to take a break. But not accepting dispatches causes delays and degrades the reliability of the system. If you don't want to accept trips, just log off.

If you consistently decline trip requests, we will assume you do not want to accept more trips and you may be logged out of the app.

**<u>Safety</u>**
Uber uses technology to keep drivers and riders safe, for instance by GPS-tracking every ride and allowing riders to share their journeys in real time with families or friends. This is all backed up by a robust system of pre-screenings of drivers. We also have a dedicated incident response team on call 24/7 to investigate safety incidents.

*Quick links*:
*General Guidelines*
*Why Riders Lose Access*
*Why Drivers Lose Access*

*5*

Actions that threaten the safety of drivers and riders will be investigated and, if confirmed, lead to permanent deactivation of your account. For example:

- **Physical contact with riders**
  As our community guidelines make clear, you shouldn't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct with riders, no matter what. And you should never hit or otherwise hurt a rider.
- **Use of inappropriate and abusive language or gestures**
  For example, asking overly personal questions, using verbal threats, and making comments or gestures that are aggressive, sexual, discriminatory, or disrespectful.
- **Unwanted contact with riders after a trip is over**
  For example, texting, calling, or visiting someone in person after a ride has been completed.
- **Breaking the local law while using Uber**
  For example, texting while driving; speeding or otherwise breaking local traffic laws; and using Uber to commit a crime, including drug and human trafficking or the sexual exploitation of children.
- **Safe Driving**
  Uber expects drivers using the app to drive safely at all times.

*What leads to you losing access to your account?* If we are made aware of these kinds of problematic behavior, we will contact you so we can investigate them. Depending on the nature of the concern, we may put a hold on your account during our investigation. If the issues raised are serious or a repeat offense, or you refuse to cooperate, you may lose access to Uber. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using Uber can result in the immediate loss of your account. Uber will also deactivate the account of any driver who receives several or serious complaints of poor, unsafe, or distracted driving while using the Uber app.

### *Zero Tolerance for Drugs and Alcohol*
Uber does not tolerate the use of drugs or alcohol by partners while driving.

*What leads to you losing access to your account?* The account of any driver found to be under the influence of drugs or alcohol while using the Uber app will be permanently deactivated. Uber may also deactivate the account of any driver who receives several unconfirmed complaints of drug or alcohol use.

### *Compliance with the Law*
We expect drivers using the Uber app to act in compliance with all relevant state, federal and local laws and the rules of the road at all times. This includes meeting the regulatory requirements for rideshare or for-hire drivers in your area.

*What leads to you losing access to your account?* Uber may permanently deactivate your account for activities such as: engaging in serious illegal activity while using the Uber app; not maintaining valid vehicle registration or driver's license; and receiving serious traffic citations, or several traffic citations that indicate unsafe driving, while using the Uber app.

### *Firearms Ban*
Uber prohibits riders and drivers from carrying firearms in a vehicle while using our app. You can learn more about our firearms prohibition policy here. [1] If you violate Uber's firearms prohibition policy, you may lose access to Uber.

UTI 000513

*Quick links*:
*General Guidelines*
*Why Riders Lose Access*
*Why Drivers Lose Access*

*6*

### Background Checks

All drivers wanting to use the Uber app are required to undergo a screening process, like motor vehicle record and background checks, to ensure safety and compliance with our criteria.

*What leads to you losing access to your account?* We will permanently deactivate a driver's account if a routine motor vehicle record or background check uncovers a violation of Uber's safety standards or of other criteria required by local regulators.

### Unacceptable Activities

To maintain the transparency and safety of each trip for all users, activities conducted outside of Uber's system—like anonymous pickups—are prohibited.

*What leads to you losing access to your account?* We will take action against a driver for activities such as: accepting illegal street hails while using the Uber app; harming the business or brand, like unauthorized use of Uber's trademark or intellectual property, or otherwise violating the drivers' agreement with Uber; and soliciting payment of fares outside the Uber system.

### Fraud

Fraudulent activity undermines the trust on which Uber is built. That's why we are constantly on the lookout for fraud by riders and drivers who are gaming our systems.

*What leads to you losing access to your account?* We will deactivate any account or accounts associated with fraudulent activity, which may include: deliberately increasing the time or distance of a trip; accepting trips without the intention to complete, including provoking riders to cancel; creating dummy rider or driver accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; and intentionally accepting or completing fraudulent or falsified trips.

### Accurate Personal Information

The Uber app is designed to give riders identifying information about drivers and their vehicles, like their name, profile picture, vehicle model and license plate number, before the trip begins. Inaccurate or outdated information creates confusion among riders and can diminish their experience with Uber.

*What leads to you losing access to your account?* We will deactivate your account for activities such as: providing Uber with inaccurate information; allowing someone else to use your account; and taking a trip using an unapproved vehicle.

In addition, we will take action to prevent any driver whose required documentation becomes invalid—like a driver's license that expires—from going online until the driver provides Uber with updated information.

### <u>Discrimination</u>

Uber's mission is to connect riders to reliable transportation, everywhere for everyone. We have a zero tolerance policy towards discrimination of any kind at Uber.

*What leads to you losing access to your account?* It is unacceptable to refuse to provide services based on where someone is going, or characteristics like a person's race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any

UTI 000514

*Quick links*:
*General Guidelines*
*Why Riders Lose Access*
*Why Drivers Lose Access*

*7*

other characteristic protected under relevant federal, state or local law. Actions like these will result in permanent deactivation of your account.

We want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers on this topic. See here for more on Uber's commitment to accessibility. We expect drivers using the Uber app to comply with all relevant state, federal and local laws governing the transportation of riders with disabilities, including transporting service animals.

**<u>Getting Back on the Road After Deactivation</u>**

If your account has been deactivated for quality reasons like low star ratings, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third party experts, available in most U.S. cities today. Check with your local Uber team or help.uber.com to find out more. We are also exploring whether these experts provide the option of an equivalent online course, so that this is available to drivers everywhere in the United States at a low cost. In addition, we are exploring ways to create an appeals process for the most contentious cases. We will update this document as and when we have that process in place.

Last updated: December 8, 2016
[1] To the extent permitted by applicable law.
[2] This policy does not apply to drivers using the Uber app for UberRUSH and UberEATS.

UTI 000515

# UBER COMMUNITY GUIDELINES

We want Uber to be enjoyable and safe for everyone. These ground rules are designed to ensure that riders and drivers have a five star ride when using Uber. Please take a moment to read them. Because whether you're a rider trying to get from A to B — or a partner wanting to earn money as a driver — your behavior matters.

## Respect each other

Treat your fellow riders and drivers as you would like to be treated yourself: with respect. Always try to be on time for your ride because nobody likes to wait. It's common courtesy not to shout, swear or slam the car door. And by tidying up after yourself — whether it's taking your trash home or cleaning up a spilled drink — you'll keep the car in good condition and ensure the next person has a pleasant ride, too. Most important of all, remember that when you use Uber you will meet people who may look different or think differently from you. Please respect those differences. We want everyone to feel welcome when they use Uber.

## Give riders and drivers some personal space

We all value our personal space and privacy. It's OK to chat with other people in the car. But please don't comment on someone's appearance or ask whether they are single. As a passenger, if you need to make a phone call, keep your voice down to avoid disturbing your driver or other riders. And don't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct between drivers and riders, no matter what.

## Safety first

Everyone wants to get from A to B safely. So please ensure that you follow the local law. Check out our rider safety tips. Whether you're in the front or the back seat, buckle up when you get into the car — and please leave your guns at home. Of course, drivers have a particular responsibility when it comes to safety at Uber. That means keeping to the speed limit; not texting while driving; always using a phone mount; and never driving under the influence of alcohol or drugs. And if you're

UTI 000516

driving and feel tired, take a break. As the experts say, *"sleep is the only true preventative measure against the risks of drowsy driving."*

### Children must be supervised

Only adults can have an Uber rider account. If your child is using your account, a parent or guardian must be with them at all times. In some cities, teenagers aged 13-17 may ride with Uber unaccompanied using a Teen account that's connected to a parent or guardian's Family Profile.

### Feedback makes us all better

Whether you are a rider or driver, please rate your journey at the end of the trip. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability creates a respectful, safe environment for both riders and drivers. And if something happens during a ride — whether it's a traffic accident or an argument — make sure to report it by tapping "Help" in the app so that our customer support team can follow up.

The guidelines below help explain some of the specific kinds of behavior that may cause you to lose access to Uber as a rider or driver.

## WHY RIDERS CAN LOSE ACCESS TO UBER - US ONLY

This policy helps explain the kinds of behavior that may lead riders to lose access to Uber. Please remember that if you're traveling in a group, or you allow other people to take trips with your account, you are responsible for their behavior in the car.

### Ensuring a respectful, safe environment for all drivers and riders

The way you behave while using Uber can have a big impact on the safety and comfort of drivers, as well as your fellow passengers. Courtesy matters. That's why you are expected to exercise good judgment and behave decently towards other people in the car when riding with Uber — just as you would in any public place.

UTI 000517

Here are some reasons why you could lose access to Uber as a rider:

- Damaging drivers' or other passengers' property. For example, damaging the car, breaking or vandalizing a phone, intentionally spilling food or drink, smoking, or vomiting due to excessive alcohol consumption.
- Physical contact with the driver or fellow riders. As our community guidelines make clear, you shouldn't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct with drivers or fellow riders, no matter what. And you should never hit or otherwise hurt a driver or fellow passenger.
- Use of inappropriate and abusive language or gestures. For example, asking overly personal questions, using verbal threats, and making comments or gestures that are aggressive, sexual, discriminatory, or disrespectful.
- Unwanted contact with the driver or fellow passenger after the trip is over. For example, texting, calling, or visiting someone in person after a ride has been completed. Remember, in most countries you can call and text your driver directly from the Uber app without ever having to share your personal phone number. This means that your phone number stays anonymous and is never given to the driver.
- Breaking the local law while using Uber. For example, bringing open containers of alcohol or drugs into the car; traveling in large groups that exceed the number of seat belts in the car; asking drivers to break local traffic laws such as speed limits; or using Uber to commit a crime, including drug and human trafficking or the sexual exploitation of children.

If we are made aware of this type of problematic behavior, we may contact you so we can investigate them. Depending on the nature of the concern, we may put a hold on your account during our investigation. If the issues raised are serious or a repeat offense, or you refuse to cooperate, you may lose access to Uber. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using Uber can result in the immediate loss of

access to your account. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Law Enforcement Guidelines.

## Terms of Use

As a rider, you agree to our Terms of Use when you sign up for your account. We may take action against you for violating these terms, including permanently closing your account. For example the failure to maintain accurate, complete, and up-to-date account information, including having an invalid or expired payment method on file; allowing a person who does not meet the minimum age requirement to use your account while unaccompanied, or if you don't meet that age requirement yourself.

## Firearms Ban

Uber prohibits riders and drivers from carrying firearms in a vehicle while using our app. You can learn more about our firearms prohibition policy here. [1] If you violate Uber's firearms prohibition policy, you may lose access to Uber.

## Discrimination

Uber has a zero tolerance policy towards discrimination of any kind. This means you will lose access to your account if you are found to have discriminated against drivers or other riders based on their race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable law.

## Fraud or Illegitimate Behavior

Fraudulent or illegitimate behavior undermines the trust on which Uber is built. We may deactivate any account(s) associated with this type of activity, including: abusing promotions; collusion between rider and driver; disputing fares for fraudulent or illegitimate reasons; or duplicate accounts.

UTI 000519

# WHY DRIVERS CAN LOSE ACCESS TO UBER - US ONLY

If you are a driver, and your account is temporarily blocked or deactivated, it limits your ability to earn income. That's why we believe it is important to have clear policies that explain the circumstances in which you may be denied access to Uber; how (if at all) you can use the app again; and if you can appeal these decisions. [2]

There will always be unforeseen events that may ultimately lead to you losing access to your driver account — and we'll update this policy regularly — but the following are sufficient cause for Uber to take action: quality; safety; fraud; and discrimination.

## Quality

Riders who use Uber expect their drivers to drive safely, and also to be courteous and professional. The higher the quality of the service, the more riders want to take trips, which in turn means more opportunities for drivers to earn money. Poor service has the opposite effect over time. There are several ways we measure driver quality, with the most important being Star Ratings and Cancellation Rate.

### Star Ratings

After every trip, drivers and riders are able to rate each other on a scale of one to five stars, as well as give feedback on how the trip went. This two-way system holds everyone accountable for their behavior. Accountability helps create a respectful, safe environment for both drivers and riders. Drivers can see their current rating in the Ratings tab of the Uber Partner app.

How is my rating as a driver calculated? Your rating is based on an average of the number of post-trip stars riders gave you (from 1 to 5 stars), up to your last 500 rated trips or the total number of rated trips you've taken, if less than 500.

The easiest way to keep your average rating high is to provide good service on every trip. Drivers using Uber typically provide excellent service, so most trips run smoothly. But we know that sometimes a trip doesn't go well—that's why we only look at your average rating over your most

UTI 000520

recent 500 trips (or your total rated trip count, if under 500). This gives you the chance to improve over time.

*What leads to you losing access to your account?* There is a minimum average rating in each city. This is because there are cultural differences in the way people in different cities rate each other. We will alert you over time if your rating is approaching this limit, and you'll also get information about quality improvement courses that may help you improve. However, if your average rating still falls below the minimum after multiple notifications, you will lose access to your account. We may allow you to regain access to your account if you can provide proof that you completed one of these quality improvement courses.

**Cancellation Rate**

A driver cancellation is when you accept a trip request and then cancel the trip. Cancellations create a poor rider experience and negatively affect other drivers. We understand that there may be times when something comes up and you have to cancel an accepted trip. But minimizing cancellations is critical for the reliability of the system.

How is my cancellation rate calculated? Your cancellation rate is based on the number of trips canceled out of the total number of trips you accept. (For example, if you've accepted 100 trips and 4 of them are canceled, your cancellation rate would be 4%.) High-quality drivers typically have a cancellation rate lower than 5%.

*What leads to you losing access to your account?* Each city has a maximum cancellation rate, based on the average cancellation rate of drivers in that area. We will alert you multiple times if your cancellation rate is much higher or if you are consistently canceling more often than other drivers in your city, after which you may be logged out of the app. If your cancellation rate continues to exceed the maximum limit, you may lose access to your account.

## Acceptance Rates

High acceptance rates are a critical part of reliable, high-quality service, but not accepting trip requests does not lead to permanent loss of your account.

Consistently accepting trip requests helps maximize earnings for drivers and keeps the system running smoothly. We know that sometimes things come up that prevent you from accepting every trip request, or you may want to take a break. But not accepting dispatches causes delays and degrades the reliability of the system. If you don't want to accept trips, just log off.

If you consistently decline trip requests, we will assume you do not want to accept more trips and you may be logged out of the app. [3]

## Safety

Uber uses technology to keep drivers and riders safe, for instance by GPS-tracking every ride and allowing riders to share their journeys in real time with families or friends. This is all backed up by a robust system of pre-screenings of drivers. We also have a dedicated incident response team on call 24/7 to investigate safety incidents.

Actions that threaten the safety of drivers and riders will be investigated and, if confirmed, lead to permanent deactivation of your account. For example:

- Physical contact with riders. As our community guidelines make clear, you shouldn't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct with riders, no matter what. And you should never hit or otherwise hurt a rider.
- Use of inappropriate and abusive language or gestures. For example, asking overly personal questions, using verbal threats, and making comments or gestures that are aggressive, sexual, discriminatory, or disrespectful.
- Unwanted contact with riders after a trip is over. For example, texting, calling, or visiting someone in person after a ride has been completed.
- Breaking the local law while using Uber. For example, texting while driving; speeding or otherwise breaking local traffic laws; and using Uber to commit a crime, including drug and human trafficking or the sexual exploitation of children.
- Safe Driving. Uber expects drivers using the app to drive safely at all times.

*What leads to you losing access to your account?* If we are made aware of this type of problematic behavior, we may contact you so we can investigate them. Depending on the nature of the concern, we may put a hold on your account during our investigation. If the issues raised are serious or a repeat offense, or you refuse to cooperate, you may lose access to Uber. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using Uber can result in the immediate loss of your account. Uber will also deactivate the account of any driver who receives several or serious complaints of poor, unsafe, or distracted driving while using the Uber app. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Law Enforcement Guidelines.

## Zero Tolerance for Drugs and Alcohol

Uber does not tolerate the use of drugs or alcohol by partners while driving.

*What leads to you losing access to your account?* The account of any driver found to be under the influence of drugs or alcohol while using the Uber app will be permanently deactivated. Uber may also deactivate the account of any driver who receives several unconfirmed complaints of drug or alcohol use.

## Compliance with the Law

We expect drivers using the Uber app to act in compliance with all relevant state, federal and local laws and the rules of the road at all times. This includes meeting the regulatory requirements for rideshare or for-hire drivers in your area.

*What leads to you losing access to your account?* Uber may permanently deactivate your account for activities such as: engaging in serious illegal activity while using the Uber app; not maintaining valid vehicle registration or driver's license; and receiving serious traffic citations, or several traffic citations that indicate unsafe driving, while using the Uber app.

## Firearms Ban

Uber prohibits riders and drivers from carrying firearms in a vehicle while using our app. You can learn more about our firearms prohibition policy here. [1] If you violate Uber's firearms prohibition policy, you may lose access to Uber.

## Background Checks

All drivers wanting to use the Uber app are required to undergo a screening process, like motor vehicle record and background checks, to ensure safety and compliance with our criteria. [4]

*What leads to you losing access to your account?* We will permanently deactivate a driver's account if a routine motor vehicle record or background check uncovers a violation of Uber's safety standards or of other criteria required by local regulators.

## Unacceptable Activities

To maintain the transparency and safety of each trip for all users, activities conducted outside of Uber's system — like anonymous pickups — are prohibited.

*What leads to you losing access to your account?* We will take action against a driver for activities such as: accepting illegal street hails while using the Uber app; harming the business or brand, like unauthorized use of Uber's trademark or intellectual property, or otherwise violating the drivers' agreement with Uber; and soliciting payment of fares outside the Uber system.

## Fraud

Fraudulent activity undermines the trust on which Uber is built. That's why we are constantly on the lookout for fraud by riders and drivers who are gaming our systems.

*What leads to you losing access to your account?* We will deactivate any account or accounts associated with fraudulent activity, which may include: deliberately increasing the time or distance of a trip; accepting trips without the intention to complete, including provoking riders to cancel; creating dummy rider or driver accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; and intentionally accepting or completing fraudulent or falsified trips.

UTI 000524

## Accurate Personal Information

The Uber app is designed to give riders identifying information about drivers and their vehicles, like their name, profile picture, vehicle model and license plate number, before the trip begins. Inaccurate or outdated information creates confusion among riders and can diminish their experience with Uber.

*What leads to you losing access to your account?* We will deactivate your account for activities such as: providing Uber with inaccurate information; allowing someone else to use your account; and taking a trip using an unapproved vehicle.

In addition, we will take action to prevent any driver whose required documentation becomes invalid — like a driver's license that expires — from going online until the driver provides Uber with updated information.

## Discrimination

Uber's mission is to connect riders to reliable transportation, everywhere for everyone. We have a zero tolerance policy towards discrimination of any kind at Uber.

*What leads to you losing access to your account?* It is unacceptable to refuse to provide services based on where someone is going, or characteristics like a person's race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under relevant federal, state or local law. Actions like these will result in permanent deactivation of your account.

We want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers on this topic. See here for more on Uber's commitment to accessibility. We expect drivers using the Uber app to comply with all relevant state, federal and local laws governing the transportation of riders with disabilities, including transporting service animals.

## Getting Back on the Road After Deactivation

If your account has been deactivated for quality reasons like low star ratings, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third party experts, available in most U.S. cities today. Check with your local Uber team or help.uber.com to find out more. We are also exploring whether these experts provide the option of an equivalent online course, so that this is available to drivers everywhere in the United States at a low cost. In addition, we are exploring ways to create an appeals process for the most contentious cases. We will update this document as and when we have that process in place.

# UberEATS & UberRUSH

## REASONS WHY DELIVERY RECIPIENTS AND BUSINESSES CAN LOSE ACCESS TO UBER DELIVERY PRODUCTS - US ONLY

Delivery recipients can lose access to Uber delivery platforms, such as UberEATS or UberRUSH, for the same reasons riders can lose access to Uber. For example, we do not allow physical contact with or abusive language directed at the delivery partner, or fraudulent behavior. Businesses can lose access to Uber delivery platforms if they violate these Community Guidelines or the terms of their contractual agreement with UberEATS.

## REASONS WHY DELIVERY PARTNERS CAN LOSE ACCESS TO UBER DELIVERY PLATFORMS - US ONLY

If you are a delivery partner, and your account is deactivated or temporarily blocked, it limits your ability to earn using the app. That's why we believe it is important to have clear policies that explain the circumstances in which you may be denied access to Uber.

