# EXHIBIT 10

| UBER | Ride  Drive  Cities | HELP  SIGN IN  BECOME A DRIVER |

Requirements | Driver App | Safety | Rewards

DRIVE > SAFETY

# Safety behind the wheel
## Our commitment to drivers

Uber is dedicated to keeping people safe on the road. Our technology enables us to focus on driver safety before, during, and after every trip.



**Before the Trip**
## Picking up passengers

**No anonymous pickups**

All riders must create an account and provide their name, email address, and phone number before they can request a ride. So when you accept a request, you'll know who you're picking up and so will we.

**Substitute phone numbers**

In many locations around the world, Uber uses technology that anonymizes phone numbers to keep contact details confidential. So when you and your rider need to contact each other, your personal information stays private.

**On Trip**
## Getting to the destination

**In-app navigation**

When riders enter their destination, you will automatically receive turn-by-turn directions in the app–so you can focus on getting there safely.

**Always on the map**

GPS data is logged for every trip so we know who you're driving and where you're going, which promotes accountability and encourages good behavior.



UBER  Ride  Drive  Cities  HELP  SIGN IN  BECOME A DRIVER

Requirements  Driver App  Safety  Rewards

## Always improving the Uber experience

**No change, no hassle**

Fares automatically charge the rider's payment method on file, so for most trips you can avoid using cash altogether. But if a rider pays in cash, the app automatically issues credit so you'll never have to make change.

**Driver feedback**

You rate your rider after every trip. We review those ratings to ensure that everyone you pick up is as respectful as you are. Riders reported to violate our terms of service may be prevented from using Uber.

**24/7 support**

Our support team is always ready to respond to any questions you may have about your driving experience.

> "I like the two-way rating system. It's the ultimate accountability and a good protective measure for the drivers and riders alike"
>
> Glen,
> Driver from Ottawa

There for you
## Safety never sleeps



### Rapid response

Our specially-trained incident response teams are available around the clock to handle any urgent safety concerns that arise.



### Assisting law enforcement

In cases where local law enforcement provides us with valid legal process, we provide them with useful data to help in their investigations.

Serving communities
## Safer cities

Our commitment to safety extends to the communities we serve. Learn about how we're using technology to make cities safer.

**MORE ABOUT SAFETY WITH UBER ›**

Decorative



| UBER | SIGN UP TO RIDE | BECOME A DRIVER |
|---|---|---|
| Enter Your Location | Ride | Safety |
| ENGLISH | Drive | Careers |
|  | Cities | Helping Cities |
| Help | Fare Estimate | Our Story |
|  | Deliver | Blog |
|  | Food | Newsroom |
|  | Business Travel | Media |
|  | How it Works | Uber API |
|  | Airports | Gift Cards |
|  | Countries | Uber vs Driving Jobs |

| Top Cities | San Francisco   London   Los Angeles   Washington D.C.   Mexico City   São Paulo |
| Top Countries | USA   France   India   Spain   Mexico   Russia |

© 2017 Uber Technologies Inc.    Privacy    Terms
Accessibility