FILED

OCT 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMIE DRAMMEH; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; et al.,<br><br>        Defendants-Appellees. | No.   22-36038<br><br>D.C. No. 2:21-cv-00202-BJR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: PAEZ, NGUYEN, and BUMATAY, Circuit Judges.

Judge Paez and Judge Nguyen vote to deny Uber's petition for panel rehearing. Judge Nguyen votes to deny the petition for rehearing en banc, and Judge Paez so recommends. Judge Bumatay votes to grant the petition for panel rehearing and the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed R. App. P. 35. The petition for panel rehearing and the petition for rehearing en banc are DENIED.