HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIE DRAMMEH, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br><br>UBER TECHNOLOGIES INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:21-cv-00202-BJR<br><br>ORDER SETTING TRIAL DATE AND RELATED DEADLINES |

The Court is in receipt of the parties' email indicating that Plaintiffs' counsel is available in February and Defense counsel is unavailable until April. The Court will not extend the trial date until April. The interests of judicial efficiency and economy weigh in favor of an earlier trial date. The Court hereby sets the trial date and related deadlines in this matter as follows:

| Event | Date |
|---|---|
| JURY TRIAL DATE | February 23, 2026 |
| All motions *in limine* must be filed by | January 14, 2026 |
| Joint Pretrial Statement | January 26, 2026 |

ORDER SETTING TRIAL DATE AND RELATED
DEADLINES
- 1

| Pretrial conference | February 10, 2026 |
|---|---|
| Length of Jury Trial | 8 days |

DATED this 13th day of November, 2025.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

ORDER SETTING TRIAL DATE AND RELATED DEADLINES
- 2