Delivery partners can lose access to their Uber accounts for the same quality, safety, fraud, and discrimination reasons outlined above for driver-partners, as these standards apply to both transporting passengers and deliveries. And violating the Community Guidelines while active as a delivery partner could also lead you to losing access to both your rideshare and delivery accounts. There are also some additional delivery-specific reasons that delivery partners can lose access, as explained below.

## Quality

At the conclusion of every delivery, businesses and their customers have the opportunity to rate their experience (either thumbs up or thumbs down) with their delivery, and delivery partners can also rate and give feedback on their pickup and dropoff experiences. This system improves accountability and helps create a respectful, safe, and professional environment for everyone. Delivery partners can see their current rating in the Ratings tab of the Uber Partner app.

### Ratings

At the conclusion of every delivery, businesses and their customers have the opportunity to rate their experience (either thumbs up or thumbs down) with their delivery, and delivery partners can also rate and give feedback on their pickup and dropoff experiences. This system improves accountability and helps create a respectful, safe, and professional environment for everyone. Delivery partners can see their current rating in the Ratings tab of the Uber Partner app.

How is my rating as a driver calculated? Your delivery rating is based on the average ratings you received for your last 500 rated deliveries, or the total number of rated deliveries you've completed if you haven't done 500 yet. For example: if 100 of your deliveries have been rated and 90 of those deliveries were given a thumbs up rating, your delivery rating would be 90%.

As soon as you've received 20 ratings, you will be able to see your delivery rating. Simply navigate to the Delivery tab in the Feedback section of your Driver app.

*What leads to you losing access to your account?* If your rating starts to approach the minimum delivery rating for your city, we will reach out to let you know. If your delivery rating persistently falls below your city's minimum, you may lose access to Uber.

**Cancellation rate**

As noted in the driver section above, when you cancel, it negatively affects the experience for both businesses and delivery recipients. Cancellations create a poor customer experience. We understand that there may be times when something comes up and you have to cancel an accepted delivery request. But minimizing cancellations is critical for the reliability of the system.

How is my cancellation rate calculated? Your cancellation rate is based on the number of trips canceled out of the total number of trips you accept. (For example, if you've accepted 100 trips and 4 of them are canceled, your cancellation rate would be 4%.) High-quality delivery partners typically have a cancellation rate lower than 5%.

*What leads to you losing access to your account?* If your cancellation rate is much higher than the average for your city, we'll alert you multiple times, after which you may be logged out of the app. If your cancellation rate continues to exceed the maximum limit, you may lose access to your account.

You may also lose access to your account if you have a significantly higher than average cancellation rate from merchants, for example, in cases where you don't arrive after accepting the delivery request forcing the merchant to cancel.

## Acceptance Rates

Consistently accepting delivery requests helps maximize earnings for delivery partners and keeps the system running smoothly. We know that sometimes things come up that prevent you from accepting every request, or you may want to take a break. But not accepting requests while you're online in the app causes delays and makes the system less reliable. While declining trips does not automatically lead to permanent deactivation of your account, if you don't want to accept delivery requests, you can just log off.

UTI 000528

If you consistently decline delivery requests, we will assume you do not want to accept more deliveries and you may be logged out of the app.

## Insulated Bags

There may be some cases where food deliveries should arrive in an insulated bag. For example, a delivery partner on a bicycle may need a special kind of bag to protect the food from movement and external weather conditions. For these reasons, you may receive additional information about purchasing and using insulated (thermal) bags for UberRUSH and UberEATS orders in certain markets. If you do not use an insulated bag where required, you may lose access to Uber.

## Delivery delays

Our business partners and delivery recipients choose the Uber network for its quality, reliability, and speed. So, delivery partners who are consistently slow to complete trips -- with a significant number of deliveries materially deviating from the ETA for arriving at the business for pickup or arriving at the delivery location for drop-off -- may lose access to their accounts. If you start to approach this threshold in your city, we will reach out to you with a warning and opportunity to improve before removing account access.

## Fraud

Fraudulent activity undermines the trust on which Uber is built and will not be tolerated. That's why we are constantly on the lookout for fraud by recipients, businesses, and delivery partners who are gaming our systems.

*What leads to you losing access to your account?* We will deactivate any account or accounts associated with fraudulent activity, which may include: accepting deliveries without the intention to complete; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges; intentionally accepting or completing fraudulent or falsified deliveries; claiming to complete a delivery without ever picking up the delivery item; and picking up a delivery item but not delivering it in full.

Last updated: April 6, 2017

UTI 000529

[1] To the extent permitted by applicable law.

[2] This policy does not apply to drivers using the Uber app for UberRUSH and UberEATS.

[3] This does not apply to individuals who drive on the Commute service.

[4] Individuals who drive on the Commute service will not undergo the same screenings as Uber driver-partners.

UTI 000530

**Legal**

# UBER COMMUNITY GUIDELINES

We want Uber to be enjoyable and safe for everyone. These ground rules are designed to ensure that riders and drivers have a five star ride when using Uber. Please take a moment to read them. Because whether you're a rider trying to get from A to B — or a partner wanting to earn money as a driver — your behavior matters.

## Respect each other

Treat your fellow riders and drivers as you would like to be treated yourself: with respect. Always try to be on time for your ride because nobody likes to wait. It's common courtesy not to shout, swear or slam the car door. And by tidying up after yourself — whether it's taking your trash home or cleaning up a spilled drink — you'll keep the car in good condition and ensure the next person has a pleasant ride, too. Most important of all, remember that when you use Uber you will meet people who may look different or think differently from you. Please respect those differences. We want everyone to feel welcome when they use Uber.

## Give riders and drivers some personal space

We all value our personal space and privacy. It's OK to chat with other people in the car. But please don't comment on someone's appearance or ask whether they are single. As a passenger, if you need to make a phone call, keep your voice down to avoid disturbing your driver or other riders. And don't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct between drivers and riders, no matter what.

## Safety first

Everyone wants to get from A to B safely. So please ensure that you follow the local law. Check out our rider safety tips. Whether you're in the front or the back seat, buckle up when you get into the car — and please leave your guns at home. Of course, drivers have a particular responsibility when it comes to safety at Uber. That means keeping to the speed limit; not texting while driving; always using a phone mount; and never driving under the influence of alcohol or drugs. And if you're driving and feel tired, take a break. As the experts say, *"sleep is the only true preventative measure against the risks of drowsy driving."*

## Children must be supervised

Only adults can have an Uber rider account. If your child is using your account, a parent or guardian must be with them at all times.

## Feedback makes us all better

Whether you are a rider or driver, please rate your journey at the end of the trip. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability creates a respectful, safe environment for both riders and drivers. And if something happens during a ride — whether it's a traffic accident or an argument — make sure to report it by tapping "Help" in the app so that our customer support team can follow up.

The guidelines below help explain some of the specific kinds of behavior that may cause you to lose access to Uber as a rider or driver.

# WHY RIDERS CAN LOSE ACCESS TO UBER - US ONLY

UTI 000532

This policy helps explain the kinds of behavior that may lead riders to lose access to Uber. Please remember that if you're traveling in a group, or you allow other people to take trips with your account, you are responsible for their behavior in the car.

## Ensuring a respectful, safe environment for all drivers and riders

The way you behave while using Uber can have a big impact on the safety and comfort of drivers, as well as your fellow passengers. Courtesy matters. That's why you are expected to exercise good judgment and behave decently towards other people in the car when riding with Uber — just as you would in any public place.

Here are some reasons why you could lose access to Uber as a rider:

- **Damaging drivers' or other passengers' property.** For example, damaging the car, breaking or vandalizing a phone, intentionally spilling food or drink, smoking, or vomiting due to excessive alcohol consumption.
- **Physical contact with the driver or fellow riders.** As our community guidelines make clear, you shouldn't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct with drivers or fellow riders, no matter what. And you should never hit or otherwise hurt a driver or fellow passenger.
- **Use of inappropriate and abusive language or gestures.** For example, asking overly personal questions, using verbal threats, and making comments or gestures that are aggressive, sexual, discriminatory, or disrespectful.
- **Unwanted contact with the driver or fellow passenger after the trip is over.** For example, texting, calling, or visiting someone in person after a ride has been completed. Remember, in most countries you can call and text your driver directly from the Uber app without ever having to share your personal phone number. This means that your phone number stays anonymous and is never given to the driver.

UTI 000533

- **Breaking the local law while using Uber.** For example, bringing open containers of alcohol or drugs into the car; traveling in large groups that exceed the number of seat belts in the car; asking drivers to break local traffic laws such as speed limits; or using Uber to commit a crime, including drug and human trafficking or the sexual exploitation of children.

If we are made aware of this type of problematic behavior, we may contact you so we can investigate them. Depending on the nature of the concern, we may put a hold on your account during our investigation. If the issues raised are serious or a repeat offense, or you refuse to cooperate, you may lose access to Uber. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using Uber can result in the immediate loss of access to your account. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Law Enforcement Guidelines.

## Terms of Use

As a rider, you agree to our Terms of Use when you sign up for your account. We may take action against you for violating these terms, including permanently closing your account. For example the failure to maintain accurate, complete, and up-to-date account information, including having an invalid or expired payment method on file; allowing a person who does not meet the minimum age requirement to use your account while unaccompanied, or if you don't meet that age requirement yourself.

## Firearms Ban

Uber prohibits riders and drivers from carrying firearms in a vehicle while using our app. You can learn more about our firearms prohibition policy here. [1] If you violate Uber's firearms prohibition policy, you may lose access to Uber.

## Discrimination

Uber has a zero tolerance policy towards discrimination of any kind. This means you will lose access to your account if you are found to have discriminated against drivers or other riders based on their race, color, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable law.

### Fraud or Illegitimate Behavior
Fraudulent or illegitimate behavior undermines the trust on which Uber is built. We may deactivate any account(s) associated with this type of activity, including: abusing promotions; collusion between rider and driver; disputing fares for fraudulent or illegitimate reasons; or duplicate accounts.

# WHY DRIVERS CAN LOSE ACCESS TO UBER - US ONLY

If you are a driver, and your account is temporarily blocked or deactivated, it limits your ability to earn income. That's why we believe it is important to have clear policies that explain the circumstances in which you may be denied access to Uber; how (if at all) you can use the app again; and if you can appeal these decisions. [2]

There will always be unforeseen events that may ultimately lead to you losing access to your driver account — and we'll update this policy regularly — but the following are sufficient cause for Uber to take action: quality; safety; fraud; and discrimination.

### Quality
Riders who use Uber expect their drivers to drive safely, and also to be courteous and professional. The higher the quality of the service, the more riders want to take trips, which in turn means more opportunities for drivers to earn money. Poor service has the

opposite effect over time. There are several ways we measure driver quality, with the most important being Star Ratings and Cancellation Rate.

**Star Ratings**

After every trip, drivers and riders are able to rate each other on a scale of one to five stars, as well as give feedback on how the trip went. This two-way system holds everyone accountable for their behavior. Accountability helps create a respectful, safe environment for both drivers and riders. **Drivers can see their current rating in the Ratings tab of the Uber Partner app.**

**How is my rating as a driver calculated?** Your rating is based on an average of the number of post-trip stars riders gave you (from 1 to 5 stars), up to your last 500 rated trips or the total number of rated trips you've taken, if less than 500.

The easiest way to keep your average rating high is to provide good service on every trip. Drivers using Uber typically provide excellent service, so most trips run smoothly. But we know that sometimes a trip doesn't go well—that's why we only look at your average rating over your most recent 500 trips (or your total rated trip count, if under 500). This gives you the chance to improve over time.

*What leads to you losing access to your account?* There is a minimum average rating in each city. This is because there are cultural differences in the way people in different cities rate each other. We will alert you over time if your rating is approaching this limit, and you'll also get information about quality improvement courses that may help you improve. However, if your average rating still falls below the minimum after multiple notifications, you will lose access to your account. We may allow you to regain access to your account if you can provide proof that you completed one of these quality improvement courses.

**Cancellation Rate**

A driver cancellation is when you accept a trip request and then cancel the trip. Cancellations create a poor rider experience and negatively affect other drivers. We understand that there may be times when something comes up and you have to cancel an accepted trip. But minimizing cancellations is critical for the reliability of the system.

**How is my cancellation rate calculated?** Your cancellation rate is based on the number of trips canceled out of the total number of trips you accept. (For example, if you've accepted 100 trips and 4 of them are canceled, your cancellation rate would be 4%.) High-quality drivers typically have a cancellation rate lower than 5%.

*What leads to you losing access to your account?* Each city has a maximum cancellation rate, based on the average cancellation rate of drivers in that area. We will alert you multiple times if your cancellation rate is much higher or if you are consistently canceling more often than other drivers in your city, after which you may be logged out of the app. If your cancellation rate continues to exceed the maximum limit, you may lose access to your account.

## Acceptance Rates

High acceptance rates are a critical part of reliable, high-quality service, but not accepting trip requests does not lead to permanent loss of your account.

Consistently accepting trip requests helps maximize earnings for drivers and keeps the system running smoothly. We know that sometimes things come up that prevent you from accepting every trip request, or you may want to take a break. But not accepting trip requests causes delays and degrades the reliability of the system. If you don't want to accept trips, just log off.

UTI 000537

If you consistently decline trip requests, we will assume you do not want to accept more trips and you may be logged out of the app. [3]

## Safety

Uber uses technology to keep drivers and riders safe, for instance by GPS-tracking every ride and allowing riders to share their journeys in real time with families or friends. This is all backed up by a robust system of pre-screenings of drivers. We also have a dedicated incident response team on call 24/7 to investigate safety incidents.

Actions that threaten the safety of drivers and riders will be investigated and, if confirmed, lead to permanent deactivation of your account. For example:

- **Physical contact with riders.** As our community guidelines make clear, you shouldn't touch or flirt with other people in the car. As a reminder, Uber has a no sex rule. That's no sexual conduct with riders, no matter what. And you should never hit or otherwise hurt a rider.
- **Use of inappropriate and abusive language or gestures.** For example, asking overly personal questions, using verbal threats, and making comments or gestures that are aggressive, sexual, discriminatory, or disrespectful.
- **Unwanted contact with riders after a trip is over.** For example, texting, calling, or visiting someone in person after a ride has been completed.
- **Breaking the local law while using Uber.** For example, texting while driving; speeding or otherwise breaking local traffic laws; and using Uber to commit a crime, including drug and human trafficking or the sexual exploitation of children.
- **Safe Driving.** Uber expects drivers using the app to drive safely at all times.

*What leads to you losing access to your account?* If we are made aware of this type of problematic behavior, we may contact you so we can investigate them. Depending on the

UTI 000538

nature of the concern, we may put a hold on your account during our investigation. If the issues raised are serious or a repeat offense, or you refuse to cooperate, you may lose access to Uber. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using Uber can result in the immediate loss of your account. Uber will also deactivate the account of any driver who receives several or serious complaints of poor, unsafe, or distracted driving while using the Uber app. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Law Enforcement Guidelines.

## Zero Tolerance for Drugs and Alcohol

Uber does not tolerate the use of drugs or alcohol by partners while driving.

*What leads to you losing access to your account?* The account of any driver found to be under the influence of drugs or alcohol while using the Uber app will be permanently deactivated. Uber may also deactivate the account of any driver who receives several unconfirmed complaints of drug or alcohol use.

## Compliance with the Law

We expect drivers using the Uber app to act in compliance with all relevant state, federal and local laws and the rules of the road at all times. This includes meeting the regulatory requirements for rideshare or for-hire drivers in your area.

*What leads to you losing access to your account?* Uber may permanently deactivate your account for activities such as: engaging in serious illegal activity while using the Uber app; not maintaining valid vehicle registration or driver's license; and receiving serious traffic citations, or several traffic citations that indicate unsafe driving, while using the Uber app.

## Firearms Ban

Uber prohibits riders and drivers from carrying firearms in a vehicle while using our app. You can learn more about our firearms prohibition policy here. [1] If you violate Uber's firearms prohibition policy, you may lose access to Uber.

## Background Checks

All drivers wanting to use the Uber app are required to undergo a screening process, like motor vehicle record and background checks, to ensure safety and compliance with our criteria. [4]

*What leads to you losing access to your account?* We will permanently deactivate a driver's account if a routine motor vehicle record or background check uncovers a violation of Uber's safety standards or of other criteria required by local regulators.

## Unacceptable Activities

To maintain the transparency and safety of each trip for all users, activities conducted outside of Uber's system — like anonymous pickups — are prohibited.

*What leads to you losing access to your account?* We will take action against a driver for activities such as: accepting illegal street hails while using the Uber app; harming the business or brand, like unauthorized use of Uber's trademark or intellectual property, or otherwise violating the drivers' agreement with Uber; and soliciting payment of fares outside the Uber system.

## Fraud

Fraudulent activity undermines the trust on which Uber is built. That's why we are constantly on the lookout for fraud by riders and drivers who are gaming our systems.

*What leads to you losing access to your account?* We will deactivate any account or accounts associated with fraudulent activity, which may include: deliberately increasing the time or distance of a trip; accepting trips without the intention to complete, including provoking riders to cancel; creating dummy rider or driver accounts for fraudulent

purposes; claiming fraudulent fees or charges, like false cleaning fees; and intentionally accepting or completing fraudulent or falsified trips.

## Accurate Personal Information

The Uber app is designed to give riders identifying information about drivers and their vehicles, like their name, profile picture, vehicle model and license plate number, before the trip begins. Inaccurate or outdated information creates confusion among riders and can diminish their experience with Uber.

*What leads to you losing access to your account?* We will deactivate your account for activities such as: providing Uber with inaccurate information; allowing someone else to use your account; and taking a trip using an unapproved vehicle.

In addition, we will take action to prevent any driver whose required documentation becomes invalid — like a driver's license that expires — from going online until the driver provides Uber with updated information.

## Discrimination

Uber's mission is to connect riders to reliable transportation, everywhere for everyone. We have a zero tolerance policy towards discrimination of any kind at Uber.

*What leads to you losing access to your account?* It is unacceptable to refuse to provide services based on characteristics like a person's race, color, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under relevant federal, state, or local law. Actions like these may result in permanent deactivation of your account.

In addition, it is not acceptable to discriminate on the basis of a rider's destination.

*What does this mean?* We understand how important it is to fit driving around your life, rather than the other way around. It is not a violation of these guidelines to pass on a trip

UTI 000541

because the trip does not work for you—for example, it would interfere with a personal commitment or prior obligation, such as a job, a doctor's appointment, a school pick-up, or a family event. But cancelling trips or using features in the Uber app to avoid receiving trip requests solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located there violates these guidelines and may cause you to lose access to your account.

We also want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers on this topic. See here for more on Uber's commitment to accessibility. We expect drivers using the Uber app to comply with all relevant state, federal and local laws governing the transportation of riders with disabilities, including transporting service animals.

### Getting Back on the Road After Deactivation

If your account has been deactivated for quality reasons like low star ratings, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third party experts, available in most U.S. cities today. Check with your local Uber team or help.uber.com to find out more. We are also exploring whether these experts provide the option of an equivalent online course, so that this is available to drivers everywhere in the United States at a low cost. In addition, we are exploring ways to create an appeals process for the most contentious cases. We will update this document as and when we have that process in place.

# UberEATS & UberRUSH

## REASONS WHY DELIVERY RECIPIENTS AND BUSINESSES CAN LOSE ACCESS TO UBER DELIVERY PRODUCTS - US ONLY

UTI 000542

Delivery recipients can lose access to Uber delivery platforms, such as UberEATS or UberRUSH, for the same reasons riders can lose access to Uber. For example, we do not allow physical contact with or abusive language directed at the delivery partner, or fraudulent behavior. Businesses can lose access to Uber delivery platforms if they violate these Community Guidelines or the terms of their contractual agreement with UberEATS.

# REASONS WHY DELIVERY PARTNERS CAN LOSE ACCESS TO UBER DELIVERY PLATFORMS - US ONLY

If you are a delivery partner, and your account is deactivated or temporarily blocked, it limits your ability to earn using the app. That's why we believe it is important to have clear policies that explain the circumstances in which you may be denied access to Uber.

Delivery partners can lose access to their Uber accounts for the same quality, safety, fraud, and discrimination reasons outlined above for driver-partners, as these standards apply to both transporting passengers and deliveries. And violating the Community Guidelines while active as a delivery partner could also lead you to losing access to both your rideshare and delivery accounts. There are also some additional delivery-specific reasons that delivery partners can lose access, as explained below.

## Quality

At the conclusion of every delivery, businesses and their customers have the opportunity to rate their experience (either thumbs up or thumbs down) with their delivery, and delivery partners can also rate and give feedback on their pickup and dropoff experiences. This system improves accountability and helps create a respectful, safe, and professional environment for everyone. Delivery partners can see their current rating in the Ratings tab of the Uber Partner app.

## Ratings

At the conclusion of every delivery, businesses and their customers have the opportunity to rate their experience (either thumbs up or thumbs down) with their delivery, and delivery partners can also rate and give feedback on their pickup and dropoff experiences. This system improves accountability and helps create a respectful, safe, and professional environment for everyone. Delivery partners can see their current rating in the Ratings tab of the Uber Partner app.

**How is my rating as a driver calculated?** Your delivery rating is based on the average ratings you received for your last 500 rated deliveries, or the total number of rated deliveries you've completed if you haven't done 500 yet. For example: if 100 of your deliveries have been rated and 90 of those deliveries were given a thumbs up rating, your delivery rating would be 90%.

As soon as you've received 20 ratings, you will be able to see your delivery rating. Simply navigate to the Delivery tab in the Feedback section of your Driver app.

*What leads to you losing access to your account?* If your rating starts to approach the minimum delivery rating for your city, we will reach out to let you know. If your delivery rating persistently falls below your city's minimum, you may lose access to Uber.

**Cancellation rate**
As noted in the driver section above, when you cancel, it negatively affects the experience for both businesses and delivery recipients. Cancellations create a poor customer experience. We understand that there may be times when something comes up and you have to cancel an accepted delivery request. But minimizing cancellations is critical for the reliability of the system.

**How is my cancellation rate calculated?** Your cancellation rate is based on the number of trips canceled out of the total number of trips you accept. (For example, if you've

accepted 100 trips and 4 of them are canceled, your cancellation rate would be 4%.) High-quality delivery partners typically have a cancellation rate lower than 5%.

*What leads to you losing access to your account?* If your cancellation rate is much higher than the average for your city, we'll alert you multiple times, after which you may be logged out of the app. If your cancellation rate continues to exceed the maximum limit, you may lose access to your account.

You may also lose access to your account if you have a significantly higher than average cancellation rate from merchants, for example, in cases where you don't arrive after accepting the delivery request forcing the merchant to cancel.

## Acceptance Rates

Consistently accepting delivery requests helps maximize earnings for delivery partners and keeps the system running smoothly. We know that sometimes things come up that prevent you from accepting every request, or you may want to take a break. But not accepting requests while you're online in the app causes delays and makes the system less reliable. While declining trips does not automatically lead to permanent deactivation of your account, if you don't want to accept delivery requests, you can just log off.

If you consistently decline delivery requests, we will assume you do not want to accept more deliveries and you may be logged out of the app.

## Insulated Bags

There may be some cases where food deliveries should arrive in an insulated bag. For example, a delivery partner on a bicycle may need a special kind of bag to protect the food from movement and external weather conditions. For these reasons, you may receive additional information about purchasing and using insulated (thermal) bags for UberRUSH and UberEATS orders in certain markets. If you do not use an insulated bag where required, you may lose access to Uber.

**Delivery delays**

Our business partners and delivery recipients choose the Uber network for its quality, reliability, and speed. So, delivery partners who are consistently slow to complete trips -- with a significant number of deliveries materially deviating from the ETA for arriving at the business for pickup or arriving at the delivery location for drop-off -- may lose access to their accounts. If you start to approach this threshold in your city, we will reach out to you with a warning and opportunity to improve before removing account access.

**Fraud**

Fraudulent activity undermines the trust on which Uber is built and will not be tolerated. That's why we are constantly on the lookout for fraud by recipients, businesses, and delivery partners who are gaming our systems.

*What leads to you losing access to your account?* We will deactivate any account or accounts associated with fraudulent activity, which may include: accepting deliveries without the intention to complete; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges; intentionally accepting or completing fraudulent or falsified deliveries; claiming to complete a delivery without ever picking up the delivery item; and picking up a delivery item but not delivering it in full.

# REASONS WHY RESTAURANTS CAN LOSE ACCESS TO UberEATS - US only

As a restaurant partner, temporarily or permanently losing access to UberEATS can be disruptive to your business. That's why we believe it is important to have clear policies, outlined below, that explain the circumstances in which you may be denied access to UberEATS. In addition to the termination events included in their contractual agreements

for UberEATS, businesses can lose access to UberEATS if they violate these Community Guidelines.

## Ensuring a respectful, safe environment

Your behavior while participating on the UberEATS platform can impact the comfort and safety of delivery partners and customers. That's why you and your staff are expected to exercise good judgment and behavior, just as you would with your in-restaurant customers.

Here are some reasons why you could lose access to the app:

- **Physical contact with a delivery partner.** As our community guidelines make clear, you shouldn't touch those you're interacting with. And you should never hit or otherwise hurt a delivery partner or customer.
- **Use of inappropriate or abusive language or gestures.** For example, asking overly personal questions, using verbal threats, and making comments or gestures that are aggressive, sexual, discriminatory, or disrespectful.
- **Unwanted contact with the delivery partner or customer.** For example, unwanted texting, calling, or any contact after a delivery has been completed.
- **Breaking the local law while using UberEATS.** For example, failing to comply with relevant food regulations, using UberEATS to commit a crime, or asking delivery partners to break local traffic laws such as speed limits.
- **Failure to provide a safe space for pick-ups.** For example, the occurrence of violent incidents on the restaurant premises that might endanger delivery partners' safety.

Once we are made aware of these kinds of problematic behavior, we will contact you. Depending on the nature of the concern, we may put a hold on your account as we look

UTI 000547

into the incident. If the issues raised are serious or a repeat offense, or you refuse to cooperate, you may lose access to your Uber account.

Any behavior involving violence, sexual misconduct, harassment, discrimination, or other illegal activity while using Uber can result in the immediate loss of access to UberEATS. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Law Enforcement Guidelines.

## Quality

In an effort to provide a high-quality and reliable service to customers, we have an opportunity to use feedback from customers and delivery partners to help you succeed on UberEATS.

### Feedback

At the conclusion of each delivery, both the customer and the delivery partner have the opportunity to provide feedback on their restaurant experience through a thumbs up or thumbs down rating. This rating system maintains accountability for everyone and helps create a respectful and transparent environment.

*Where can I find my customer rating?*

You can find your customer rating by signing into Restaurant Manager at uber.com/restaurants. As stated above, you can receive a customer and delivery partner rating at the conclusion of each delivery.

*What about feedback from delivery partners?*

We also take feedback from delivery partners about their experience with restaurants. They have the ability to rate each pickup experience with a "thumbs up" or "thumbs down". Your delivery partner rating is based on the average delivery partner ratings you received.

Some reasons why delivery partners might give a restaurant a thumbs down rating include: delivery partner has to wait too long to pick up the food, unpleasant interactions with restaurant staff, or unclear pickup/parking information.

*What could lead to my losing access to UberEATS?*

If either your delivery partner rating or customer rating is much lower than the average for your city, we will reach out to let you know. If either your delivery partner rating or your customer rating is significantly below your city's minimum threshold, you may temporarily or permanently lose access to UberEATS. Please note that reports of food safety violations, both on or off UberEATS, or failure to maintain proper licenses can cause you to lose access to UberEATS even before falling below the rating threshold.

**Unaccepted orders**

An unaccepted order occurs when you do not accept a customer's order request, which creates a poor customer experience. While we understand that there may be times when your restaurant gets busy, minimizing unaccepted orders is critical to ensuring customers have a positive experience with UberEATS - this keeps them coming back to your restaurant and to the app. If you don't want to receive order requests at a given time, you can always use the "Pause New Orders" feature or make specific items unavailable.

*How is my unaccept rate calculated?*

Your unaccept rate is based on the number of unaccepted order requests out of the total number of order requests. For example, if you've received 100 order requests and 5 of them are unaccepted, your unaccept rate is 5%. You can find your unaccept rate by signing into Restaurant Manager.

*What leads to me losing access to UberEATS?*

If your unaccept rate is much higher than the average for your city, we will reach out to let you know. If your unaccept rate is significantly above your city's maximum threshold, you may temporarily or permanently lose access to UberEATS.

**Missing or wrong orders**

When a restaurant partner does not fulfill the correct items in a customer's requested order, the customer receives missing or wrong items, which can lead to a poor experience. If you consistently have many more missing items or wrong orders than other restaurant partners in your city, you may temporarily or permanently lose access to UberEATS.

**Operational errors resulting in long trip times and/or customer satisfaction**

Other metrics that are monitored by the system may include but are not limited to: prep time, delivery partner handoff time (the amount of time it takes for the delivery partner to get in and out of the restaurant with the order, including wait time), online time, and order acceptance time. If these metrics are significantly above the average for your city they may negatively impact other parties on UberEATS, and may result in loss of access to UberEATS. Restaurant partners can monitor their own performance metrics anytime by signing into their Restaurant Manager portal at uber.com/restaurants, and may reach out to our team with any questions or concerns.

## Fraudulent or Illegal Behavior
Fraudulent activity undermines the trust on which Uber is built and will not be tolerated.

*What can lead to me losing access to UberEATS?*

We will revoke access for any account or accounts associated with fraudulent activity, which may include but is not limited to: creating dummy accounts for fraudulent purposes; accepting order requests without the intention to complete; and claiming fraudulent fees or charges.

## Discrimination

Uber has a zero tolerance policy towards discrimination of any kind. This means you can lose access to UberEATS if you are found to have discriminated against delivery partners, customers, or other restaurant partners based on their race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable law.

## Compliance with the Law

We expect restaurant partners to act in compliance with all relevant state, federal, local, and health laws at all times. Uber may revoke your access to UberEATS for failing to comply with all relevant laws, engaging in illegal activity while using UberEATS, or not maintaining valid restaurant licenses or permits.

Last updated: October 17, 2017

[1] To the extent permitted by applicable law.

[2] This policy does not apply to drivers using the Uber app for UberRUSH and UberEATS.

[3] This does not apply to individuals who drive on the Commute service.

[4] Individuals who drive on the Commute service will not undergo the same screenings as Uber driver-partners.

UTI 000551



UTI 000552





UTI 000553

UTI 000554





UTI 000555

Legal

# UBER COMMUNITY GUIDELINES
United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses any of our apps, including drivers, riders, delivery partners, Uber Eats customers, restaurants, and JUMP users. Thank you for joining us to support and safeguard a welcoming environment.

The guidelines below help explain some of the specific kinds of behavior that may cause you to lose access to the Uber apps. There will always be unforeseen events that may ultimately lead to you losing access to the Uber apps—and we'll update these guidelines regularly—but the following guidelines are sufficient cause for Uber to take action. Please take a moment to read them.

## Guidelines for all of us
Everyone who signs up for an Uber account is required to follow Uber's Community Guidelines. They reflect the following 3 pillars and the standards in each of these sections.

**Treat everyone with respect**
Our community is remarkably diverse and, chances are, you will encounter people who might not look like you or share your beliefs. The guidelines in this section help to foster positive interactions during every experience.

**Help keep one another safe**
We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. In addition to following all of Uber's Community Guidelines, you can also find some more standards just for Uber Eats under "Additional guidelines for Uber Eats" below.

**Follow the law**
We're committed to following all applicable laws and earning your trust, and we expect everyone who uses our apps to do their part and adhere to applicable laws and regulations, as well as airport rules and regulations where applicable.

## Your feedback matters
If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves.

## Treat everyone with respect
Treat your fellow Uber app users as you would like to be treated yourself: with respect. The actions you take while using the Uber apps can have a big impact on the safety and comfort of others. Courtesy matters. That's why you are expected to exercise good judgment and behave

UTI 000556

decently towards other people when using the Uber apps—just as you would in any public place.

For example, always try to be on time for your ride or to pick up your delivery because nobody likes to wait. It's also common courtesy not to shout, swear, or slam the car door. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll help keep the car in good condition and help ensure the next person has a pleasant ride, too. Most importantly, remember that when you use the Uber apps you will meet people who may look differently or think differently than you. Please respect those differences. We believe that everyone should feel supported and welcomed when they use the Uber apps. That's why we've created standards on physical contact, sexual assault and misconduct, rude behavior, unwanted contact, and discrimination.

**Physical contact**
Don't touch strangers or anyone you just met while using any of Uber's apps. Hitting, hurting, or otherwise intending to hurt anyone is never allowed.

**Sexual assault and misconduct**
We all value our personal space and privacy. It's okay to chat with other people. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person.

Personal space and privacy should be respected. The following list provides examples of inappropriate conduct.
- Behaviors and comments that could make people feel uncomfortable are not acceptable. Examples include nudges, whistles, and winks. Don't touch or flirt with people you don't know.
- Certain conversations that could be perceived as harmless can be offensive. Don't comment on appearance, perceived gender identity, or sexual orientation. Refrain from asking unrelated personal questions, such as "Are you in a relationship?" Avoid discussing your own or someone else's sex life, using explicit language, or making jokes about sex.
- Uber has a no-sex rule. Sexual contact is prohibited while using the Uber apps, including during a trip or delivery, regardless of whether you know the person or they give you their consent. This includes activities such as sexual intercourse, solicitation of sexual intercourse, masturbation, or touching and exposure of sexual body parts.

**Threatening and rude behavior**
Aggressive, confrontational, and harassing behavior is not allowed. Don't use language or make gestures that could be disrespectful, threatening, or inappropriate. It may be a good idea to stay away from personal topics that can potentially be divisive, like religion and political beliefs.

**Unwanted contact**
Contact should end when the trip or delivery is complete, unless it's to return a lost item. For example, texting, calling, visiting, or trying to visit someone in person after a trip or delivery has been completed is not allowed.

**Discrimination**
You should always feel safe and welcome. That's why we don't tolerate conduct we've determined to be discriminatory. Do not discriminate against someone based on traits such as

UTI 000557

their age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

For example, it is unacceptable to refuse to provide services based on characteristics like a person's age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law. It is also unacceptable to rate another user—whether they're a customer, delivery partner, driver, restaurant, or rider—based on these traits.

In addition, it is not acceptable to discriminate on the basis of a rider's destination or a customer's delivery location. We understand how important it is to fit driving or delivering around your life, rather than the other way around. It is not a violation of these guidelines to pass on a trip or delivery because it does not work for you. But intentionally refusing or cancelling requests, or using features in the Uber apps to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area is not allowed.

You can learn more about Uber's non-discrimination policy <a href="https://www.uber.com/legal/policies/non-discrimination-policy/en/">here</a>.

We also want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers, riders, and customers on this topic. You can go <a href="https://accessibility.uber.com/">here</a> to learn more about Uber's commitment to accessibility. Drivers using the Uber apps must comply with all relevant laws governing the transportation of riders with disabilities, including transporting service animals.

## Help keep one another safe

Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing, account holder age, and more.

### Account sharing

Account sharing is not allowed. To use any Uber app, you need to register and maintain an active account. Don't let another person use your account, and never share your personal username and password with anyone else. For example, delivery partners must complete all parts of the delivery themselves—including any handling after it is picked up from the restaurant up until final delivery to the customer—with no exception.

### People under the age of 18

You must be 18 years or older to have an Uber account. This means that you must be at least 18 years old to ride on a bike or scooter or unaccompanied in a car. Adults can't request a ride for someone under the age of 18 or allow children to ride alone—they must be accompanied by an adult. When ordering food, children are also not allowed to use an adult's Uber Eats account by themselves.

### Extra passengers

When driving with Uber, no one other than the requesting rider and the rider's guests are permitted in the vehicle. When riding with Uber, the account holder is responsible for the

behavior of their entire party. If you request a ride or a delivery or rent a bike or scooter for another adult, you're held responsible for their behavior during their trip or delivery.

### Vehicle information

For an easy pickup or delivery, the Uber apps give riders and customers identifying information about drivers and delivery partners and their vehicles, including their license plate number, vehicle make and model, profile picture, and name. Inaccurate or outdated information creates confusion among riders and customers and can diminish their experience using the Uber apps.

Drivers and delivery partners should take trips and deliveries using only approved vehicles. To provide accurate information, let us know your vehicle information and any updates to your documentation that may become invalid, like a driver's license that's about to expire.

### Seat belts

Seat belt use can be the most effective way to save lives and reduce injuries related to car crashes. Every delivery partner using a vehicle, driver, and rider—including those in the back seat—should always buckle up. Riders should request a car that has enough seat belts for everyone in their party and not travel in large groups that exceed the number of seat belts in the car. Drivers can decline a ride if there are not enough seat belts for every passenger in their car.

### Helmets for bikes, motorcycles, and scooters

For your safety, when riding a bike, motorcycle, or scooter, find a helmet that fits well. Helmets can help protect you when worn according to the manufacturer's instructions, such as sitting low on your forehead and fitting snugly under your chin.

### Use of cameras or other video or audio recording devices

Drivers may choose to install and use video cameras, dash cams, or other recording devices to record rides or otherwise for the purpose of fulfilling transportation services. Local law or regulations may require individuals using recording equipment in vehicles to fully disclose to riders that they are being recorded in or around a vehicle and obtain consent. Please check local regulations in your city to determine if these apply.

Broadcasting a person's image, audio, or video recording is not allowed.

### Be alert

Being out on the road means doing your part to help keep yourself and others safe. This means keeping your eyes on the road, being well rested, and watching for situations that may require quick action. We review rider and customer reports of potentially unsafe driving behavior.

### Proper maintenance and upkeep

Drivers are expected to maintain their cars with brakes, seat belts, and tires in good operating condition. This means maintaining your car according to industry safety and maintenance standards.

### Share the road

Safe roadways means practicing safe behavior, which includes looking out for all travelers, regardless of how they get around.

## Additional guidelines for Uber Eats

In addition to following all of Uber's Community Guidelines, the standards below apply to Uber

Eats orders and deliveries.

**Proper handling of orders**

Restaurants are expected to meet all relevant licensing requirements and to follow all food regulations—including food safety regulations—and industry best practices. Restaurants must maintain valid restaurant licenses and/or permits.

Many prepared foods are perishable and can cause illness if not properly handled. Such foods can be potentially hazardous if not maintained under the proper time and temperature controls prior to pickup.

To help ensure that food reaches customers safely, restaurants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Restaurants are expected to act responsibly on information provided by customers related to food allergies, intolerances, or other dietary restrictions and reject order requests with which they cannot comply.

**Proper delivery of orders**

Restaurants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate customer dietary restrictions. For example, restaurant notices to keep halal and non-halal food separate should always be followed.

An insulated bag can make for a better customer experience, but it isn't required unless you're delivering in a location where it's required by law. Deliveries by bicycle may benefit from a more specialized bag to protect food from movement and weather conditions.

Delivery partners should deliver orders safely and in accordance with relevant safety standards. For example, don't tamper with or open packaging during delivery. This can lead to foreign matter in food, which may pose a significant food safety risk for customers.

**Provide a safe space for pickups**

Restaurants should provide a safe area for order pickups that make delivery partners feel welcome. That's why restaurants and their staff are expected to exercise good judgment and behavior, just as they would with their in-restaurant customers. For example, restaurants should work to prevent violent incidents on the restaurant premises that might endanger delivery partners' safety.

**Alcohol delivery**

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only customers who are the legal age to buy alcohol (21 in the US, and 18 or 19 in Canada), and not intoxicated, can order and receive alcohol deliveries where available. Customers will be asked to provide government-issued photo IDs to verify age and identity when an alcohol delivery arrives. If you do not have a valid government-issued photo ID, or appear intoxicated, the alcohol portion of your order will not be able to be delivered to you and may be returned to the seller on your behalf and expense. Customers may not place an order that includes alcohol to be delivered to a public location where open containers are prohibited, or to any other areas where possession or consumption of alcohol is prohibited by law.

Delivery partners are prohibited by law from delivering alcohol to customers under the local legal drinking age. Delivery partners are responsible for following local requirements for alcohol delivery, which often include asking customers to show their ID to verify age and identification

and refusing delivery if a customer is underage or appears intoxicated, and returning alcohol that is undeliverable to the restaurant. Restaurants may be asked to accept returns of alcohol items that are undeliverable for any reason.

**Missing or wrong orders**
When a restaurant partner does not fulfill the correct items in a customer's order, the customer receives missing or wrong items, which can lead to a poor experience. Restaurants should fulfill the correct items in a customer's order.

**Operational errors resulting in long trip times and/or low customer or delivery partner satisfaction**
Other relevant metrics may include but are not limited to: prep time, delivery partner handoff time (the amount of time it takes for the delivery partner to get in and out of the restaurant with the order, including wait time), online time (a restaurant's online availability time), and order acceptance time. If these metrics are significantly above the average for your city they may negatively impact other parties' experiences with the Uber Eats app. Restaurant partners can monitor their own metrics anytime by signing into their <a href="https://www.ubereats.com/restaurant/">Restaurant Manager portal</a>, and may reach out to our team with any questions or concerns.

**Prohibited items**
Restaurant partners may only offer for sale items expressly contemplated under their agreement with Uber. Regulated or illicit items, such as cannabidiol (CBD), tetrahydrocannabinol (THC), and over-the-counter medications are not allowed to be offered on a restaurant's Uber Eats menu. Uber may remove from—or otherwise limit your ability to post to—a restaurant's Uber Eats menu any items Uber deems prohibited or inappropriate.

# Follow the law

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber apps to commit any crime—such as transporting drugs, money laundering, commiting drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

**Car seats**
Drivers and riders should comply with applicable laws when traveling with infants and small children. When riding with small children, it's the rider's responsibility to provide a car seat. Children age 12 and under should travel in the back seat.

**Follow all laws**
Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road—including speed and traffic laws, at all times when using the Uber apps.

To maintain uninterrupted access to the Uber apps, all relevant licensing and permitting requirements for drivers and delivery partners must be kept up to date. For example, all drivers and delivery partners using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review rider and

customer reports of collisions or traffic citations that may have happened during a trip or delivery, and other reports that may indicate poor, unsafe, or distracted driving, while using the Uber apps. Local rules about parking may limit where you can park your vehicle when picking up orders, making deliveries, or waiting for riders to arrive. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and customers, let your driver or delivery partner handle the driving. For example, don't touch the steering wheel, and don't tamper with the gear shift or other knobs, buttons, or components that are used to operate a vehicle. Don't ask a driver or delivery partner to speed or to make illegal stops, drop offs, or maneuvers.

When riding a bike or scooter, be mindful of local regulations and rules when riding and parking; you can check your city government's website for applicable laws. Following local rules of the road usually requires you to yield to pedestrians, ride in the direction of traffic, signal if you're planning to change direction, and come to a complete stop at red lights and stop signs.

**Service animals**
US state and federal laws and Canadian laws require that drivers must provide rides to anyone with a service animal. Knowingly refusing a rider a trip because of their service animal will result in losing access to the Uber apps. In the US, this is true even if a driver has allergies, religious objections, or a fear of animals.

Under US law, a driver is only allowed to ask a rider two things: if the animal is required because of a disability, and what work or task the animal has been trained to perform. In Canada, a driver can request documentation from a rider if a service animal is not easily identifiable as one. You can learn more about our service animal policy in the US <a href="https://www.uber.com/legal/policies/service-animal-policy/en-us/">here</a> and in Canada <a href="https://www.uber.com/en-CA/legal/policies/service-animal-policy/en-ca/">here</a>.

**Property damage**
Damaging property is never allowed. Some examples include damaging the car, bike, scooter, or other mode of transportation requested through the Uber apps; breaking or vandalizing a phone or tablet; intentionally spilling food or drink; smoking in a car; or vomiting due to excessive alcohol consumption or otherwise. If you damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear.

**Drugs and alcohol**
Drug use and open containers of alcohol are never allowed while using the Uber apps.

If you're a driver or delivery partner, by law, you cannot drive or bike while intoxicated. The law prohibits driving or biking while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a vehicle. If you encounter a rider who is too drunk or rowdy, you have the right to decline the trip for your own safety.

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the car and call 911. After the driver has ended the trip, report your experience to Uber.

Never ride a bike or scooter while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a bike or scooter.

UTI 000562

**Firearms ban**

Riders and their guests, as well as drivers and delivery partners, are prohibited from carrying firearms of any kind while using the Uber apps, to the extent permitted by applicable law. You can learn more about our firearms prohibition policy <a href="https://www.uber.com/legal/other/firearms-prohibition-policy/">here</a>.

**Fraud**

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes or otherwise; accepting trip, order, or delivery requests without the intention to complete, including provoking riders to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; or creating improper duplicate accounts.

**Street hails and other unacceptable activities**

To enhance the safety of each experience, off-app pickups are prohibited. The law prohibits street hails while using the Uber apps, so never solicit payment of fares outside the Uber system. Riders and customers should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber system.

Never harm the business or brand by doing things like using Uber's trademark or intellectual property without permission. Drivers should only use Uber trade dress that is distributed by Uber. The use of unauthorized or third-party items—such as lights, placards, signs or similar items bearing Uber's name or trademark—may confuse riders who are trying to find their ride.

## Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability helps create a respectful, safe environment. And if something happens—such as a traffic accident—and you want to report it, you can tap "Help" in the app or visit <a href="https://help.uber.com/">help.uber.com</a> so that our customer support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

## Ratings

After every trip, drivers and riders are able to rate each other on a scale of one to five stars, as well as give feedback on how the trip went. And at the conclusion of every delivery, customers, delivery partners, and restaurants have the opportunity to rate their experience. This feedback system improves accountability and helps create a respectful, safe, and transparent environment for everyone. Drivers and delivery partners can see their current rating in the Feedback section of the app. Restaurants can find their customer and delivery partner rating by signing into <a href="https://www.ubereats.com/restaurant/">Restaurant Manager</a>. Riders can see their rating displayed under their name by opening the app and touching the menu.

If you are a driver or a rider, your rating is an average rating based on your last 500 rated trips, or from the total number of rated trips if you haven't had 500 rated trips yet. If you are a delivery partner, your rating is based on the average of the last 100 ratings from customers and restaurants, or once you receive at least 10 ratings, the average of all ratings if customers and restaurants have not provided 100 ratings.

If your rating is lower than the minimum average rating in your city, we will let you know. And drivers, riders, delivery partners, or restaurants that don't meet the minimum average rating for their city may lose access to the Uber app.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber apps.  Drivers using the Uber app typically provide excellent service to their riders and most riders are courteous and respectful, so most trips run smoothly. But we know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

There is a minimum average rating in each city. This is because there may be cultural differences in the way people in different cities rate each other. We will let you know if your rating is approaching this limit, and if you lose access to your account as a result of your rating, we will share information that may help you improve your rating.

If you believe an error caused you to lose access to your account, you may contact the Uber customer support team. As a rider, if you lose access to your Uber account, you will not be able to access either the Uber rider app or the Uber Eats app.

## Delivery, order, and trip acceptance

If you're a delivery partner or driver and you don't want to accept delivery or trip requests, you can just log off. If you're a restaurant, use the "Pause New Orders" feature or make specific items unavailable. This helps keep the system running smoothly for everyone.

For delivery partners, drivers, and restaurants, if you consistently decline trip or order requests in a row, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and you may be temporarily logged out.

## How Uber enforces our guidelines

Losing access to the Uber apps may be disruptive to your life or to your business. That's why we believe it is important to have clear standards that explain the circumstances in which you may lose access to the Uber apps. If you violate any applicable terms of use, terms of the contractual agreement you agreed to when signing up for an account with Uber, or any of these

Community Guidelines, you can lose access to the Uber apps. And if you have more than one Uber account, such as a rider account and a driver account, violating the Community Guidelines could also lead you to lose access to all Uber accounts.

Uber receives feedback through a variety of channels, reviews reports submitted to our customer support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any of our guidelines may result in the loss of access to your Uber accounts. This may include certain actions you may take outside of the app, if we determine that those actions threaten the safety of the Uber community, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber apps. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using the Uber apps can result in the immediate loss of access to the Uber apps. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our <a href="https://www.uber.com/legal/data-requests/guidelines-for-law-enforcement-united-states/en-US/">Law Enforcement Guidelines</a>.

Lastly, all drivers and delivery partners wanting to use the Uber apps undergo a screening process, including motor vehicle record and background checks. A driver or delivery partner will lose access to their Uber account(s) if a routine motor vehicle record or background check uncovers a violation of Uber's Community Guidelines or other criteria required by local regulators.

To read more about our Community Guidelines, go <a href="https://www.uber.com/uber-community-guidelines">here</a>.

Riders and customers can access terms of use for Uber and Uber Eats for the United States <a href="https://www.uber.com/legal/terms/us/">here</a> and for Canada <a href="https://www.uber.com/legal/terms/ca/">here</a> and terms of service for JUMP Bikes <a href="https://www.jump.com/terms">here</a>. Partners can access their legal agreement with Uber <a href="https://partners.uber.com">here</a>.

## Getting back on the road after deactivation

If you're a driver and you lose access to your Uber account for a low star rating, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third party experts, available online in all US and Canadian cities, and in person in certain US and Canadian cities. Check with your local Uber team or <a href="https://help.uber.com/">help.uber.com</a> to find out more.

Last updated: May 22, 2019

**Legal**
Country: United States and Canada (English)

# UBER COMMUNITY GUIDELINES

## United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses any of our apps, including drivers, riders, delivery partners, Uber Eats customers, restaurants, and JUMP users. Thank you for joining us to support and safeguard a welcoming environment.

The guidelines below help explain some of the specific kinds of behavior that may cause you to lose access to the Uber apps. There will always be unforeseen events that may ultimately lead to you losing access to the Uber apps—and we'll update these guidelines regularly—but the following guidelines are sufficient cause for Uber to take action. Please take a moment to read them.

## GUIDELINES FOR ALL OF US

Everyone who signs up for an Uber account is required to follow Uber's Community Guidelines. They reflect the following 3 pillars and the standards in each of these sections.

## Treat everyone with respect

Our community is remarkably diverse and, chances are, you will encounter people who might not look like you or share your beliefs. The guidelines in this section help to foster positive interactions during every experience.

## Help keep one another safe

We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. In addition to following all of Uber's

Community Guidelines, you can also find some more standards just for Uber Eats under "Additional guidelines for Uber Eats" below.

**Follow the law**

We're committed to following all applicable laws and earning your trust, and we expect everyone who uses our apps to do their part and adhere to applicable laws and regulations, as well as airport rules and regulations where applicable.

**YOUR FEEDBACK MATTERS**

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves.

# Treat everyone with respect

Treat your fellow Uber app users as you would like to be treated yourself: with respect. The actions you take while using the Uber apps can have a big impact on the safety and comfort of others. Courtesy matters. That's why you are expected to exercise good judgment and behave decently towards other people when using the Uber apps—just as you would in any public place.

For example, always try to be on time for your ride or to pick up your delivery because nobody likes to wait. It's also common courtesy not to shout, swear, or slam the car door. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll help keep the car in good condition and help ensure the next person has a pleasant ride, too. Most importantly, remember that when you use the Uber apps you will meet people who may look differently or think differently than you. Please respect those differences. We believe that everyone should feel supported and welcomed when they use the Uber apps. That's why we've created standards on

UTI 000567

physical contact, sexual assault and misconduct, rude behavior, unwanted contact, and discrimination.

## Physical contact

Don't touch strangers or anyone you just met while using any of Uber's apps. Hitting, hurting, or otherwise intending to hurt anyone is never allowed.

## Sexual assault and misconduct

We all value our personal space and privacy. It's okay to chat with other people. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person.

Personal space and privacy should be respected. The following list provides examples of inappropriate conduct.

- Behaviors and comments that could make people feel uncomfortable are not acceptable. Examples include nudges, whistles, and winks. Don't touch or flirt with people you don't know.
- Certain conversations that could be perceived as harmless can be offensive. Don't comment on appearance, perceived gender identity, or sexual orientation. Refrain from asking unrelated personal questions, such as "Are you in a relationship?" Avoid discussing your own or someone else's sex life, using explicit language, or making jokes about sex.
- Uber has a no-sex rule. Sexual contact is prohibited while using the Uber apps, including during a trip or delivery, regardless of whether you know the person or they give you their consent. This includes activities such as sexual intercourse, solicitation of sexual intercourse, masturbation, or touching and exposure of sexual body parts.

## Threatening and rude behavior

Aggressive, confrontational, and harassing behavior is not allowed. Don't use language or make gestures that could be disrespectful, threatening, or inappropriate. It may be a

good idea to stay away from personal topics that can potentially be divisive, like religion and political beliefs.

## Unwanted contact

Contact should end when the trip or delivery is complete, unless it's to return a lost item. For example, texting, calling, visiting, or trying to visit someone in person after a trip or delivery has been completed is not allowed.

## Discrimination

You should always feel safe and welcome. That's why we don't tolerate conduct we've determined to be discriminatory. Do not discriminate against someone based on traits such as their age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

For example, it is unacceptable to refuse to provide services based on characteristics like a person's age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law. It is also unacceptable to rate another user—whether they're a customer, delivery partner, driver, restaurant, or rider—based on these traits.

In addition, it is not acceptable to discriminate on the basis of a rider's destination or a customer's delivery location. We understand how important it is to fit driving or delivering around your life, rather than the other way around. It is not a violation of these guidelines to pass on a trip or delivery because it does not work for you. But intentionally refusing or cancelling requests, or using features in the Uber apps to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area is not allowed.

You can learn more about Uber's non-discrimination policy here.

We also want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers, riders, and customers on this topic. You can go here to learn more about Uber's commitment to accessibility. Drivers using the Uber apps must comply with all relevant laws governing the transportation of riders with disabilities, including transporting service animals.

# Help keep one another safe

Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing, account holder age, and more.

### Account sharing
Account sharing is not allowed. To use any Uber app, you need to register and maintain an active account. Don't let another person use your account, and never share your personal username and password with anyone else. For example, delivery partners must complete all parts of the delivery themselves—including any handling after it is picked up from the restaurant up until final delivery to the customer—with no exception.

### People under the age of 18
You must be 18 years or older to have an Uber account. This means that you must be at least 18 years old to ride on a bike or scooter or unaccompanied in a car. Adults can't request a ride for someone under the age of 18 or allow children to ride alone—they must be accompanied by an adult. When ordering food, children are also not allowed to use an adult's Uber Eats account by themselves.

### Extra passengers

When driving with Uber, no one other than the requesting rider and the rider's guests are permitted in the vehicle. When riding with Uber, the account holder is responsible for the behavior of their entire party. If you request a ride or a delivery or rent a bike or scooter for another adult, you're held responsible for their behavior during their trip or delivery.

## Vehicle information

For an easy pickup or delivery, the Uber apps give riders and customers identifying information about drivers and delivery partners and their vehicles, including their license plate number, vehicle make and model, profile picture, and name. Inaccurate or outdated information creates confusion among riders and customers and can diminish their experience using the Uber apps.

Drivers and delivery partners should take trips and deliveries using only approved vehicles. To provide accurate information, let us know your vehicle information and any updates to your documentation that may become invalid, like a driver's license that's about to expire.

## Seat belts

Seat belt use can be the most effective way to save lives and reduce injuries related to car crashes. Every delivery partner using a vehicle, driver, and rider—including those in the back seat—should always buckle up. Riders should request a car that has enough seat belts for everyone in their party and not travel in large groups that exceed the number of seat belts in the car. Drivers can decline a ride if there are not enough seat belts for every passenger in their car.

## Helmets for bikes, motorcycles, and scooters

For your safety, when riding a bike, motorcycle, or scooter, find a helmet that fits well. Helmets can help protect you when worn according to the manufacturer's instructions, such as sitting low on your forehead and fitting snugly under your chin.

## Use of cameras or other video or audio recording devices

Drivers may choose to install and use video cameras, dash cams, or other recording devices to record rides or otherwise for the purpose of fulfilling transportation services. Local law or regulations may require individuals using recording equipment in vehicles to fully disclose to riders that they are being recorded in or around a vehicle and obtain consent. Please check local regulations in your city to determine if these apply.

Broadcasting a person's image, audio, or video recording is not allowed.

## Be alert

Being out on the road means doing your part to help keep yourself and others safe. This means keeping your eyes on the road, being well rested, and watching for situations that may require quick action. We review rider and customer reports of potentially unsafe driving behavior.

## Proper maintenance and upkeep

Drivers are expected to maintain their cars with brakes, seat belts, and tires in good operating condition. This means maintaining your car according to industry safety and maintenance standards.

## Share the road

Safe roadways means practicing safe behavior, which includes looking out for all travelers, regardless of how they get around.

# Additional guidelines for Uber Eats

In addition to following all of Uber's Community Guidelines, the standards below apply to Uber Eats orders and deliveries.

## Proper handling of orders

Restaurants are expected to meet all relevant licensing requirements and to follow all food regulations—including food safety regulations—and industry best practices. Restaurants must maintain valid restaurant licenses and/or permits.

Many prepared foods are perishable and can cause illness if not properly handled. Such foods can be potentially hazardous if not maintained under the proper time and temperature controls prior to pickup.

To help ensure that food reaches customers safely, restaurants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Restaurants are expected to act responsibly on information provided by customers related to food allergies, intolerances, or other dietary restrictions and reject order requests with which they cannot comply.

## Proper delivery of orders

Restaurants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate customer dietary restrictions. For example, restaurant notices to keep halal and non-halal food separate should always be followed.

An insulated bag can make for a better customer experience, but it isn't required unless you're delivering in a location where it's required by law. Deliveries by bicycle may benefit from a more specialized bag to protect food from movement and weather conditions.

Delivery partners should deliver orders safely and in accordance with relevant safety standards. For example, don't tamper with or open packaging during delivery. This can lead to foreign matter in food, which may pose a significant food safety risk for customers.

## Provide a safe space for pickups

Restaurants should provide a safe area for order pickups that make delivery partners feel welcome. That's why restaurants and their staff are expected to exercise good judgment and behavior, just as they would with their in-restaurant customers. For example, restaurants should work to prevent violent incidents on the restaurant premises that might endanger delivery partners' safety.

## Alcohol delivery

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only customers who are the legal age to buy alcohol (21 in the US, and 18 or 19 in Canada), and not intoxicated, can order and receive alcohol deliveries where available. Customers will be asked to provide government-issued photo IDs to verify age and identity when an alcohol delivery arrives. If you do not have a valid government-issued photo ID, or appear intoxicated, the alcohol portion of your order will not be able to be delivered to you and may be returned to the seller on your behalf and expense. Customers may not place an order that includes alcohol to be delivered to a public location where open containers are prohibited, or to any other areas where possession or consumption of alcohol is prohibited by law.

Delivery partners are prohibited by law from delivering alcohol to customers under the local legal drinking age. Delivery partners are responsible for following local requirements for alcohol delivery, which often include asking customers to show their ID to verify age and identification and refusing delivery if a customer is underage or appears intoxicated, and returning alcohol that is undeliverable to the restaurant. Restaurants may be asked to accept returns of alcohol items that are undeliverable for any reason.

## Missing or wrong orders

When a restaurant partner does not fulfill the correct items in a customer's order, the customer receives missing or wrong items, which can lead to a poor experience. Restaurants should fulfill the correct items in a customer's order.

## Operational errors resulting in long trip times and/or low customer or delivery partner satisfaction

Other relevant metrics may include but are not limited to: prep time, delivery partner handoff time (the amount of time it takes for the delivery partner to get in and out of the restaurant with the order, including wait time), online time (a restaurant's online availability time), and order acceptance time. If these metrics are significantly above the average for your city they may negatively impact other parties' experiences with the Uber Eats app. Restaurant partners can monitor their own metrics anytime by signing into their Restaurant Manager portal, and may reach out to our team with any questions or concerns.

## Prohibited items

Restaurant partners may only offer for sale items expressly contemplated under their agreement with Uber. Regulated or illicit items, such as cannabidiol (CBD), tetrahydrocannabinol (THC), and over-the-counter medications are not allowed to be offered on a restaurant's Uber Eats menu. Uber may remove from—or otherwise limit your ability to post to—a restaurant's Uber Eats menu any items Uber deems prohibited or inappropriate.

# Follow the law

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber apps to commit any crime—such as transporting drugs,

money laundering, commiting drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

## Car seats

Drivers and riders should comply with applicable laws when traveling with infants and small children. When riding with small children, it's the rider's responsibility to provide a car seat. Children age 12 and under should travel in the back seat.

## Follow all laws

Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road—including speed and traffic laws, at all times when using the Uber apps.

To maintain uninterrupted access to the Uber apps, all relevant licensing and permitting requirements for drivers and delivery partners must be kept up to date. For example, all drivers and delivery partners using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review rider and customer reports of collisions or traffic citations that may have happened during a trip or delivery, and other reports that may indicate poor, unsafe, or distracted driving while using the Uber apps. Local rules about parking may limit where you can park your vehicle when picking up orders, making deliveries, or waiting for riders to arrive. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and customers, let your driver or delivery partner handle the driving. For example, don't touch the steering wheel, and don't tamper with the gear shift or other knobs, buttons, or components that are used to operate a vehicle. Don't ask a driver or delivery partner to speed or to make illegal stops, drop offs, or maneuvers.

UTI 000576

When riding a bike or scooter, be mindful of local regulations and rules when riding and parking; you can check your city government's website for applicable laws. Following local rules of the road usually requires you to yield to pedestrians, ride in the direction of traffic, signal if you're planning to change direction, and come to a complete stop at red lights and stop signs.

## Service animals

US state and federal laws and Canadian laws require that drivers must provide rides to anyone with a service animal. Knowingly refusing a rider a trip because of their service animal will result in losing access to the Uber apps. In the US, this is true even if a driver has allergies, religious objections, or a fear of animals.

Under US law, a driver is only allowed to ask a rider two things: if the animal is required because of a disability, and what work or task the animal has been trained to perform. In Canada, a driver can request documentation from a rider if a service animal is not easily identifiable as one. You can learn more about our service animal policy in the US here and in Canada here.

## Property damage

Damaging property is never allowed. Some examples include damaging the car, bike, scooter, or other mode of transportation requested through the Uber apps; breaking or vandalizing a phone or tablet; intentionally spilling food or drink; smoking in a car; or vomiting due to excessive alcohol consumption or otherwise. If you damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear.

## Drugs and alcohol

Drug use and open containers of alcohol are never allowed while using the Uber apps.

If you're a driver or delivery partner, by law, you cannot drive or bike while intoxicated. The law prohibits driving or biking while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a vehicle. If you encounter a rider who is too drunk or rowdy, you have the right to decline the trip for your own safety.

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the car and call 911. After the driver has ended the trip, report your experience to Uber.

Never ride a bike or scooter while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a bike or scooter.

## Firearms ban

Riders and their guests, as well as drivers and delivery partners, are prohibited from carrying firearms of any kind while using the Uber apps, to the extent permitted by applicable law. You can learn more about our firearms prohibition policy here.

## Fraud

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes; accepting trip, order, or delivery requests without the intention to complete, including provoking riders to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming

fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; or creating improper duplicate accounts.

### Street hails and other unacceptable activities

To enhance the safety of each experience, off-app pickups are prohibited. The law prohibits street hails while using the Uber apps, so never solicit payment of fares outside the Uber system. Riders and customers should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber system.

Never harm the business or brand by doing things like using Uber's trademark or intellectual property without permission. Drivers should only use Uber trade dress that is distributed by Uber. The use of unauthorized or third-party items—such as lights, placards, signs or similar items bearing Uber's name or trademark—may confuse riders who are trying to find their ride.

# Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. Honest feedback helps ensure that everyone is accountable for

their behavior. This accountability helps create a respectful, safe environment. And if something happens—such as a traffic accident—and you want to report it, you can tap "Help" in the app or visit help.uber.com so that our customer support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

**Ratings**

After every trip, drivers and riders are able to rate each other on a scale of one to five stars, as well as give feedback on how the trip went. And at the conclusion of every delivery, customers, delivery partners, and restaurants have the opportunity to rate their experience. This feedback system improves accountability and helps create a respectful, safe, and transparent environment for everyone. Drivers and delivery partners can see their current rating in the Feedback section of the app. Restaurants can find their customer and delivery partner rating by signing into Restaurant Manager. Riders can see their rating displayed under their name by opening the app and touching the menu.

If you are a driver or a rider, your rating is an average rating based on your last 500 rated trips, or from the total number of rated trips if you haven't had 500 rated trips yet. If you are a delivery partner, your rating is based on the average of the last 100 ratings from customers and restaurants, or once you receive at least 10 ratings, the average of all ratings if customers and restaurants have not provided 100 ratings.

If your rating is lower than the minimum average rating in your city, we will let you know. And drivers, riders, delivery partners, or restaurants that don't meet the minimum average rating for their city may lose access to the Uber app.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber apps. Drivers using the Uber app typically

provide excellent service to their riders and most riders are courteous and respectful, so most trips run smoothly. But we know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

There is a minimum average rating in each city. This is because there may be cultural differences in the way people in different cities rate each other. We will let you know if your rating is approaching this limit, and if you lose access to your account as a result of your rating, we will share information that may help you improve your rating.

If you believe an error caused you to lose access to your account, you may contact the Uber customer support team. As a rider, if you lose access to your Uber account, you will not be able to access either the Uber rider app or the Uber Eats app.

**Delivery, order, and trip acceptance**

If you're a delivery partner or driver and you don't want to accept delivery or trip requests, you can just log off. If you're a restaurant, use the "Pause New Orders" feature or make specific items unavailable. This helps keep the system running smoothly for everyone.

For delivery partners, drivers, and restaurants, if you consistently decline trip or order requests in a row, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and you may be temporarily logged out.

# How Uber enforces our guidelines

Losing access to the Uber apps may be disruptive to your life or to your business. That's why we believe it is important to have clear standards that explain the circumstances in which you may lose access to the Uber apps. If you violate any applicable terms of use, terms of the contractual agreement you agreed to when signing up for an account with

Uber, or any of these Community Guidelines, you can lose access to the Uber apps. And if you have more than one Uber account, such as a rider account and a driver account, violating the Community Guidelines could also lead you to lose access to all Uber accounts.

Uber receives feedback through a variety of channels, reviews reports submitted to our customer support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any of our guidelines may result in the loss of access to your Uber accounts. This may include certain actions you may take outside of the app, if we determine that those actions threaten the safety of the Uber community, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber apps. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using the Uber apps can result in the immediate loss of access to the Uber apps. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Law Enforcement Guidelines.

Lastly, all drivers and delivery partners wanting to use the Uber apps undergo a screening process, including motor vehicle record and background checks. A driver or delivery partner will lose access to their Uber account(s) if a routine motor vehicle record or background check uncovers a violation of Uber's Community Guidelines or other criteria required by local regulators.

To read more about our Community Guidelines, go here.

UTI 000582

Riders and customers can access terms of use for Uber and Uber Eats for the United States here and for Canada here and terms of service for JUMP Bikes here. Partners can access their legal agreement with Uber here.

**Getting back on the road after deactivation**

If you're a driver and you lose access to your Uber account for a low star rating, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third party experts, available online in all US and Canadian cities, and in person in certain US and Canadian cities. Check with your local Uber team or help.uber.com to find out more.

Last updated: May 29, 2019

Last modified: 1/23/2020

# Uber Community Guidelines

United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses any of our apps, including drivers, riders, delivery people, Uber Eats customers, restaurants, and JUMP users. Thank you for joining us to support and safeguard a welcoming environment.

The guidelines below help explain some of the specific kinds of behavior that may cause you to lose access to the Uber apps. There will always be unforeseen events that may ultimately lead to you losing access to the Uber apps—and we'll update these guidelines regularly—but the following guidelines are sufficient cause for Uber to take action. Please take a moment to read them.

## Guidelines for all of us

Everyone who signs up for an Uber account is required to follow Uber's Community Guidelines. They reflect the following 3 pillars and the standards in each of these sections.

Treat everyone with respect

Our community is remarkably diverse and, chances are, you will encounter people who might not look like you or share your beliefs. The guidelines in this section help to foster positive interactions during every experience.

Help keep one another safe

UTI 000584

We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. In addition to following all of Uber's Community Guidelines, you can also find some more standards just for Uber Eats under "Additional guidelines for Uber Eats" below.

Follow the law

We're committed to following all applicable laws and earning your trust, and we expect everyone who uses our apps to do their part and adhere to applicable laws and regulations, as well as airport rules and regulations where applicable.

Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves.

# Treat everyone with respect

Treat your fellow Uber app users as you would like to be treated yourself: with respect. The actions you take while using the Uber apps can have a big impact on the safety and comfort of others. Courtesy matters. That's why you are expected to exercise good judgment and behave decently toward other people when using the Uber apps—just as you would in any public place.

For example, always try to be on time for your ride or to pick up your delivery because nobody likes to wait. It's also common courtesy not to shout, swear, or slam the car door. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll help keep the car in good condition and help ensure the next person has a pleasant ride, too. Most importantly, remember that when you use the Uber apps you will meet people who may look differently or think differently than you. Please respect those differences. We believe that everyone should feel supported and welcomed when they use the Uber apps. That's why we've created standards on physical contact, sexual assault and misconduct, rude behavior, unwanted contact, and discrimination.

Physical contact

Don't touch strangers or anyone you just met while using any of Uber's apps. Hitting, hurting, or otherwise intending to hurt anyone is never allowed.

Sexual assault and misconduct

We all value our personal space and privacy. It's OK to chat with other people. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person.

Personal space and privacy should be respected. The following list provides examples of inappropriate conduct.

- Behaviors and comments that could make people feel uncomfortable are not acceptable. Examples include nudges, whistles, and winks. Don't touch or flirt with people you don't know.
- Certain conversations that could be perceived as harmless can be offensive. Don't comment on appearance, perceived gender identity, or sexual orientation. Refrain from asking unrelated personal questions, such as "Are you in a relationship?" Avoid discussing your own or someone else's sex life, using explicit language, or making jokes about sex.
- Uber has a no-sex rule. Sexual contact is prohibited while using the Uber apps, including during a trip or delivery, regardless of whether you know the person or they give you their consent. This includes activities such as sexual intercourse, solicitation of sexual intercourse, masturbation, or touching and exposure of sexual body parts.

Threatening and rude behavior

Aggressive, confrontational, and harassing behavior is not allowed. Don't use language or make gestures that could be disrespectful, threatening, or inappropriate. It may be a good idea to stay away from personal topics that can potentially be divisive, like religion and political beliefs.

Unwanted contact

Contact should end when the trip or delivery is complete, unless it's to return a lost item. For example, texting, calling, visiting, or trying to visit someone in person after a trip or delivery has been completed is not allowed.

Discrimination

You should always feel safe and welcome. That's why we don't tolerate conduct we've determined to be discriminatory. Do not discriminate against someone based on traits such as their age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

For example, it is unacceptable to refuse to provide services based on characteristics like a person's age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law. It is also unacceptable to rate another user—whether they're a customer, delivery person, driver, restaurant, or rider—based on these traits.

In addition, it is not acceptable to discriminate on the basis of a rider's destination or a customer's delivery location. We understand how important it is to fit driving or delivering around your life, rather than the other way around. It is not a violation of these guidelines to pass on a trip or delivery because it does not work for you. But intentionally refusing or canceling requests, or using features in the Uber apps to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area is not allowed.

You can learn more about Uber's Non-Discrimination Policy here.

We also want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers, riders, and customers on this topic. You can go here to learn more about Uber's commitment to accessibility. Drivers using the Uber apps must comply with all relevant laws governing the transportation of riders with disabilities, including transporting service animals.

# Help keep one another safe

Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing, account holder age, and more.

Account sharing

Account sharing is not allowed. To use any Uber app, you need to register and maintain an active account. Don't let another person use your account, and never share your personal username and password with anyone else. For example, delivery people must complete all parts of the delivery themselves—including any handling after it is picked up from the restaurant up until final delivery to the customer—with no exception.

People under the age of 18

You must be 18 years or older to have an Uber account. This means that you must be at least 18 years old to ride on a bike or scooter or unaccompanied in a car. Adults can't request a ride for someone under the age of 18 or allow children to ride alone—they must be accompanied by an adult. When ordering food, children are also not allowed to use an adult's Uber Eats account by themselves.

Extra passengers

When driving with Uber, no one other than the requesting rider and the rider's guests are permitted in the vehicle. When riding with Uber, the account holder is responsible for the behavior of their entire party. If you request a ride or a delivery or rent a bike or scooter for another adult, you're held responsible for their behavior during their trip or delivery.

Vehicle information

For an easy pickup or delivery, the Uber apps give riders and customers identifying information about drivers and delivery people and their vehicles, including their license plate number, vehicle make and model, profile picture, and name. Inaccurate or outdated information creates confusion among riders and customers and can diminish their experience using the Uber apps.

Drivers and delivery people should take trips and deliveries using only approved vehicles. To provide accurate information, let us know your vehicle information and

any updates to your documentation that may become invalid, like a driver's license that's about to expire.

Seat belts

Seat belt use can be the most effective way to save lives and reduce injuries related to car crashes. Every delivery person using a vehicle, driver, and rider—including those in the back seat—should always buckle up. Riders should request a car that has enough seat belts for everyone in their party and not travel in large groups that exceed the number of seat belts in the car. Drivers can decline a ride if there are not enough seat belts for every passenger in their car.

Helmets for bikes, motorcycles, and scooters

For your safety, when riding a bike, motorcycle, or scooter, find a helmet that fits well. Helmets can help protect you when worn according to the manufacturer's instructions, such as sitting low on your forehead and fitting snugly under your chin.

Use of cameras or other video or audio recording devices

Drivers may choose to install and use video cameras, dash cams, or other recording devices to record rides or otherwise for the purpose of fulfilling transportation services. Local law or regulations may require individuals using recording equipment in vehicles to fully disclose to riders that they are being recorded in or around a vehicle and obtain consent. Please check local regulations in your city to determine if these apply.

Broadcasting a person's image, audio, or video recording is not allowed.

Be alert

Being out on the road means doing your part to help keep yourself and others safe. This means keeping your eyes on the road, being well rested, and watching for situations that may require quick action. We review rider and customer reports of potentially unsafe driving behavior.

Proper maintenance and upkeep

Drivers are expected to maintain their cars with brakes, seat belts, and tires in good operating condition. This means maintaining your car according to industry safety and maintenance standards.

Share the road

Safe roadways means practicing safe behavior, which includes looking out for all travelers, regardless of how they get around.

## Additional guidelines for Uber Eats

In addition to following all of Uber's Community Guidelines, the standards below apply to Uber Eats orders and deliveries.

Proper handling of orders

Restaurants are expected to meet all relevant licensing requirements and to follow all food regulations—including food safety regulations—and industry best practices. Restaurants must maintain valid restaurant licenses and/or permits.

Many prepared foods are perishable and can cause illness if not properly handled. Such foods can be potentially hazardous if not maintained under the proper time and temperature controls prior to pickup.

To help ensure that food reaches customers safely, restaurants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Restaurants are expected to act responsibly on information provided by customers related to food allergies, intolerances, or other dietary restrictions and reject order requests with which they cannot comply.

Proper delivery of orders

Restaurants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate customer dietary restrictions. For example, restaurant notices to keep halal and non-halal food separate should always be followed.

An insulated bag can make for a better customer experience, but it isn't required unless you're delivering in a location where it's required by law. Deliveries by bicycle may benefit from a more specialized bag to protect food from movement and weather conditions.

Delivery people should deliver orders safely and in accordance with relevant safety standards. For example, don't tamper with or open packaging during delivery. This can lead to foreign matter in food, which may pose a significant food safety risk for customers.

Provide a safe space for pickups

Restaurants should provide a safe area for order pickups that make delivery people feel welcome. That's why restaurants and their staff are expected to exercise good judgment and behavior, just as they would with their in-restaurant customers. For example, restaurants should work to prevent violent incidents on the restaurant premises that might endanger delivery people's safety.

Alcohol delivery

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only customers who are the legal age to buy alcohol (21 in the US, and 18 or 19 in Canada), and not intoxicated, can order and receive alcohol deliveries where available. Customers will be asked to provide government-issued photo IDs to verify age and identity when an alcohol delivery arrives. If you do not have a valid government-issued photo ID, or appear intoxicated, the alcohol portion of your order will not be able to be delivered to you and may be returned to the seller on your behalf and expense. Customers may not place an order that includes alcohol to be delivered to a public location where open containers are prohibited, or to any other areas where possession or consumption of alcohol is prohibited by law.

Delivery people are prohibited by law from delivering alcohol to customers under the local legal drinking age. Delivery people are responsible for following local requirements for alcohol delivery, which often include asking customers to show their ID to verify age and identification and refusing delivery if a customer is underage or appears intoxicated, and returning alcohol that is undeliverable to the

restaurant. Restaurants may be asked to accept returns of alcohol items that are undeliverable for any reason.

Missing or wrong orders

When a restaurant does not fulfill the correct items in a customer's order, the customer receives missing or wrong items, which can lead to a poor experience. Restaurants should fulfill the correct items in a customer's order.

Operational errors resulting in long trip times and/or low customer or delivery person satisfaction

Other relevant metrics may include but are not limited to: prep time, delivery person handoff time (the amount of time it takes for the delivery person to get in and out of the restaurant with the order, including wait time), online time (a restaurant's online availability time), and order acceptance time. If these metrics are significantly above the average for your city, they may negatively impact other parties' experiences with the Uber Eats app. Restaurants can monitor their own metrics anytime by signing in to their Restaurant Manager portal, and may reach out to our team with any questions or concerns.

Prohibited items

Restaurants may only offer for sale items expressly contemplated under their agreement with Uber. Regulated or illicit items, such as cannabidiol (CBD), tetrahydrocannabinol (THC), and over-the-counter medications are not allowed to be offered on a restaurant's Uber Eats menu. Uber may remove from—or otherwise limit your ability to post to—a restaurant's Uber Eats menu any items Uber deems prohibited or inappropriate.

# Follow the law

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber apps to commit any crime—such as transporting drugs, money laundering, committing drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

Car seats

Drivers and riders should comply with applicable laws when traveling with infants and small children. When riding with small children, it's the rider's responsibility to provide a car seat. Children age 12 and under should travel in the back seat.

Follow all laws

Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road— including speed and traffic laws—at all times when using the Uber apps.

To maintain uninterrupted access to the Uber apps, all relevant licensing and permitting requirements for drivers and delivery people must be kept up to date. For example, all drivers and delivery people using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review rider and customer reports of collisions or traffic citations that may have happened during a trip or delivery, and other reports that may indicate poor, unsafe, or distracted driving, while using the Uber apps. Local rules about parking may limit where you can park your vehicle when picking up orders, making deliveries, or waiting for riders to arrive. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and customers, let your driver or delivery person handle the driving. For example, don't touch the steering wheel, and don't tamper with the gear shift or other knobs, buttons, or components that are used to operate a vehicle. Don't ask a driver or delivery person to speed or to make illegal stops, dropoffs, or maneuvers.

When riding a bike or scooter, be mindful of local regulations and rules when riding and parking; you can check your city government's website for applicable laws. Following local rules of the road usually requires you to yield to pedestrians, ride in the direction of traffic, signal if you're planning to change direction, and come to a complete stop at red lights and stop signs.

Service animals

US state and federal laws and Canadian laws require that drivers must provide rides to anyone with a service animal. Knowingly refusing a rider a trip because of their service animal will result in losing access to the Uber apps. In the US, this is true even if a driver has allergies, religious objections, or a fear of animals.

In Canada, a driver can request documentation from a rider if a service animal is not easily identifiable as one. You can learn more about our Service Animal Policy in the US here and in Canada here.

Property damage

Damaging property is never allowed. Some examples include damaging the car, bike, scooter, or other mode of transportation requested through the Uber apps; breaking or vandalizing a phone or tablet; intentionally spilling food or drink; smoking in a car; or vomiting due to excessive alcohol consumption or otherwise. If you damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear.

Drugs and alcohol

Drug use and open containers of alcohol are never allowed while using the Uber apps.

If you're a driver or delivery person, by law, you cannot drive or bike while intoxicated. The law prohibits driving or biking while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a vehicle. If you encounter a rider who is too drunk or rowdy, you have the right to decline the trip for your own safety.

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the car and call 911. After the driver has ended the trip, report your experience to Uber.

Never ride a bike or scooter while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a bike or scooter.

Firearms ban

Riders and their guests, as well as drivers and delivery people, are prohibited from carrying firearms of any kind while using the Uber apps, to the extent permitted by applicable law. You can learn more about our Firearms Prohibition Policy here.

Fraud

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes or otherwise; accepting trip, order, or delivery requests without the intention to complete, including provoking riders to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; or creating improper duplicate accounts.

Street hails and other unacceptable activities

To enhance the safety of each experience, off-app pickups are prohibited. The law prohibits street hails while using the Uber apps, so never solicit payment of fares outside the Uber system. Riders and customers should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber system.

Never harm the business or brand by doing things like using Uber's trademark or intellectual property without permission. Drivers should only use Uber trade dress that is distributed by Uber. The use of unauthorized or third-party items—such as

lights, placards, signs, or similar items bearing Uber's name or trademark—may confuse riders who are trying to find their ride.

## Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability helps create a respectful, safe environment. And if something happens—such as a traffic accident—and you want to report it, you can tap Help in the app or visit https://help.uber.com/ so that our customer support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

Ratings

After every trip, drivers and riders are able to rate each other on a scale of 1 to 5 stars, as well as give feedback on how the trip went. And at the conclusion of every delivery, customers, delivery people, and restaurants have the opportunity to rate their experience. This feedback system improves accountability and helps create a respectful, safe, and transparent environment for everyone. Drivers and delivery people can see their current rating in the Feedback section of the app. Restaurants can find their customer and delivery person rating by signing in to Restaurant Manager. Riders can see their rating displayed under their name by opening the app and touching the menu.

If you are a driver or a rider, your rating is an average rating based on your last 500 rated trips, or from the total number of rated trips if you haven't had 500 rated trips yet. If you are a delivery person, your rating is based on the average of the last 100 ratings from customers and restaurants, or once you receive at least 10 ratings, the average of all ratings if customers and restaurants have not provided 100 ratings.

UTI 000596

If your rating is lower than the minimum average rating in your city, we will let you know. And drivers, riders, delivery people, or restaurants that don't meet the minimum average rating for their city may lose access to the Uber apps.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber apps. Drivers using the Uber app typically provide excellent service to their riders and most riders are courteous and respectful, so most trips run smoothly. But we know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

There is a minimum average rating in each city. This is because there may be cultural differences in the way people in different cities rate each other. We will let you know if your rating is approaching this limit, and if you lose access to your account as a result of your rating, we will share information that may help you improve your rating.

If you believe an error caused you to lose access to your account, you may contact the Uber customer support team. As a rider, if you lose access to your Uber account, you will not be able to access either the Uber app for riders or the Uber Eats app.

Delivery, order, and trip acceptance

If you're a delivery person or driver and you don't want to accept delivery or trip requests, you can just log off. If you're a restaurant, use the Pause New Orders feature or make specific items unavailable. This helps keep the system running smoothly for everyone.

For delivery people, drivers, and restaurants, if you consistently decline trip or order requests in a row, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and you may be temporarily logged out.

## How Uber enforces our guidelines

Losing access to the Uber apps may be disruptive to your life or to your business. That's why we believe it is important to have clear standards that explain the

circumstances in which you may lose access to the Uber apps. If you violate any applicable terms of use, terms of the contractual agreement you agreed to when signing up for an account with Uber, or any of these Community Guidelines, you can lose access to the Uber apps. And if you have more than one Uber account, such as a rider account and a driver account, violating the Community Guidelines could also lead you to lose access to all Uber accounts.

Uber receives feedback through a variety of channels, reviews reports submitted to our customer support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any of our guidelines may result in the loss of access to your Uber accounts. This may include certain actions you may take outside of the app, if we determine that those actions threaten the safety of the Uber community, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber apps. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using the Uber apps can result in the immediate loss of access to the Uber apps. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Guidelines for Law Enforcement Authorities for the US here and for Canada here.

Lastly, all drivers and delivery people wanting to use the Uber apps undergo a screening process, including motor vehicle record and background checks. A driver or delivery person will lose access to their Uber account(s) if a routine motor vehicle record or background check uncovers a violation of Uber's Community Guidelines or other criteria required by local regulators.

To read more about our Community Guidelines, go here.

Riders and customers can access Terms of Use for Uber and Uber Eats for the United States here and Terms and Conditions for Canada here and Terms of Service

for JUMP Bikes here. Drivers and delivery people can access their legal agreement with Uber here.

Getting back on the road after deactivation

If you're a driver and you lose access to your Uber account for a low star rating, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third-party experts, available online in all US and Canadian cities, and in person in certain US and Canadian cities. Check with your local Uber team or help.uber.com to find out more.

Last updated: December 3, 2019

UTI 000599

# Uber Community Guidelines

United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses any of our apps, including drivers, riders, delivery people, Uber Eats customers, restaurants, and JUMP users. Thank you for joining us to support and safeguard a welcoming environment.

The guidelines below help explain some of the specific kinds of behavior or circumstances that may cause you to lose access to the Uber platform. There will always be unforeseen events that may ultimately lead to you losing access to the Uber apps—and we'll update these guidelines regularly—but the following guidelines are sufficient cause for Uber to take action. Please take a moment to read them.

## Guidelines for all of us

Everyone who signs up for an Uber account is required to follow Uber's Community Guidelines. They reflect the following 3 pillars and the standards in each of these sections.

### Treat everyone with respect

Our community is remarkably diverse and, chances are, you will encounter people who might not look like you or share your beliefs. The guidelines in this section help to foster positive interactions during every experience.

### Help keep one another safe

UTI 000600

We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. In addition to following all of Uber's Community Guidelines, you can also find some more standards just for Uber Eats under "Additional guidelines for Uber Eats" below.

**Follow the law**

We're committed to following all applicable laws and earning your trust, and we expect everyone who uses our apps to do their part and adhere to applicable laws and regulations, as well as airport rules and regulations where applicable.

**Your feedback matters**

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves.

---

**Treat everyone with respect**

Treat your fellow Uber app users as you would like to be treated yourself: with respect. The actions you take while using the Uber apps can have a big impact on the safety and comfort of others. Courtesy matters. That's why you are expected to exercise good judgment and behave decently toward other people when using the Uber apps—just as you would in any public place.

For example, always try to be on time for your ride or to pick up your delivery because nobody likes to wait. It's also common courtesy not to shout, swear, or slam the car door. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink— you'll help keep the car in good condition and help ensure the next person has a pleasant ride,

too. Most importantly, remember that when you use the Uber apps you will meet people who may look differently or think differently than you. Please respect those differences. We believe that everyone should feel supported and welcomed when they use the Uber apps. That's why we've created standards on physical contact, sexual assault and misconduct, rude behavior, unwanted contact, and discrimination.

**Physical contact**

Don't touch strangers or anyone you just met while using any of Uber's apps. Hitting, hurting, or otherwise intending to hurt anyone is never allowed.

**Sexual assault and misconduct**

We all value our personal space and privacy. It's OK to chat with other people. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person.

Personal space and privacy should be respected. The following list provides examples of inappropriate conduct.

- Behaviors and comments that could make people feel uncomfortable are not acceptable. Examples include nudges, whistles, and winks. Don't touch or flirt with people you don't know.
- Certain conversations that could be perceived as harmless can be offensive. Don't comment on appearance, perceived gender identity, or sexual orientation. Refrain from asking unrelated personal questions, such as "Are you in a relationship?" Avoid discussing your own or someone else's sex life, using explicit language, or making jokes about sex.

UTI 000602

- Uber has a no-sex rule. Sexual contact is prohibited while using the Uber apps, including during a trip or delivery, regardless of whether you know the person or they give you their consent. This includes activities such as sexual intercourse, solicitation of sexual intercourse, masturbation, or touching and exposure of sexual body parts.

**Threatening and rude behavior**

Aggressive, confrontational, and harassing behavior is not allowed. Don't use language or make gestures that could be disrespectful, threatening, or inappropriate. It may be a good idea to stay away from personal topics that can potentially be divisive, like religion and political beliefs.

**Unwanted contact**

Contact should end when the trip or delivery is complete, unless it's to return a lost item. For example, texting, calling, visiting, or trying to visit someone in person after a trip or delivery has been completed is not allowed.

**Discrimination**

You should always feel safe and welcome. That's why we don't tolerate conduct we've determined to be discriminatory. Do not discriminate against someone based on traits such as their age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

For example, it is unacceptable to refuse to provide services based on characteristics like a person's age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law. It is also

UTI 000603

unacceptable to rate another user—whether they're a customer, delivery person, driver, restaurant, or rider—based on these traits.

In addition, it is not acceptable to discriminate on the basis of a rider's destination or a customer's delivery location. We understand how important it is to fit driving or delivering around your life, rather than the other way around. It is not a violation of these guidelines to pass on a trip or delivery because it does not work for you. But intentionally refusing or canceling requests, or using features in the Uber apps to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area is not allowed.

You can learn more about Uber's Non-Discrimination Policy here.

We also want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers, riders, and customers on this topic. You can go here to learn more about Uber's commitment to accessibility. Drivers using the Uber apps must comply with all relevant laws governing the transportation of riders with disabilities, including transporting service animals.

---

## Help keep one another safe

Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing, account holder age, and more.

### Account sharing

Account sharing is not allowed. To use any Uber app, you need to register and maintain an active account. Don't let another person use your account, and never share your personal

username and password with anyone else. For example, delivery people must complete all parts of the delivery themselves—including any handling after it is picked up from the restaurant up until final delivery to the customer—with no exception.

### People under the age of 18

You must be 18 years or older to have an Uber account. This means that you must be at least 18 years old to ride on a bike or scooter or unaccompanied in a car. Adults can't request a ride for someone under the age of 18 or allow children to ride alone—they must be accompanied by an adult. When ordering food, children are also not allowed to use an adult's Uber Eats account by themselves.

### Extra passengers

When driving with Uber, no one other than the requesting rider and the rider's guests are permitted in the vehicle. When riding with Uber, the account holder is responsible for the behavior of their entire party. If you request a ride or a delivery or rent a bike or scooter for another adult, you're held responsible for their behavior during their trip or delivery.

### Vehicle information

For an easy pickup or delivery, the Uber apps give riders and customers identifying information about drivers and delivery people and their vehicles, including their license plate number, vehicle make and model, profile picture, and name. Inaccurate or outdated information creates confusion among riders and customers and can diminish their experience using the Uber apps.

Drivers and delivery people should take trips and deliveries using only approved vehicles. To provide accurate information, let us know your vehicle information and any updates to your documentation that may become invalid, like a driver's license that's about to expire.

### Seat belts

Seat belt use can be the most effective way to save lives and reduce injuries related to car crashes. Every delivery person using a vehicle, driver, and rider—including those in the back seat—should always buckle up. Riders should request a car that has enough seat belts for everyone in their party and not travel in large groups that exceed the number of seat belts in the car. Drivers can decline a ride if there are not enough seat belts for every passenger in their car.

**Helmets for bikes, motorcycles, and scooters**

For your safety, when riding a bike, motorcycle, or scooter, find a helmet that fits well. Helmets can help protect you when worn according to the manufacturer's instructions, such as sitting low on your forehead and fitting snugly under your chin.

**Use of cameras or other video or audio recording devices**

Drivers may choose to install and use video cameras, dash cams, or other recording devices to record rides or otherwise for the purpose of fulfilling transportation services. Local law or regulations may require individuals using recording equipment in vehicles to fully disclose to riders that they are being recorded in or around a vehicle and obtain consent. Please check local regulations in your city to determine if these apply.

Broadcasting a person's image, audio, or video recording is not allowed.

**Be alert**

Being out on the road means doing your part to help keep yourself and others safe. This means keeping your eyes on the road, being well rested, and watching for situations that may require quick action. We review rider and customer reports of potentially unsafe driving behavior.

**Proper maintenance and upkeep**

UTI 000606

Drivers are expected to maintain their cars with brakes, seat belts, and tires in good operating condition. This means maintaining your car according to industry safety and maintenance standards.

**Share the road**

Safe roadways means practicing safe behavior, which includes looking out for all travelers, regardless of how they get around.

**Public emergencies**

Uber may take additional measures to try to preserve the safety of our platform during public emergencies, including but not limited to natural disasters, public health emergencies, and public crisis situations.

For example, if Uber receives notice from a public health authority that someone using the Uber platform may present a potential for public harm, we may waitlist the individual's account until it is reasonably safe to allow the individual to resume using the Uber platform. Similarly, we may prevent individuals in an entire city or region from using part or all of the Uber platform in order to comply with guidance from authorities during a time of public health emergency, natural disaster, or other public crisis situation, or when the continued availability of the Uber platform might present a clear and present danger.

**Additional guidelines for Uber Eats**

In addition to following all of Uber's Community Guidelines, the standards below apply to Uber Eats orders and deliveries.

**Proper handling of orders**

Restaurants are expected to meet all relevant licensing requirements and to follow all food regulations—including food safety regulations—and industry best practices. Restaurants must maintain valid restaurant licenses and/or permits.

Many prepared foods are perishable and can cause illness if not properly handled. Such foods can be potentially hazardous if not maintained under the proper time and temperature controls prior to pickup.

To help ensure that food reaches customers safely, restaurants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Restaurants are expected to act responsibly on information provided by customers related to food allergies, intolerances, or other dietary restrictions and reject order requests with which they cannot comply.

**Proper delivery of orders**

Restaurants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate customer dietary restrictions. For example, restaurant notices to keep halal and non-halal food separate should always be followed.

An insulated bag can make for a better customer experience, but it isn't required unless you're delivering in a location where it's required by law. Deliveries by bicycle may benefit from a more specialized bag to protect food from movement and weather conditions.

Delivery people should deliver orders safely and in accordance with relevant safety standards. For example, don't tamper with or open packaging during delivery. This can lead to foreign matter in food, which may pose a significant food safety risk for customers.

**Provide a safe space for pickups**

Restaurants should provide a safe area for order pickups that make delivery people feel welcome. That's why restaurants and their staff are expected to exercise good judgment and behavior, just as they would with their in-restaurant customers. For example, restaurants should work to prevent violent incidents on the restaurant premises that might endanger delivery people's safety.

**Alcohol delivery**

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only customers who are the legal age to buy alcohol (21 in the US, and 18 or 19 in Canada), and not intoxicated, can order and receive alcohol deliveries where available. Customers will be asked to provide government-issued photo IDs to verify age and identity when an alcohol delivery arrives. If you do not have a valid government-issued photo ID, or appear intoxicated, the alcohol portion of your order will not be able to be delivered to you and may be returned to the seller on your behalf and expense. Customers may not place an order that includes alcohol to be delivered to a public location where open containers are prohibited, or to any other areas where possession or consumption of alcohol is prohibited by law.

Delivery people are prohibited by law from delivering alcohol to customers under the local legal drinking age. Delivery people are responsible for following local requirements for alcohol delivery, which often include asking customers to show their ID to verify age and identification and refusing delivery if a customer is underage or appears intoxicated, and returning alcohol that is undeliverable to the restaurant. Restaurants may be asked to accept returns of alcohol items that are undeliverable for any reason.

**Missing or wrong orders**

UTI 000609

When a restaurant does not fulfill the correct items in a customer's order, the customer receives missing or wrong items, which can lead to a poor experience. Restaurants should fulfill the correct items in a customer's order.

**Operational errors resulting in long trip times and/or low customer or delivery person satisfaction**

Other relevant metrics may include but are not limited to: prep time, delivery person handoff time (the amount of time it takes for the delivery person to get in and out of the restaurant with the order, including wait time), online time (a restaurant's online availability time), and order acceptance time. If these metrics are significantly above the average for your city, they may negatively impact other parties' experiences with the Uber Eats app. Restaurants can monitor their own metrics anytime by signing in to their Restaurant Manager portal, and may reach out to our team with any questions or concerns.

**Prohibited items**

Restaurants may only offer for sale items expressly contemplated under their agreement with Uber. Regulated or illicit items, such as cannabidiol (CBD), tetrahydrocannabinol (THC), and over-the-counter medications are not allowed to be offered on a restaurant's Uber Eats menu. Uber may remove from—or otherwise limit your ability to post to—a restaurant's Uber Eats menu any items Uber deems prohibited or inappropriate.

---

**Follow the law**

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber apps to commit any crime—such as transporting drugs, money

laundering, committing drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

**Car seats**

Drivers and riders should comply with applicable laws when traveling with infants and small children. When riding with small children, it's the rider's responsibility to provide a car seat. Children age 12 and under should travel in the back seat.

**Follow all laws**

Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road—including speed and traffic laws—at all times when using the Uber apps.

To maintain uninterrupted access to the Uber apps, all relevant licensing and permitting requirements for drivers and delivery people must be kept up to date. For example, all drivers and delivery people using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review rider and customer reports of collisions or traffic citations that may have happened during a trip or delivery, and other reports that may indicate poor, unsafe, or distracted driving, while using the Uber apps. Local rules about parking may limit where you can park your vehicle when picking up orders, making deliveries, or waiting for riders to arrive. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and customers, let your driver or delivery person handle the driving. For example, don't touch the steering wheel, and don't tamper with the gear shift or other knobs, buttons,

or components that are used to operate a vehicle. Don't ask a driver or delivery person to speed or to make illegal stops, dropoffs, or maneuvers.

When riding a bike or scooter, be mindful of local regulations and rules when riding and parking; you can check your city government's website for applicable laws. Following local rules of the road usually requires you to yield to pedestrians, ride in the direction of traffic, signal if you're planning to change direction, and come to a complete stop at red lights and stop signs.

**Service animals**

US state and federal laws and Canadian laws require that drivers must provide rides to anyone with a service animal. Knowingly refusing a rider a trip because of their service animal will result in losing access to the Uber apps. In the US, this is true even if a driver has allergies, religious objections, or a fear of animals.

In Canada, a driver can request documentation from a rider if a service animal is not easily identifiable as one. You can learn more about our Service Animal Policy in the US here and in Canada here.

**Property damage**

Damaging property is never allowed. Some examples include damaging the car, bike, scooter, or other mode of transportation requested through the Uber apps; breaking or vandalizing a phone or tablet; intentionally spilling food or drink; smoking in a car; or vomiting due to excessive alcohol consumption or otherwise. If you damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear.

**Drugs and alcohol**

UTI 000612

Drug use and open containers of alcohol are never allowed while using the Uber apps.

If you're a driver or delivery person, by law, you cannot drive or bike while intoxicated. The law prohibits driving or biking while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a vehicle. If you encounter a rider who is too drunk or rowdy, you have the right to decline the trip for your own safety.

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the car and call 911. After the driver has ended the trip, report your experience to Uber.

Never ride a bike or scooter while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a bike or scooter.

**Firearms ban**

Riders and their guests, as well as drivers and delivery people, are prohibited from carrying firearms of any kind while using the Uber apps, to the extent permitted by applicable law. You can learn more about our Firearms Prohibition Policy here.

**Fraud**

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes or otherwise; accepting trip, order, or

UTI 000613

delivery requests without the intention to complete, including provoking riders to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; or creating improper duplicate accounts.

## Street hails and other unacceptable activities

To enhance the safety of each experience, off-app pickups are prohibited. The law prohibits street hails while using the Uber apps, so never solicit payment of fares outside the Uber system. Riders and customers should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber system.

Never harm the business or brand by doing things like using Uber's trademark or intellectual property without permission. Drivers should only use Uber trade dress that is distributed by Uber. The use of unauthorized or third-party items—such as lights, placards, signs, or similar items bearing Uber's name or trademark—may confuse riders who are trying to find their ride.

## Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. Honest feedback helps ensure that everyone is accountable for their behavior. This

accountability helps create a respectful, safe environment. And if something happens—such as a traffic accident—and you want to report it, you can tap **Help** in the app or visit https://help.uber.com/ so that our customer support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

**Ratings**

After every trip, drivers and riders are able to rate each other on a scale of 1 to 5 stars, as well as give feedback on how the trip went. And at the conclusion of every delivery, customers, delivery people, and restaurants have the opportunity to rate their experience. This feedback system improves accountability and helps create a respectful, safe, and transparent environment for everyone. Drivers and delivery people can see their current rating in the Feedback section of the app. Restaurants can find their customer and delivery person rating by signing in to Restaurant Manager. Riders can see their rating displayed under their name by opening the app and touching the menu.

If you are a driver or a rider, your rating is an average rating based on your last 500 rated trips, or from the total number of rated trips if you haven't had 500 rated trips yet. If you are a delivery person, your rating is based on the average of the last 100 ratings from customers and restaurants, or once you receive at least 10 ratings, the average of all ratings if customers and restaurants have not provided 100 ratings.

If your rating is lower than the minimum average rating in your city, we will let you know. And drivers, riders, delivery people, or restaurants that don't meet the minimum average rating for their city may lose access to the Uber apps.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber apps. Drivers using the Uber app typically provide excellent

UTI 000615

service to their riders and most riders are courteous and respectful, so most trips run smoothly. But we know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

There is a minimum average rating in each city. This is because there may be cultural differences in the way people in different cities rate each other. We will let you know if your rating is approaching this limit, and if you lose access to your account as a result of your rating, we will share information that may help you improve your rating.

If you believe an error caused you to lose access to your account, you may contact the Uber customer support team. As a rider, if you lose access to your Uber account, you will not be able to access either the Uber app for riders or the Uber Eats app.

**Delivery, order, and trip acceptance**

If you're a delivery person or driver and you don't want to accept delivery or trip requests, you can just log off. If you're a restaurant, use the Pause New Orders feature or make specific items unavailable. This helps keep the system running smoothly for everyone.

For delivery people, drivers, and restaurants, if you consistently decline trip or order requests in a row, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and you may be temporarily logged out.

---

**How Uber enforces our guidelines**

Losing access to the Uber apps may be disruptive to your life or to your business. That's why we believe it is important to have clear standards that explain the circumstances in which you may lose access to the Uber apps. If you violate any applicable terms of use, terms of the

contractual agreement you agreed to when signing up for an account with Uber, or any of these Community Guidelines, you can lose access to the Uber apps. And if you have more than one Uber account, such as a rider account and a driver account, violating the Community Guidelines could also lead you to lose access to all Uber accounts.

Uber receives feedback through a variety of channels, reviews reports submitted to our customer support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any of our guidelines may result in the loss of access to your Uber accounts. This may include certain actions you may take outside of the app, if we determine that those actions threaten the safety of the Uber community, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber apps. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using the Uber apps can result in the immediate loss of access to the Uber apps. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Guidelines for Law Enforcement Authorities for the US here and for Canada here.

Lastly, all drivers and delivery people wanting to use the Uber apps undergo a screening process, including motor vehicle record and background checks. A driver or delivery person will lose access to their Uber account(s) if a routine motor vehicle record or background check uncovers a violation of Uber's Community Guidelines or other criteria required by local regulators.

To read more about our Community Guidelines, go here.

UTI 000617

Riders and customers can access Terms of Use for Uber and Uber Eats for the United States here and Terms and Conditions for Canada here and Terms of Service for JUMP Bikes here. Drivers and delivery people can access their legal agreement with Uber here.

**Getting back on the road after deactivation**

If you're a driver and you lose access to your Uber account for a low star rating, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third-party experts, available online in all US and Canadian cities, and in person in certain US and Canadian cities. Check with your local Uber team or help.uber.com to find out more.

Last updated: December 3, 2019

UTI 000618

Uber                                                            Sign up

Select jurisdiction:    Select language:

United States ▾        English ▾

Last modified: 4/22/2020

# Uber Community Guidelines

United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses any of our apps, including drivers, riders, delivery people, Uber Eats customers, restaurants, and JUMP users. Thank you for joining us to support and safeguard a welcoming environment.

The guidelines below help explain some of the specific kinds of behavior or circumstances that may cause you to lose access to the Uber platform. There will always be unforeseen events that may ultimately lead to you losing access to the Uber apps—and we'll update these guidelines regularly—but the following guidelines are sufficient cause for Uber to take action. Please take a moment to read them.

## Guidelines for all of us

Everyone who signs up for an Uber account is required to follow Uber's Community Guidelines. They reflect the following 3 pillars and the standards in each of these sections.

**Treat everyone with respect**

Our community is remarkably diverse and, chances are, you will encounter people who might not look like you or share your beliefs. The guidelines in this section help to foster positive interactions during every experience.

**Help keep one another safe**

We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. In addition to following all of Uber's Community

UTI 000619

Guidelines, you can also find some more standards just for Uber Eats under "Additional guidelines for Uber Eats" below.

**Follow the law**

We're committed to following all applicable laws and earning your trust, and we expect everyone who uses our apps to do their part and adhere to applicable laws and regulations, as well as airport rules and regulations where applicable.

**Your feedback matters**

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves.

## Treat everyone with respect

Treat your fellow Uber app users as you would like to be treated yourself: with respect. The actions you take while using the Uber apps can have a big impact on the safety and comfort of others. Courtesy matters. That's why you are expected to exercise good judgment and behave decently toward other people when using the Uber apps—just as you would in any public place.

For example, always try to be on time for your ride or to pick up your delivery because nobody likes to wait. It's also common courtesy not to shout, swear, or slam the car door. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll help keep the car in good condition and help ensure the next person has a pleasant ride, too. Most importantly, remember that when you use the Uber apps you will meet people who may look differently or think differently than you. Please respect those differences. We believe that everyone should feel supported and welcomed when they use the Uber apps. That's why we've created standards on physical contact, sexual assault and misconduct, rude behavior, unwanted contact, and discrimination.

**Physical contact**

Don't touch strangers or anyone you just met while using any of Uber's apps. Hitting, hurting, or otherwise intending to hurt anyone is never allowed.

**Sexual assault and misconduct**

We all value our personal space and privacy. It's OK to chat with other people. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person.

Personal space and privacy should be respected. The following list provides examples of inappropriate conduct.

- Behaviors and comments that could make people feel uncomfortable are not acceptable. Examples include nudges, whistles, and winks. Don't touch or flirt with people you don't know.

- Certain conversations that could be perceived as harmless can be offensive. Don't comment on appearance, perceived gender identity, or sexual orientation. Refrain from asking unrelated personal questions, such as "Are you in a relationship?" Avoid discussing your own or someone else's sex life, using explicit language, or making jokes about sex.

- Uber has a no-sex rule. Sexual contact is prohibited while using the Uber apps, including during a trip or delivery, regardless of whether you know the person or they give you their consent. This includes activities such as sexual intercourse, solicitation of sexual intercourse, masturbation, or touching and exposure of sexual body parts.

### Threatening and rude behavior

Aggressive, confrontational, and harassing behavior is not allowed. Don't use language or make gestures that could be disrespectful, threatening, or inappropriate. It may be a good idea to stay away from personal topics that can potentially be divisive, like religion and political beliefs.

### Unwanted contact

Contact should end when the trip or delivery is complete, unless it's to return a lost item. For example, texting, calling, visiting, or trying to visit someone in person after a trip or delivery has been completed is not allowed.

### Discrimination

You should always feel safe and welcome. That's why we don't tolerate conduct we've determined to be discriminatory. Do not discriminate against someone based on traits such as their age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

For example, it is unacceptable to refuse to provide services based on characteristics like a person's age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law. It is also unacceptable to rate another user—whether they're a customer, delivery person, driver, restaurant, or rider—based on these traits.

In addition, it is not acceptable to discriminate on the basis of a rider's destination or a customer's delivery location. We understand how important it is to fit driving or delivering

UTI 000621

around your life, rather than the other way around. It is not a violation of these guidelines to pass on a trip or delivery because it does not work for you. But intentionally refusing or canceling requests, or using features in the Uber apps to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area is not allowed.

You can learn more about Uber's Non-Discrimination Policy here.

We also want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers, riders, and customers on this topic. You can go here to learn more about Uber's commitment to accessibility. Drivers using the Uber apps must comply with all relevant laws governing the transportation of riders with disabilities, including transporting service animals.

## Help keep one another safe

Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing, account holder age, and more.

**Account sharing**

Account sharing is not allowed. To use any Uber app, you need to register and maintain an active account. Don't let another person use your account, and never share your personal username and password with anyone else. For example, delivery people must complete all parts of the delivery themselves—including any handling after it is picked up from the restaurant up until final delivery to the customer—with no exception.

**People under the age of 18**

You must be 18 years or older to have an Uber account. This means that you must be at least 18 years old to ride on a bike or scooter or unaccompanied in a car. Adults can't request a ride for someone under the age of 18 or allow children to ride alone—they must be accompanied by an adult. When ordering food, children are also not allowed to use an adult's Uber Eats account by themselves.

**Extra passengers**

When driving with Uber, no one other than the requesting rider and the rider's guests are permitted in the vehicle. When riding with Uber, the account holder is responsible for the behavior of their entire party. If you request a ride or a delivery or rent a bike or scooter for another adult, you're held responsible for their behavior during their trip or delivery.

**Vehicle information**

For an easy pickup or delivery, the Uber apps give riders and customers identifying information about drivers and delivery people and their vehicles, including their license plate number, vehicle make and model, profile picture, and name. Inaccurate or outdated information creates confusion among riders and customers and can diminish their experience using the Uber apps.

Drivers and delivery people should take trips and deliveries using only approved vehicles. To provide accurate information, let us know your vehicle information and any updates to your documentation that may become invalid, like a driver's license that's about to expire.

Seat belts

Seat belt use can be the most effective way to save lives and reduce injuries related to car crashes. Every delivery person using a vehicle, driver, and rider—including those in the back seat—should always buckle up. Riders should request a car that has enough seat belts for everyone in their party and not travel in large groups that exceed the number of seat belts in the car. Drivers can decline a ride if there are not enough seat belts for every passenger in their car.

Helmets for bikes, motorcycles, and scooters

For your safety, when riding a bike, motorcycle, or scooter, find a helmet that fits well. Helmets can help protect you when worn according to the manufacturer's instructions, such as sitting low on your forehead and fitting snugly under your chin.

Use of cameras or other video or audio recording devices

Drivers may choose to install and use video cameras, dash cams, or other recording devices to record rides or otherwise for the purpose of fulfilling transportation services. Local law or regulations may require individuals using recording equipment in vehicles to fully disclose to riders that they are being recorded in or around a vehicle and obtain consent. Please check local regulations in your city to determine if these apply.

Broadcasting a person's image, audio, or video recording is not allowed.

Be alert

Being out on the road means doing your part to help keep yourself and others safe. This means keeping your eyes on the road, being well rested, and watching for situations that may require quick action. We review rider and customer reports of potentially unsafe driving behavior.

Proper maintenance and upkeep

Drivers are expected to maintain their cars with brakes, seat belts, and tires in good operating condition. This means maintaining your car according to industry safety and maintenance

standards.

### Share the road

Safe roadways means practicing safe behavior, which includes looking out for all travelers, regardless of how they get around.

### Public emergencies

Uber may take additional measures to try to preserve the safety of our platform during public emergencies, including but not limited to natural disasters, public health emergencies, and public crisis situations.

For example, if Uber receives notice from a public health authority that someone using the Uber platform may present a potential for public harm, we may waitlist the individual's account until it is reasonably safe to allow the individual to resume using the Uber platform. Similarly, we may prevent individuals in an entire city or region from using part or all of the Uber platform in order to comply with guidance from authorities during a time of public health emergency, natural disaster, or other public crisis situation, or when the continued availability of the Uber platform might present a clear and present danger.

## Additional guidelines for Uber Eats

In addition to following all of Uber's Community Guidelines, the standards below apply to Uber Eats orders and deliveries.

### Proper handling of orders

Restaurants are expected to meet all relevant licensing requirements and to follow all food regulations—including food safety regulations—and industry best practices. Restaurants must maintain valid restaurant licenses and/or permits.

Many prepared foods are perishable and can cause illness if not properly handled. Such foods can be potentially hazardous if not maintained under the proper time and temperature controls prior to pickup.

To help ensure that food reaches customers safely, restaurants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Restaurants are expected to act responsibly on information provided by customers related to food allergies, intolerances, or other dietary restrictions and reject order requests with which they cannot comply.

### Proper delivery of orders

Restaurants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate customer dietary restrictions. For example, restaurant

notices to keep halal and non-halal food separate should always be followed.

An insulated bag can make for a better customer experience, but it isn't required unless you're delivering in a location where it's required by law. Deliveries by bicycle may benefit from a more specialized bag to protect food from movement and weather conditions.

Delivery people should deliver orders safely and in accordance with relevant safety standards. For example, don't tamper with or open packaging during delivery. This can lead to foreign matter in food, which may pose a significant food safety risk for customers.

### Provide a safe space for pickups

Restaurants should provide a safe area for order pickups that make delivery people feel welcome. That's why restaurants and their staff are expected to exercise good judgment and behavior, just as they would with their in-restaurant customers. For example, restaurants should work to prevent violent incidents on the restaurant premises that might endanger delivery people's safety.

### Alcohol delivery

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only customers who are the legal age to buy alcohol (21 in the US, and 18 or 19 in Canada), and not intoxicated, can order and receive alcohol deliveries where available. Customers will be asked to provide government-issued photo IDs to verify age and identity when an alcohol delivery arrives. If you do not have a valid government-issued photo ID, or appear intoxicated, the alcohol portion of your order will not be able to be delivered to you and may be returned to the seller on your behalf and expense. Customers may not place an order that includes alcohol to be delivered to a public location where open containers are prohibited, or to any other areas where possession or consumption of alcohol is prohibited by law.

Delivery people are prohibited by law from delivering alcohol to customers under the local legal drinking age. Delivery people are responsible for following local requirements for alcohol delivery, which often include asking customers to show their ID to verify age and identification and refusing delivery if a customer is underage or appears intoxicated, and returning alcohol that is undeliverable to the restaurant. Restaurants may be asked to accept returns of alcohol items that are undeliverable for any reason.

### Missing or wrong orders

When a restaurant does not fulfill the correct items in a customer's order, the customer receives missing or wrong items, which can lead to a poor experience. Restaurants should fulfill the correct items in a customer's order.

**Operational errors resulting in long trip times and/or low customer or delivery person satisfaction**

Other relevant metrics may include but are not limited to: prep time, delivery person handoff time (the amount of time it takes for the delivery person to get in and out of the restaurant with the order, including wait time), online time (a restaurant's online availability time), and order acceptance time. If these metrics are significantly above the average for your city, they may negatively impact other parties' experiences with the Uber Eats app. Restaurants can monitor their own metrics anytime by signing in to their Restaurant Manager portal, and may reach out to our team with any questions or concerns.

**Prohibited items**

Restaurants may only offer for sale items expressly contemplated under their agreement with Uber. Regulated or illicit items, such as cannabidiol (CBD), tetrahydrocannabinol (THC), and over-the-counter medications are not allowed to be offered on a restaurant's Uber Eats menu. Uber may remove from—or otherwise limit your ability to post to—a restaurant's Uber Eats menu any items Uber deems prohibited or inappropriate.

# Follow the law

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber apps to commit any crime—such as transporting drugs, money laundering, committing drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

**Car seats**

Drivers and riders should comply with applicable laws when traveling with infants and small children. When riding with small children, it's the rider's responsibility to provide a car seat. Children age 12 and under should travel in the back seat.

**Follow all laws**

Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road—including speed and traffic laws—at all times when using the Uber apps.

To maintain uninterrupted access to the Uber apps, all relevant licensing and permitting requirements for drivers and delivery people must be kept up to date. For example, all drivers and delivery people using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review rider and customer reports of collisions or traffic citations that may have happened during a trip or

delivery, and other reports that may indicate poor, unsafe, or distracted driving, while using the Uber apps. Local rules about parking may limit where you can park your vehicle when picking up orders, making deliveries, or waiting for riders to arrive. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and customers, let your driver or delivery person handle the driving. For example, don't touch the steering wheel, and don't tamper with the gear shift or other knobs, buttons, or components that are used to operate a vehicle. Don't ask a driver or delivery person to speed or to make illegal stops, dropoffs, or maneuvers.

When riding a bike or scooter, be mindful of local regulations and rules when riding and parking; you can check your city government's website for applicable laws. Following local rules of the road usually requires you to yield to pedestrians, ride in the direction of traffic, signal if you're planning to change direction, and come to a complete stop at red lights and stop signs.

Service animals

US state and federal laws and Canadian laws require that drivers must provide rides to anyone with a service animal. Knowingly refusing a rider a trip because of their service animal will result in losing access to the Uber apps. In the US, this is true even if a driver has allergies, religious objections, or a fear of animals.

In Canada, a driver can request documentation from a rider if a service animal is not easily identifiable as one. You can learn more about our Service Animal Policy in the US here and in Canada here.

Property damage

Damaging property is never allowed. Some examples include damaging the car, bike, scooter, or other mode of transportation requested through the Uber apps; breaking or vandalizing a phone or tablet; intentionally spilling food or drink; smoking in a car; or vomiting due to excessive alcohol consumption or otherwise. If you damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear.

Drugs and alcohol

Drug use and open containers of alcohol are never allowed while using the Uber apps.

If you're a driver or delivery person, by law, you cannot drive or bike while intoxicated. The law prohibits driving or biking while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a vehicle. If you encounter a rider who is too drunk or rowdy, you have the right to decline the trip for your own safety.

UTI 000627

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the car and call 911. After the driver has ended the trip, report your experience to Uber.

Never ride a bike or scooter while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a bike or scooter.

### Firearms ban

Riders and their guests, as well as drivers and delivery people, are prohibited from carrying firearms of any kind while using the Uber apps, to the extent permitted by applicable law. You can learn more about our Firearms Prohibition Policy here.

### Fraud

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes or otherwise; accepting trip, order, or delivery requests without the intention to complete, including provoking riders to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; or creating improper duplicate accounts.

### Street hails and other unacceptable activities

To enhance the safety of each experience, off-app pickups are prohibited. The law prohibits street hails while using the Uber apps, so never solicit payment of fares outside the Uber system. Riders and customers should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber system.

Never harm the business or brand by doing things like using Uber's trademark or intellectual property without permission. Drivers should only use Uber trade dress that is distributed by Uber. The use of unauthorized or third-party items—such as lights, placards, signs, or similar items bearing Uber's name or trademark—may confuse riders who are trying to find their ride.

UTI 000628

# Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability helps create a respectful, safe environment. And if something happens—such as a traffic accident—and you want to report it, you can tap **Help** in the app or visit https://help.uber.com/ so that our customer support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

### Ratings

After every trip, drivers and riders are able to rate each other on a scale of 1 to 5 stars, as well as give feedback on how the trip went. And at the conclusion of every delivery, customers, delivery people, and restaurants have the opportunity to rate their experience. This feedback system improves accountability and helps create a respectful, safe, and transparent environment for everyone. Drivers and delivery people can see their current rating in the Feedback section of the app. Restaurants can find their customer and delivery person rating by signing in to Restaurant Manager. Riders can see their rating displayed under their name by opening the app and touching the menu.

If you are a driver or a rider, your rating is an average rating based on your last 500 rated trips, or from the total number of rated trips if you haven't had 500 rated trips yet. If you are a delivery person, your rating is based on the average of the last 100 ratings from customers and restaurants, or once you receive at least 10 ratings, the average of all ratings if customers and restaurants have not provided 100 ratings.

If your rating is lower than the minimum average rating in your city, we will let you know. And drivers, riders, delivery people, or restaurants that don't meet the minimum average rating for their city may lose access to the Uber apps.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber apps. Drivers using the Uber app typically provide excellent service to their riders and most riders are courteous and respectful, so most trips run smoothly. But we know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

There is a minimum average rating in each city. This is because there may be cultural differences in the way people in different cities rate each other. We will let you know if your rating is approaching this limit, and if you lose access to your account as a result of your rating, we will share information that may help you improve your rating.

UTI 000629

If you believe an error caused you to lose access to your account, you may contact the Uber customer support team. As a rider, if you lose access to your Uber account, you will not be able to access either the Uber app for riders or the Uber Eats app.

**Delivery, order, and trip acceptance**

If you're a delivery person or driver and you don't want to accept delivery or trip requests, you can just log off. If you're a restaurant, use the Pause New Orders feature or make specific items unavailable. This helps keep the system running smoothly for everyone.

For delivery people, drivers, and restaurants, if you consistently decline trip or order requests in a row, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and you may be temporarily logged out.

# How Uber enforces our guidelines

Losing access to the Uber apps may be disruptive to your life or to your business. That's why we believe it is important to have clear standards that explain the circumstances in which you may lose access to the Uber apps. If you violate any applicable terms of use, terms of the contractual agreement you agreed to when signing up for an account with Uber, or any of these Community Guidelines, you can lose access to the Uber apps. And if you have more than one Uber account, such as a rider account and a driver account, violating the Community Guidelines could also lead you to lose access to all Uber accounts.

Uber receives feedback through a variety of channels, reviews reports submitted to our customer support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any of our guidelines may result in the loss of access to your Uber accounts. This may include certain actions you may take outside of the app, if we determine that those actions threaten the safety of the Uber community, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber apps. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using the Uber apps can result in the immediate loss of access to the Uber apps. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Guidelines for Law Enforcement Authorities for the US here and for Canada here.

Lastly, all drivers and delivery people wanting to use the Uber apps undergo a screening process, including motor vehicle record and background checks. A driver or delivery person will lose access to their Uber account(s) if a routine motor vehicle record or background check

UTI 000630

uncovers a violation of Uber's Community Guidelines or other criteria required by local regulators.

To read more about our Community Guidelines, go here.

Riders and customers can access Terms of Use for Uber and Uber Eats for the United States here and Terms and Conditions for Canada here and Terms of Service for JUMP Bikes here. Drivers and delivery people can access their legal agreement with Uber here.

**Getting back on the road after deactivation**

If you're a driver and you lose access to your Uber account for a low star rating, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third-party experts, available online in all US and Canadian cities, and in person in certain US and Canadian cities. Check with your local Uber team or help.uber.com to find out more.

# Return to Legal Hub→

Uber

Visit Help Center

Do not sell my info (California)

Company

About us

Our offerings

Newsroom

Investors

Uber    Company ⌄    Safety    Help    COVID-19 resources                                  ⊗ EN    ⊞ Products    ⊙ Log in    Sign up

Select jurisdiction:

| United States ⌄ |
|---|

Select language:

| English ⌄ |
|---|

Last modified: 2/13/2021

# Uber Community Guidelines

## United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses Uber's platform ("Uber Marketplace Platform"), including but not limited to drivers, riders, delivery people, Uber Eats users, merchants, and businesses. It also includes interactions you may have with Uber employees and contractors, including at Greenlight Hubs, through online support systems, or over the phone.* And, in some instances, our guidelines apply to conduct outside the Uber Marketplace Platform that we become aware of, including but not limited to information from other platforms, when such conduct may threaten the safety of the Uber Marketplace Platform.

Thank you for joining us in supporting and safeguarding a welcoming environment.

The guidelines below help explain some of the specific kinds of positive community engagement on the Uber Marketplace Platform, as well as the behaviors or circumstances that may cause you to lose access to the Uber Marketplace Platform. There will always be unforeseen events that may ultimately lead to your losing access to using the Uber Marketplace Platform and services, but the following guidelines—which we'll update regularly—provide the basis for behavior we expect from all in the Uber community. Not following any one of our guidelines can constitute a material breach or violation of the terms of your agreement with Uber and may result in the loss of access to part or all of the Uber Marketplace Platform.

Please take a moment to read them.

## Guidelines for all of us

Everyone who signs up for an Uber account is required to follow Uber's Community Guidelines. They reflect the following 3 pillars and the standards in each of these sections.

### Treat everyone with respect

Our community is remarkably diverse and, chances are, you will encounter people who might not look like you or share your beliefs. The guidelines in this section help to foster positive interactions during every experience.

### Help keep one another safe

We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. In addition to these general Uber Community Guidelines, you can also find more standards just for Uber Eats under "Additional guidelines for Uber Eats merchants and delivery people" below.

### Follow the law

We're committed to following all applicable laws and earning your trust, and we expect everyone who uses the Uber Marketplace Platform to do their part and adhere to relevant laws and regulations, as well as airport rules and regulations where applicable.

### Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us directly in the app or by contacting the Uber Support team. Our team is continually improving our standards and policies, and your feedback is important so that we can take appropriate action to keep our standards relevant as our technology evolves.

## Treat everyone with respect

Treat everyone in the Uber community as you would like to be treated yourself: with respect. The actions you take while using the Uber Marketplace Platform can have a big impact on the safety and comfort of others. Courtesy matters. That's why you are expected to exercise good judgment and behave decently toward other people when using the Uber Marketplace Platform and interacting with others in the Uber community—just as you would in any public place.

For example, always try to be on time for your ride or to pick up your delivery. It's also common courtesy not to shout, swear, or slam doors. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll help ensure that everyone has a pleasant ride. Most importantly, remember that when you interact with others in the Uber community, you may meet people who may look different from you or think differently than you. Please respect those differences. We believe that everyone should feel supported and welcomed when interacting with others in the Uber community. That's why we've created standards and policies on physical contact, sexual assault and misconduct, threatening and rude behavior, post-trip contact, discrimination, and property damage.

### Physical contact

Don't touch strangers or anyone you just met while using the Uber Marketplace Platform. Limited exceptions are permitted for people needing or requesting physical assistance (for example, riders using Uber Assist who may need help getting into and out of the vehicle). Hurting or intending to hurt anyone is never allowed.

### Sexual assault and misconduct

We all value our personal space and privacy. It's OK to chat with other people. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person.

Personal space and privacy should be respected. The following list provides examples of inappropriate conduct but is not exhaustive.

- Do not ask personal questions (for example, about relationship status or sexual orientation)
- Do not comment on appearance (for example, derogatory or "complimentary" comments)

UTI 000632

- Do not make explicit comments or gestures (for example, slurs, or graphic or suggestive messages)

- Do not flirt (for example, nonverbal, suggestive flirting, or being too physically close)

- Do not display indecent material (for example, sexually suggestive objects or pictures)

- Uber has a no-sex rule regardless of whether you know the person or they give you their consent

### Threatening and rude behavior

Aggressive, confrontational, or harassing behavior is not allowed. Don't use language, make gestures, or take actions that could be disrespectful, threatening, or inappropriate. For example, don't share graphic images (such as those that are sexually explicit or depict physical violence) with others in the Uber community; this includes unsolicited sharing of such images through Uber's online support systems or in connection with an Uber Marketplace Platform experience. It is also a good idea to stay away from personal topics that can potentially be divisive, like religion and political beliefs.

### Post-trip contact

Contact should end when the trip or delivery is complete, unless it's to return a lost item. Unwanted contact can be seen as harassment and includes, for example, texting, calling, social media contact, visiting, or trying to visit someone in person after a trip or delivery has been completed. Do not share any unnecessary contact information.

### Discrimination

You should always feel safe and welcome. That's why we don't tolerate discriminatory conduct or behavior, including toward the Uber Support team or at Greenlight Hubs. Do not discriminate against someone based on traits such as their age, color, disability, gender identity, marital status, pregnancy, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

For example, it is unacceptable to:

- Refuse to provide services based on characteristics like a person's age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

- Rate another user—whether drivers, riders, delivery people, Uber Eats users, merchants, restaurants, or businesses—based on these traits.

- Discriminate on the basis of a rider's destination or an Uber Eats user's delivery location. We understand how important it is to fit driving or delivering around your life, rather than the other way around. It is not a violation of these guidelines to decline a trip or delivery because it does not work for you. But intentionally refusing or canceling requests, or using features on the Uber Marketplace Platform to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area, is not allowed.

You can learn more about Uber's Non-Discrimination Policy here.

We also want to help increase the transport options and delivery options for people with disabilities. That's why we have information available for drivers, riders, and Uber Eats users on this topic. You can go here to learn more about Uber's commitment to accessibility. Drivers using the Uber Marketplace Platform must comply with all relevant laws governing the transportation of riders with disabilities, including transporting service animals and assistive devices (such as wheelchairs).

### Property damage

Damaging property is never allowed. Some examples include damaging the car or other mode of transportation requested through the Uber Marketplace Platform, breaking or vandalizing a phone or tablet, intentionally spilling food or drink, smoking in a car, damaging a merchant's premises, or vomiting due to excessive alcohol consumption or otherwise. If you damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear.

## Help keep one another safe

Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing, account holder age, and more.

### Account sharing

Account sharing is not allowed. To use the Uber Marketplace Platform, you need to register and maintain an active account. Don't let another person use your account, and never share your personal information used in connection with your account, including but not limited to username, password, or photos of yourself, with anyone else to access the Uber Marketplace Platform. For example, delivery people must complete all parts of the delivery themselves—including any handling after the order is picked up from the merchant up until final delivery to the Uber Eats user—with no exception.

### People under the age of 18

You must be 18 years or older to have an Uber account. This means that you must be at least 18 years old to ride unaccompanied in a vehicle. Account holders can't request a ride or delivery for someone under the age of 18 who will not be accompanied by either the account holder or another adult during the ride or when collecting the delivery. When ordering food, children are also not allowed to use an adult's Uber Eats account by themselves. These age limitations apply unless our local guidelines, terms, or other policies say otherwise.

### Extra riders and non-account riders

When driving with Uber, no one other than the driver, the requesting rider, and the rider's guests should be in the vehicle. These guidelines apply unless our local guidelines, terms, or other policies say otherwise. When riding with Uber, the account holder is responsible for the behavior of their entire party. If you request a ride or a delivery for another adult, you're held responsible for their behavior during their trip or delivery.

### Vehicle information

For an easy pickup or delivery, the Uber Marketplace Platform gives riders and Uber Eats users identifying information about drivers and delivery people and their vehicles, including the license plate number, vehicle make and model, profile picture, and name. Inaccurate or outdated information creates confusion among riders and Uber Eats users and can diminish their experience using the Uber Marketplace Platform.

Drivers and delivery people must complete trips and deliveries using only approved vehicles. To provide accurate information, let us know your vehicle information and provide any updates to your documentation that may become invalid, like a driver's license that's about to expire.

### Seat belts

Seat belt use can be the most effective way to save lives and reduce injuries related to vehicle crashes. Every delivery person using a vehicle, every driver, and every rider—including those in the back seat—should always buckle up. Riders should request a vehicle that has enough seat belts for everyone in their party and not travel in large groups that exceed the number of seat belts in the vehicle. Drivers can decline a ride if there are not enough seat belts in their vehicle for every rider.

### Helmets for bikes, motorcycles, and scooters

For your safety, when riding a bike, motorcycle, or scooter, find a helmet that fits well. Helmets can help protect you when worn according to the

UTI 000633

manufacturer's instructions, such as sitting low on your forehead and fitting snugly under your chin.

**Use of dashcams that record video and/or audio**

Drivers may choose to install and use a dashcam, which can be used to record rides and provide evidence to Uber, law enforcement, or insurance companies in the event that something goes wrong on a ride. Please note the following:

- Riders entering a rideshare vehicle with a dashcam may be concerned about how the video, their image, or conversations captured by a dashcam will be used. In some locations, local laws and regulations require that a rider provide consent to being recorded. Please check your local laws to understand your responsibilities.

- Drivers may submit recordings to Uber at their discretion. Uber will review submitted footage and take all action consistent with the Community Guidelines and platform terms of use.

- Sharing or streaming a person's image or audio or video recording on social media or in other digital or physical public locations is a violation of our Community Guidelines and may prompt further investigation by our safety team.

**Be alert**

Being out on the road means doing your part to help keep yourself and others safe. This means keeping your eyes on the road and being well rested, so you can quickly react to any situation. We review reports of crashes and potentially unsafe driving behavior.

**Proper maintenance and upkeep**

Pursuant to the terms of their agreement with Uber, drivers and delivery people are expected to keep their vehicles maintained and in good operating condition, including but not limited to brakes, seat belts, and tires. This means maintaining their vehicle according to industry safety and maintenance standards, and monitoring for and repairing any parts that are recalled by the vehicle manufacturer.

**Share the road**

Safe roadways require drivers to practice safe behavior, which includes looking out for all travelers, regardless of how they get around.

**Public emergencies**

Uber may take additional measures to try to preserve the safety of our platform during public emergencies, including but not limited to natural disasters, public health emergencies, and public crisis situations.

For example, if Uber receives notice from a public health authority that someone using the Uber Marketplace Platform may present a potential for public harm, we may temporarily block the individual's access until it is reasonably safe to allow the individual to resume using the Uber Marketplace Platform. Similarly, we may prevent individuals in an entire city or region from using part or all of the Uber Marketplace Platform or impose other requirements to comply with guidance from authorities during a time of public health emergency, natural disaster, or other public crisis situation, or when the continued availability of the Uber Marketplace Platform might present a danger.

## Additional guidelines for Uber Eats merchants and delivery people

In addition to following all of Uber's Community Guidelines, users of the Uber Eats platform must follow the standards below that apply to Uber Eats orders and deliveries.

**Proper handling of orders (information for merchants)**

Merchants are expected to meet all relevant licensing requirements and all other food laws and regulations—including food safety and hygiene regulations—plus industry best practices and Uber policies. Merchants must maintain valid licenses and/or permits where required by law.

Many prepared foods are perishable and can cause illness if not properly handled. Such foods can be potentially hazardous if not maintained under the proper time and temperature controls prior to pickup.

To help ensure that food reaches Uber Eats users safely, merchants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Merchants are expected to act responsibly on information provided by Uber Eats users related to food allergies, intolerances, or other dietary restrictions and reject order requests with which they cannot comply.

**Proper delivery of orders (information for delivery people)**

Merchants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate Uber Eats user dietary restrictions. For example, merchants may notify a delivery person to keep halal and non-halal food separate. Delivery people should always follow such guidelines from merchants.

A delivery person using an insulated bag can make for a better Uber Eats user experience, but it isn't required unless the delivery person is delivering in a location where it's required by law. Deliveries by bicycle may benefit from a more specialized bag to protect food from movement and weather conditions.

Delivery people should deliver orders safely and in accordance with relevant safety standards. For example, they may not tamper with or open packaging during delivery.

**How merchants can provide a safe space for pickups**

Merchants and their staff are expected to exercise good judgment and behavior around delivery people and make them feel welcome, just as they would with their in-person customers. They should also provide a safe area for order pickups; for example, merchants should work to prevent violent incidents on the merchant premises that might endanger delivery people's safety.

**Alcohol delivery**

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only Uber Eats users who are the legal age to buy alcohol (21 in the US, and 18 or 19 in Canada) or older, and not intoxicated, can order and receive alcohol deliveries where such deliveries are available. Uber Eats users will be asked to show government-issued photo IDs to verify age and identity when an alcohol delivery arrives. If the Uber Eats user does not have a valid government-issued photo ID, or appears intoxicated, the alcohol portion of the order will not be able to be delivered and may be returned to the seller on the Uber Eats user's behalf and at the Uber Eats user's expense. Uber Eats users may not place an order that includes alcohol to be delivered to a public location where open containers are prohibited, or to any other areas where possession or consumption of alcohol is prohibited by law.

**Creating a positive experience for delivery people and Uber Eats users**

It's important for merchants to treat delivery people and Uber Eats users with respect.

Merchants should be careful to fulfill and include the correct items in their Uber Eats user's order. When an Uber Eats user does not receive items or receives wrong items, it can lead to a poor experience.

Long preparation times, long delivery person handoff times (the amount of time it takes for the delivery person to get in and out of the merchant's location

UTI 000634

with the order, including wait time), low online time (a merchant's online availability time), long delays before order acceptance, and high cancellation rates also create a negative experience for Uber Eats users and delivery people.

If these metrics, or others, are significantly worse than for a merchant's city, they may negatively impact other parties' experiences with the Uber Eats platform, so a merchant's metrics should be at least average for its city. If a merchant's metrics are below the minimum standard, we will let them know.

### Prohibited items

Merchants may only offer for sale items expressly contemplated under their agreement with Uber. Specially regulated or illicit items, such as cannabidiol (CBD) and tetrahydrocannabinol (THC) are not allowed to be offered on a merchant's Uber Eats menu. Uber may remove from—or otherwise limit the merchant's ability to post to—a merchant's Uber Eats menu any items Uber deems prohibited or inappropriate.

## Follow the law

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber Marketplace Platform to commit any crime—such as transporting drugs, money laundering, committing drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

### Follow all laws

Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road—including complying with traffic laws, signs, and signals—at all times when using the Uber Marketplace Platform.

All relevant licenses, permits, and any other legal documents required of drivers and delivery people must be kept up to date. For example, all drivers and delivery people using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review reports of crashes or traffic citations that may have happened during a trip or delivery, and other reports, including but not limited to those that may indicate poor, unsafe, or distracted driving. Local rules about parking may limit where drivers and delivery people can park their vehicle when picking up orders, making deliveries, or waiting for riders to arrive or to exit a vehicle. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and Uber Eats users, let your driver or delivery person handle the driving. For example for riders, don't touch the steering wheel, and don't tamper with the gear shift or other knobs, buttons, or components that are used to operate a vehicle. For riders and Uber Eats users, don't ask a driver or delivery person to speed or to make illegal stops, dropoffs, or maneuvers.

When riding or parking a bike or scooter, be mindful of local regulations and rules; you can check your city government's website for applicable laws. Following local rules of the road usually requires you to yield to pedestrians, ride in the direction of traffic, signal if you're planning to change direction, and come to a complete stop at red lights and stop signs.

### Car seats

Drivers and riders should comply with applicable laws when traveling with infants and small children. Where use of a car seat is required by law, it's the rider's responsibility to provide and fit a suitable car seat, unless our local guidelines, terms, or other policies say otherwise. Children age 12 and under should travel in the back seat.

When picking up riders traveling with small children, drivers can give them extra time to properly install a car seat before driving off. If a rider doesn't have the appropriate car seat, if a driver is not comfortable with a rider installing one in their car, if a child does not appear to be within the height and weight safety requirements for the car seat, or if a driver otherwise feels that the child cannot be safely transported in the seat, the driver can cancel the ride.

### Service animals and assistive devices

Drivers using the Driver app may not deny a ride to a rider with a service animal or assistive devices (such as a wheelchair or crutches) because of the service animal or assistive devices. Applicable laws generally prohibit drivers from denying service to riders because of their service animals or assistive devices, and from otherwise discriminating against riders with service animals or assistive devices. Knowingly refusing a rider a trip because of their service animal or assistive devices will result in losing access to the Uber Marketplace Platform. In the US there are *no* exceptions to this policy, even if a driver has documented allergies, religious objections, or a fear of animals.

In Canada, a driver can request documentation from a rider if a service animal is not easily identifiable as one. You can learn more about our Service Animal and Assistive Device Policy in the US here and in Canada here.

### Drugs and alcohol

Drug use and open containers of alcohol are never allowed while using the Uber Marketplace Platform.

If you're a driver or delivery person, by law you cannot drive or bike while intoxicated. The law prohibits driving or biking while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a vehicle or bicycle. If you encounter a rider who is too drunk or rowdy, you have the right to decline the trip for your own safety.

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the vehicle and call 911. Once you have left the vehicle, please also report your experience to Uber.

### Firearms ban

Riders and their guests, as well as drivers and delivery people, are prohibited from carrying firearms while using the Uber Marketplace Platform, to the extent permitted by applicable law. You can learn more about our Firearms Prohibition Policy here.

### Fraud

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your Uber accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes or otherwise; accepting trip, order, or delivery requests without the intention to complete, including provoking riders or Uber Eats users to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; actions intended to disrupt or manipulate the normal functioning of the Uber Marketplace Platform, including manipulating the settings on a phone to prevent the proper functioning of the platform and the GPS system; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; creating improper duplicate accounts; or falsifying documents, records, or other data for fraudulent purposes.

### Street hails and off-platform pickups

To enhance the safety of each experience, off-platform pickups are prohibited. The law prohibits street hails while using the Uber Marketplace Platform, so

UTI 000635

never solicit or accept payment outside the Uber Marketplace Platform. Riders and Uber Eats users should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber Marketplace Platform.

**Other unacceptable activities**

Never use Uber's trademark or intellectual property without permission. If it's required under local law to display Uber-branded items, drivers and delivery people should only use Uber-branded items that are obtained from Uber. Drivers and delivery people should not display Uber-branded items when they are not accessing the platform. Drivers and delivery people should also return Uber-branded items to Uber if they lose access to the platform. The use of unauthorized or third-party items—such as lights, placards, signs, or similar items bearing Uber's name or trademark—may confuse riders or Uber Eats users.

## Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continually improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability helps create a respectful, safe environment. And if something happens—such as a traffic accident—and you want to report it, you can tap **Help** in the app or visit help.uber.com so that our Support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

**Ratings**

Drivers, riders, delivery people, Uber Eats users, and merchants can give and receive ratings, as well as give feedback on how the trip or delivery went. This feedback system improves accountability and helps create a respectful, safe, and transparent environment for everyone. Drivers and delivery people can see their current rating in the app. Merchants can find their Uber Eats user and delivery person rating by signing in to Uber Eats Manager. Riders can see their rating displayed under their name by opening the app and touching the menu.

There is a minimum average rating in each city. This is because there may be cultural differences in the way people in different cities rate each other. Drivers, riders, delivery people, or merchants that don't meet the minimum average rating for their city may lose access to all or part of the Uber Marketplace Platform. If your rating is approaching this limit, we will let you know and may share information that may help you improve your rating.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber Marketplace Platform and interacting with others in the Uber community. Drivers and delivery people using the Uber Marketplace Platform typically provide excellent service to their riders and Uber Eats users, and most riders, delivery people, and Uber Eats users are courteous and respectful, so most trips and deliveries run smoothly. Contacting Support will not lead to an individual rating being removed. We know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

If you're a driver and you lose access to your Uber account for low ratings, you may have the opportunity to get back on the road if you meet eligibility requirements and provide proof that you've successfully taken a quality improvement course offered by third-party experts. Check with the Uber Support team, visit a Greenlight Hub, or go to help.uber.com to find out more.

**Delivery, order, and trip acceptance**

If you're a delivery person or driver and you don't want to accept delivery or trip requests, you can just go offline or log off. If you're a merchant, use the Pause New Orders feature or make specific items unavailable. This helps keep the system running smoothly for everyone.

For delivery people, drivers, and merchants, if you consistently decline consecutive trip or order requests, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and you may be temporarily logged out. However, you are free to log back in whenever you wish to begin confirming availability for trips or orders again.

## How Uber enforces our guidelines

Losing access to the Uber Marketplace Platform may be disruptive to your life or to your business. That's why we believe it is important to have clear standards that explain the circumstances in which you may lose access to the Uber Marketplace Platform. If you violate any terms of your contractual agreement with Uber, or any applicable terms or policies, including any one of these Community Guidelines or any additional policies and standards that are communicated by Uber to you from time to time, you can lose access to all or part of the Uber Marketplace Platform. If you have more than one Uber account, such as a rider account and a driver account, violating the Community Guidelines could also lead you to lose access to all Uber accounts. If you believe an error caused you to lose access to your account, you may contact the Uber Support team.

Uber receives feedback through a variety of channels, reviews reports submitted to our Support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any one of our guidelines may result in the loss of access to all or part of the Uber Marketplace Platform. This can include reported violations of our Community Guidelines and certain actions you may take outside of the Uber Marketplace Platform, including but not limited to information from other platforms, if we determine that those actions threaten the safety of the Uber community, our employees, and contractors, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber Marketplace Platform. Any behavior involving violence, sexual misconduct, harassment, fraud, or discrimination, or deceptive, illegal, or unsafe activity, while using the Uber Marketplace Platform can result in the immediate loss of access to the Uber Marketplace Platform. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Guidelines for Law Enforcement Authorities for the US, found here, and for outside the US, found here.

Many states, cities, and airports regulate the provision of certain services, including ridesharing services, on the Uber Marketplace Platform. If we determine that your driver or delivery person account is not in compliance with applicable regulatory requirements, we may be required to remove your access to the Uber Marketplace Platform.

Lastly, all drivers and delivery people wanting to use the Uber Marketplace Platform undergo a screening process, including motor vehicle record and criminal background checks. A driver or delivery person will lose access to their Uber account(s) if a motor vehicle record check, criminal background check, or other check uncovers a violation of Uber's Community Guidelines or other criteria required by local regulators.

To read more about our Community Guidelines, go here.

Riders and Uber Eats users can access Terms of Use for the United States here and Terms and Conditions for Canada here. Drivers and delivery people can access their legal agreement with Uber here.

---

*\*Note: Drivers and delivery people are not agents (actual, ostensible, or otherwise) or employees of Uber. Drivers and delivery people do not act pursuant to any authority (actual, apparent, or otherwise). They are independent third-party providers.*

UTI 000636

## Return to Legal Hub →



Do not sell my info (California)

Uber

Visit Help Center

**Company**

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

**Products**

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

**Global citizenship**

Safety

Diversity and Inclusion

**Travel**

Airports

Cities

English     San Francisco Bay Area

© 2021 Uber Technologies Inc.

Privacy     Accessibility     Terms

UTI 000637